WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Leon B. Greenfield (*pro hac vice to be filed*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice to be filed*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

WILMER CUTLER PICKERING
 HALE AND DORR LLP
William F. Lee (*pro hac vice to be filed*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice to be filed*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice to be filed*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiffs*
*Intel Corporation, Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 19-7651 <br><br> **INTEL CORPORATION AND APPLE INC.'S ADMINISTRATIVE MOTION TO FILE COMPLAINT CONDITIONALLY UNDER SEAL** |

In accordance with Civil Local Rules 7-11 and 79-5, Intel Corporation ("Intel") and Apple Inc. ("Apple"), submit this motion for an order to seal limited portions of Intel and Apple's Complaint (the "Complaint").

The Complaint contains information regarding licensing negotiations that one or more defendants or non-parties ("Interested Parties") may seek to seal. As set forth in the Declaration of Mark D. Selwyn in Support of Intel and Apple's Administrative Motion to File Complaint Conditionally Under Seal ("Selwyn Decl."), to the extent the Interested Parties maintain a claim of confidentiality over anything contained in Intel's and Apple's Complaint, Intel and Apple expect that the Interested Parties will file declarations in support of sealing this information. Selwyn Decl. ¶ 3. Accordingly, out of an abundance of caution, Intel and Apple file this motion to enable the Interested Parties an opportunity to file a declaration establishing that portions of the Complaint are sealable. For their part, neither Intel nor Apple seeks to seal any portions of the Complaint.

For the foregoing reasons, Intel and Apple move to conditionally file the above-referenced document under seal.

| | | |
|---|---|---|
| 1 | Dated:  November 20, 2019 | WILMER CUTLER PICKERING HALE AND DORR LLP |

By:   */s/ Mark D. Selwyn*_____
      Mark D. Selwyn

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice to be filed*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice to be filed*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*pro hac vice to be filed*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Leon B. Greenfield (*pro hac vice to be filed*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice to be filed*)
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs*
*INTEL CORPORATION, APPLE INC.*

# CERTIFICATE OF SERVICE

On this 20th day of November 2019, I hereby certify that I caused the foregoing document entitled Notice of Voluntary Dismissal Without Prejudice to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED:  November 20, 2019              Respectfully submitted,

                                       By: */s/ Mark D. Selwyn*_____

                                       Mark D. Selwyn (SBN 244180)
                                       mark.selwyn@wilmerhale.com
                                       WILMER CUTLER PICKERING
                                         HALE AND DORR LLP
                                       950 Page Mill Road
                                       Palo Alto, CA 94304
                                       Telephone: (650) 858-6000
                                       Facsimile: (650) 858-6100

                                       *Attorney for Plaintiffs*
                                       INTEL CORPORATION, APPLE INC.