| | |
|---|---|
| WILMER CUTLER PICKERING  HALE AND DORR LLP<br>Mark D. Selwyn (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Fax: (650) 858-6100<br><br>WILMER CUTLER PICKERING  HALE AND DORR LLP<br>Leon B. Greenfield (*pro hac vice to be filed*)<br>leon.greenfield@wilmerhale.com<br>Amanda L. Major (*pro hac vice to be filed*)<br>amanda.major@wilmerhale.com<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363 | WILMER CUTLER PICKERING  HALE AND DORR LLP<br>William F. Lee (*pro hac vice to be filed*)<br>william.lee@wilmerhale.com<br>Joseph J. Mueller (*pro hac vice to be filed*)<br>joseph.mueller@wilmerhale.com<br>Timothy D. Syrett (*pro hac vice to be filed*)<br>timothy.syrett@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000 |

Attorneys for Plaintiffs
Intel Corporation and Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>Plaintiffs,<br>v.<br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC,<br><br>Defendants. | Case No. ___19-7651___<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF INTEL CORPORATION AND APPLE INC.'S ADMINISTRATIVE MOTION TO FILE COMPLAINT CONDITIONALLY UNDER SEAL** |

Declaration of Mark D. Selwyn in Support of
Intel Corporation and Apple Inc.'s Administrative
Motion to File Complaint Conditionally Under Seal

I, Mark D. Selwyn, do hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Intel Corporation ("Intel") and Apple Inc. ("Apple") (collectively "Plaintiffs") in the above-captioned case. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath. I submit this declaration in support of Intel and Apple's Administrative Motion to File Complaint Conditionally Under Seal, pursuant to Civ. L.R. 7-11 and 79-5.

2. Portions of Intel and Apple's Complaint (the "Complaint") contain information regarding licensing negotiations that certain defendants or non-parties ("Interested Parties") may seek to seal.

3. Page 34, paragraph 102, line numbers 8-10 and page 34, paragraph 105, line numbers 22-24, and page 35, paragraph 107, line numbers 5-8 contain information regarding licensing negotiations between either Intel or Apple and Interested Parties. These negotiations are subject to confidentiality agreements governing the use and disclosure of Intel's and Apple's negotiation communications with these Interested Parties. Because the Interested Parties may contend that the information regarding their negotiations with Intel and Apple described in the Complaint is covered by the confidentiality agreements Plaintiffs have entered into, Intel and Apple file this motion seeking to conditionally seal these portions of the Complaint.

4. For their part, neither Intel nor Apple seeks to seal any portions of the Complaint.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 20th day of November 2019.

1

Declaration of Mark D. Selwyn in Support of
Intel Corporation and Apple Inc.'s Administrative
Motion to File Complaint Conditionally Under Seal

| | |
|---|---|
| Dated: November 20, 2019 | By: */s/ Mark D. Selwyn*<br>Mark D. Selwyn<br><br>Mark D. Selwyn (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>*Attorney for Plaintiffs*<br>*INTEL CORPORATION, APPLE INC.* |

2

Declaration of Mark D. Selwyn in Support of
Intel Corporation and Apple Inc.'s Administrative
Motion to File Complaint Conditionally Under Seal