| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Mark D. Selwyn (SBN 244180) | William F. Lee (*pro hac vice to be filed*) |
| mark.selwyn@wilmerhale.com | william.lee@wilmerhale.com |
| 950 Page Mill Road | Joseph J. Mueller (*pro hac vice to be filed*) |
| Palo Alto, CA 94304 | joseph.mueller@wilmerhale.com |
| Telephone: (650) 858-6000 | Timothy D. Syrett (*pro hac vice to be filed*) |
| Fax: (650) 858-6100 | timothy.syrett@wilmerhale.com |
| | 60 State Street |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Boston, MA 02109 |
| Leon B. Greenfield (*pro hac vice to be filed*) | Telephone: (617) 526-6000 |
| leon.greenfield@wilmerhale.com | Fax: (617) 526-5000 |
| Amanda L. Major (*pro hac vice to be filed*) | |
| amanda.major@wilmerhale.com | |
| 1875 Pennsylvania Avenue NW | |
| Washington, DC 20006 | |
| Telephone: (202) 663-6000 | |
| Fax: (202) 663-6363 | |

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 19-7651 <br><br> **PLAINTIFF APPLE INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15** |

## **DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (a), Apple Inc. ("Apple") by its counsel hereby certifies that it has no parent corporation, and no publicly held corporation owns 10% or more of Apple's stock.

## **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, Apple is aware of no interest to report.

DATED: November 20, 2019

Respectfully submitted,

By: */s/ Mark D. Selwyn*_____
    Mark D. Selwyn

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

*Attorney for Plaintiff*
*Apple Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 20, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

DATED: November 20, 2019          By: */s/ Mark D. Selwyn*
                                                             Mark D. Selwyn