1  WILMER CUTLER PICKERING
   HALE AND DORR LLP
2  Mark D. Selwyn (SBN 244180)
3  mark.selwyn@wilmerhale.com
   950 Page Mill Road
4  Palo Alto, CA 94304
   Telephone: (650) 858-6000
5  Fax: (650) 858-6100

6  WILMER CUTLER PICKERING
     HALE AND DORR LLP
7  Leon B. Greenfield (*pro hac vice to be filed*)
8  leon.greenfield@wilmerhale.com
   Amanda L. Major (*pro hac vice to be filed*)
9  amanda.major@wilmerhale.com
   1875 Pennsylvania Avenue NW
10 Washington, DC 20006
11 Telephone: (202) 663-6000
   Fax: (202) 663-6363

WILMER CUTLER PICKERING
  HALE AND DORR LLP
William F. Lee (*pro hac vice to be filed*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice to be filed*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice to be filed*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiffs*
*Intel Corporation, Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. __19-7651__ <br><br> **DECLARATION OF MARK D. SELWYN IN SUPPORT OF INTEL CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Declaration of Mark D. Selwyn in Support of
Intel Corporation's Administrative Motion to
Consider Whether Cases Should Be Related

I, Mark D. Selwyn, do hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Intel Corporation ("Intel") and Apple Inc. ("Apple") in the above-captioned case, and counsel for Intel in *Intel Corporation v. Fortress Investment Group LLC, et al.*, No. 5:19-cv-06856-EJD (N.D. Cal.) ("-6856 Action"). I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath. I submit this declaration in support of Intel's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to N.D. Cal. Civil L.R. 3-3(c) and 3-12.

2. Intel filed the -6856 Action in this District on October 21, 2019 against Fortress Investment Group LLC ("Fortress"), Fortress Credit Co. LLC, VLSI Technology LLC, and DSS Technology Management, Inc. The -6856 Action was initially assigned to Magistrate Judge Jacqueline Scott Corley and then was reassigned to Judge Edward J. Davila on November 5, 2019. Intel voluntarily dismissed the -6856 Action on November 20, 2019 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). At the time Intel dismissed the -6856 Action, no defendants had answered or otherwise responded. On November 15, 2019, the Court granted a stipulation filed by Intel and three of the four defendants setting a deadline of January 6, 2020 for those defendants to answer or otherwise respond to Intel's Complaint.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the complaint filed in the -6856 Action.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Intel's notice of voluntary dismissal of the -6856 Action.

5. On November 20, 2019, Intel and Apple filed the above captioned case. The present action adds parties: Apple is another plaintiff, and there are seven new defendants: Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg, S.à.r.l.., INVT SPE LLC, Inventergy Global, Inc., IXI IP, LLC, and Seven Networks, LLC.

1

Declaration of Mark D. Selwyn in Support of
Intel Corporation's Administrative Motion to
Consider Whether Cases Should Be Related

6. Both the -6856 Action and the present action include claims under the Sherman Act, the Clayton Act, and Cal. Bus. & Prof. Code § 17200 et seq. Both actions arise from anticompetitive patent aggregation by Fortress and a web of PAEs that Fortress owns or controls, with various particularized facts as to Intel and Apple.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 20th day of November 2019.

By: /s/ *Mark D. Selwyn*
Mark D. Selwyn

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Plaintiffs*
INTEL CORPORATION, APPLE INC.

2

Declaration of Mark D. Selwyn in Support of
Intel Corporation's Administrative Motion to
Consider Whether Cases Should Be Related