# EXHIBIT 2

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

WILMER CUTLER PICKERING
  HALE AND DORR LLP
William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiff*
*Intel Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE**

| | |
|---|---|
| INTEL CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC,<br>FORTRESS CREDIT CO. LLC,<br>VLSI TECHNOLOGY LLC, and<br>DSS TECHNOLOGY MANAGEMENT, INC.,<br><br>            Defendants. | Case No. 5:19-cv-06856-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Case No. 5:19-cv-06856-EJD                                INTEL'S NOTICE OF VOLUNTARY
                                                          DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Intel Corporation ("Intel"), through its counsel of record, hereby voluntarily dismisses, without prejudice, all claims against all Defendants in the above-captioned case (the "Action"). Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Intel's dismissal of the Action is effective upon the filing of this notice.

DATED: November 20, 2019  Respectfully submitted,

By: */s/ Mark D. Selwyn*

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiff*
INTEL CORPORATION

---

Case No. 5:19-cv-06856-EJD | 1 | INTEL'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

# CERTIFICATE OF SERVICE

On this 20th day of November 2019, I hereby certify that I caused the foregoing document entitled Notice of Voluntary Dismissal Without Prejudice to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED: November 20, 2019

Respectfully submitted,

By: */s/ Mark D. Selwyn*

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Plaintiff*
INTEL CORPORATION

Case No. 5:19-cv-06856-EJD | 2 | INTEL'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE