**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC,<br><br>　　　　　　　　　　Defendants. | Case No. ___19-7651___<br><br>**[PROPOSED] ORDER REGARDING INTEL CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

The Court has considered Intel Corporation's administrative motion to consider whether *Intel Corporation v. Fortress Investment Group LLC, et al.*, No. 5:19-cv-06856-EJD (N.D. Cal.) is related to the above-captioned action.  Having considered whether the cases should be related, the Court finds _____.

**IT IS SO ORDERED.**

Date:                                                                          By:_____