Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, APPLE INC )<br>                                        )<br>                         Plaintiff(s),  )<br>                                        )<br>      v.                                )<br>                                        )<br>FORTRESS INVESTMENT GROUP  )<br>                                        )<br>                         Defendant(s). )<br>                                        ) | Case No: 3:19-cv-07651<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Amanda L. Major, an active member in good standing of the bar of Washington, DC, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Intel Corporation, Apple Inc. in the above-entitled action. My local co-counsel in this case is Mark D. Selwyn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave NW, Washington, DC 20006

MY TELEPHONE # OF RECORD:
(202) 663-6000

MY EMAIL ADDRESS OF RECORD:
amanda.major@wilmerhale.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road, Palo Alto, CA 94304

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(650) 858-6000

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
mark.selwyn@wilmerhale.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 495968.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/21/19                                                     Amanda L. Major
                                                                              APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Amanda L. Major is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                    *October 2012*