| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Morgan Chu (SBN 70446) |
| 2 | Benjamin W. Hattenbach (SBN 186455) |
|   | Michael D. Harbour (SBN 298185) |
| 3 | 1800 Avenue of the Stars, Suite 900 |
|   | Los Angeles, California 90067-4276 |
| 4 | Telephone:  (310) 277-1010 |
|   | Facsimile:   (310) 203-7199 |
| 5 | Email:  mchu@irell.com |
|   | Email:  bhattenbach@irell.com |
| 6 | Email:  mharbour@irell.com |
| 7 | A. Matthew Ashley (SBN 198235) |
|   | Olivia Weber (SBN 319918) |
| 8 | 840 Newport Center Drive, Suite 400 |
|   | Newport Beach, California 92660-6324 |
| 9 | Telephone:   (949) 760-0991 |
|   | Facsimile:    (949) 760-5200 |
| 10 | Email: mashley@irell.com |
|   | Email: oweber@irell.com |
| 11 | |
| 12 | *Counsel for Defendants* |
|   | FORTRESS INVESTMENT GROUP LLC, |
|   | FORTRESS CREDIT CO. LLC, |
| 13 | VLSI TECHNOLOGY LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 17 | INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-LB |
| 18 | Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, and VLSI TECHNOLOGY LLC** |
| 19 | v. | |
| 20 | FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | |
| 24 | Defendants. | |

10767272

DEF. NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANTS FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC, VLSI TECHNOLOGY LLC
Case No. 3:19-cv-07651-LB

1   TO THE CLERK OF THE COURT AND TO ALL THE PARTIES IN THIS ACTION:

2   PLEASE TAKE NOTICE THAT:  Morgan Chu will appear in this matter, in addition to
3   those who have previously appeared as counsel on behalf of Defendants Fortress Investment
4   Group LLC, Fortress Credit Co. LLC, and VLSI Technology LLC.

5   Dated:  November 22, 2019                    IRELL & MANELLA LLP

By:   */s/ Morgan Chu*
      Morgan Chu (70446)
      mchu@irell.com
      Irell & Manella LLP
      1800 Avenue of the Stars, Suite 900
      Los Angeles, California 90067-4276
      Telephone:  (310) 277-1010
      Facsimile:  (310) 203-7199
      *Counsel for Defendants*
      FORTRESS INVESTMENT GROUP LLC,
      FORTRESS CREDIT CO. LLC,
      VLSI TECHNOLOGY LLC

10767272

- 1 -

DEF. NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANTS FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC, VLSI TECHNOLOGY LLC
Case No. 3:19-cv-07651-LB