WILMER CUTLER PICKERING
    HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

WILMER CUTLER PICKERING
    HALE AND DORR LLP
Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

WILMER CUTLER PICKERING
    HALE AND DORR LLP
William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiffs*
*Intel Corporation, Apple Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-LB |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | |
| Defendants. | |

| Attorney or Party without Attorney:<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>MARK D. SELWYN (SBN 244180)<br>950 PAGE MILL ROAD<br>PALO ALTO, CA 94304<br>   Telephone No:  650.858.6000 | | For Court Use Only |
|---|---|---|
|    Attorney For:  Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Northern District of California | | |
| Plaintiff:  INTEL CORPORATION, APPLE INC.<br>Defendant:  FORTRESS INVESTMENT GROUP LLC, et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:19-CV-07651 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SEE ATTACHMENT A

3.  *a.*  *Party served:*    Fortress Credit Co. LLC
    *b.*  *Person served:*   AMY MCLAREN, CORPORATION TRUST CENTER, REGISTERED AGENT FOR SERVICE OF PROCESS,
                               authorized to accept served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   1209 ORANGE STREET, WILMINGTON, DE 19801

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Nov 25 2019 (2) at: 12:00 PM

6.  *Person Who Served Papers:*
    a. Samantha Sulecki ()                                    **d.** *The Fee for Service was:*
    b. **FIRST LEGAL**
       1202 Howard Street
       SAN FRANCISCO, CA 94103
    c. (415) 626-3111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

            11/27/19
             (Date)                      (Signature)



PROOF OF
SERVICE

4027875
(9078933)

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
INTEL CORPORATION; et al. V. FORTRESS INVESTMENT GROUP LLC; et al.
CASE NO. 5:19-CV-07651
CONTROL NO. 9078932 9078933 9078934 9078935 9078936 9078938 9078939 9078940 9078941 9078943


<u>ATTACHMENT A</u>

1. SUMMONS;

2. COMPLAINT;

3. CIVIL COVER SHEET;

4. CASE ASSIGNED TO MAGISTRATE JUDGE LAUREL BEELER;

5. INTEL CORPORATION AND APPLE INC.'S ADMINISTRATIVE MOTION TO FILE COMPLAINT CONDITIONALLY UNDER SEAL;

6. DECLARATION OF MARK D. SELWYN IN SUPPORT OF MOTION;

7. [PROPOSED] ORDER GRANTING MOTION;

8. REDACTED VERSION OF COMPLAINT;

9. PLAINTIFF APPLE INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;

10. PLAINTIFF INTEL CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;

11. INTEL CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;

12. DECLARATION OF MARK D. SELWYN IN SUPPORT OF INTEL CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;

13. [PROPOSED] ORDER REGARDING INTEL CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;

14. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

15. APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE X 5 (WILLIAM F. LEE, AMANDA L. MAJOR, LEON GREENFIELD, JOSEPH J. MUELLER, TIMOTHY D. SYRETT);

16. CERTIFICATE OF GOOD STANDING X 5 (WILLIAM F. LEE, AMANDA L. MAJOR, LEON GREENFIELD, JOSEPH J. MUELLER, TIMOTHY D. SYRETT);

17. BLANK- NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS;

18. BLANK- WAIVER OF THE SERVICE OF SUMMONS;

19. ECF REGISTRATION INFORMATION;

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
INTEL CORPORATION; et al. V. FORTRESS INVESTMENT GROUP LLC; et al.
CASE NO. 5:19-CV-07651
CONTROL NO. 9078932 9078933 9078934 9078935 9078936 9078938 9078939 9078940 9078941 9078943

20. PROCEDURES FOR TELEPHONE APPEARANCES MAGISTRATE JUDGE LAUREL BEELER;

21. BLANK-EXHIBIT LIST FORM;

22. STANDING ORDER FOR UNITED STATES MAGISTRATE JUDGE LAUREL BEELER;

23. CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE PAMPHLET;

24. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

25. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;