1  Steven C. Carlson (SBN 206451)
   scarlson@robinskaplan.com
2  **ROBINS KAPLAN LLP**
   2440 W. El Camino Real, Suite 100
3  Mountain View, California 94040
   Tel: (650) 784-4040
4  Fax: (650) 784-4041

5  Christopher A. Seidl (*pro hac vice pending*)
   cseidl@robinskaplan.com
6  John K. Harting (*pro hac vice pending*)
   jharting@robinskaplan.com
7  **ROBINS KAPLAN LLP**
   800 LaSalle Avenue, Suite 2800
8  Minneapolis, MN 55402
9  Telephone: (612) 349-8500
   Facsimile: (612) 339-4181

*Attorney for Defendant INVT SPE, LLC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-LB <br><br> **INVT SPE, LLC DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant INVT SPE, LLC ("INVT SPE") by its counsel provides the following disclosure of interested nonparties. INVT SPE is a Delaware corporation wholly-owned by CF INVT Holdings LLC ("CF INVT"), a Delaware limited liability company, and Inventergy, Inc. ("Inventergy"), a privately held Delaware corporation. No publicly held corporation owns 10 percent or more of INVT SPE's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

INVT SPE, LLC

CF INVT Holdings LLC

Inventergy, Inc.

Dated:  December 3, 2019

/s/ Steven C. Carlson
Steven C. Carlson
scarlson@robinskaplan.com
**ROBINS KAPLAN LLP**
2440 W. El Camino Real, Suite 100
Mountain View, California 94040
Telephone:  (650) 784-4040
Facsimile:  (650) 784-4041

Christopher A. Seidl (*pro hac vice pending*)
cseidl@robinskaplan.com
John K. Harting (*pro hac vice pending*)
jharting@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

*Attorneys for Defendant INVT SPE, LLC*