Steven C. Carlson, (SBN 206451)
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041

Christopher A. Seidl (*pro hac vice pending*)
John K. Harting (*pro hac vice pending*)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

*Attorneys for Defendant INVT SPE LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC AND SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 5:19-cv-07651-LB <br><br> **CIVIL LOCAL RULE 6-2 JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME & ORDER THEREON** |

Pursuant to Civil Local Rule 6-2, Defendant INVT SPE LLC ("INVT") and Plaintiffs Intel Corporation and Apple Inc. ("Plaintiffs") hereby stipulate, subject to approval of the Court, as follows.

On November 20, 2019, Plaintiffs filed their Complaint in the present matter. (Dkt. No. 1). Understanding certain information within the Complaint to be confidential to Defendants, on November 20, 2019, Plaintiffs provisionally moved to seal that information and filed an Administrative Motion to File Complaint Conditionally Under Seal. (the "Motion") (Dkt. No. 3).

As of the filing of the Complaint and the Motion, Robins Kaplan LLP was not yet retained as counsel in this matter. Pursuant to Civil Local Rule 7-11 and 79-5, INVT was required to file "within 4 days of the filing of the Administrative Motion to File Under Seal, . . . a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." C.L.R. 79-5(e)(1). As such, the deadline to submit a responsive declaration on behalf of INVT was November 25, 2019.  Counsel for INVT was retained for this matter after the November 25 deadline, just ahead of Thanksgiving Day. The parties hereby stipulate to enlarge the declaration filing date to Friday, December 6, 2019.

This is the first extension in this case regarding this motion.

This amendment to the Local Rules will not affect any other deadlines or hearing dates (not yet set) in this action.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: December 3, 2019

Respectfully submitted,

/s/ Steven C. Carlson

Steven C. Carlson, (SBN 206451)
SCarlson@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041

Christopher A. Seidl
CSeidl@RobinsKaplan.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John K. Harting
jharting@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

*Attorneys for Defendant INVT SPE LLC*

### [PROPOSED] ORDER

**IT IS ORDERED** that INVT shall respond to Plaintiff's Administrative Motion to File Complaint Conditionally Under Seal (Docket No. 3) on or before December 6, 2019.

Dated: 12/5/2019

_____
HONORABLE EDWARD M. CHEN
United States District Judge