**Andrew P. Holland/Bar No. 224737**
**aholland@thoits.com**
**Nathaniel H. Lipanovich/Bar No. 292283**
**nlipanovich@thoits.com**
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Defendant**
**DSS Technology Management, Inc.**

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**INTEL CORPORATION, APPLE INC.,**

Plaintiffs,

v.

**FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, AND SEVEN NETWORKS, LLC,**

Defendants.

No. 19-7651

**NOTICE OF APPEARANCE OF NATHANIEL H. LIPANOVICH**

TO THE CLERK OF THE COURT AND TO ALL PARTIES IN THIS ACTION:

PLEASE TAKE NOTICE that Nathaniel H. Lipanovich of Thoits Law hereby enters his appearance in this matter as counsel of record for Defendant DSS Technology Management, Inc.

Dated: December 12, 2019

Respectfully submitted,

**THOITS LAW**

By: *Is/ Nathaniel Lipanovich*

**Nathaniel H. Lipanovich**
**Attorneys for Defendant**
**DSS Technology Management, Inc.**

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200