# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC,<br><br>Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO THE COMPLAINT AND SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS, STRIKE AND/OR STAY THE ACTION** |

Pursuant to Civil Local Rules 6-1 and 6-2, plaintiffs Intel Corporation and Apple Inc. (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, VLSI Technology LLC, Inventergy Global, Inc., INVT SPE LLC, DSS Technology Management, Inc., IXI IP, LLC, and Seven Networks, LLC (collectively, "Defendants") by and through their undersigned counsel hereby stipulate as follows:

WHEREAS, on November 20, 2019, Plaintiffs filed a Complaint in the above captioned matter (Dkt. 1);

WHEREAS, Plaintiffs served summonses on Defendants on the following dates: Fortress Investment Group LLC was served on November 25, 2019; Fortress Credit Co. LLC was served on November 25, 2019; Uniloc 2017 LLC was served on November 25, 2019; VLSI Technology LLC was served on November 25, 2019; Inventergy Global, Inc. was served on November 25, 2019; INVT SPE LLC was served on November 25, 2019; DSS Technology Management, Inc. was served on November 25, 2019; IXI IP, LLC was served on November 25, 2019; and Seven Networks, LLC was served on November 25, 2019;

WHEREAS, the parties have met and conferred over a stipulation to extend Defendants' deadlines to respond to the Complaint;

WHEREAS, Defendants anticipate that they may respond to the Complaint by way of motions to dismiss, strike and/or stay the action, and the parties have agreed on a briefing schedule that will govern such motion practice, subject to Court approval;

WHEREAS, neither the parties' proposed extension of Defendants' deadlines to respond to the Complaint nor the proposed briefing schedule will change or alter the date of any event or deadline already fixed by Court order;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the Court's approval:

1. Defendants' deadlines to answer or otherwise respond to Plaintiffs' Complaint are extended through and including February 4, 2020;

2. If Defendants respond by way of motion practice, Plaintiffs may oppose by

10775065

- 1 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES TO RESPOND TO THE COMPLAINT
Case No. 3:19-cv-07651-EMC

1  March 19, 2020 and Defendants may reply by April 6, 2020.

3  IT IS SO STIPULATED.

4  Dated:  December 12, 2019                    Respectfully submitted,

6  By: */s/ A. Matthew Ashley*                  By: */s/ Mark D. Selwyn*
   A. Matthew Ashley (Bar No. 198235)              Mark D. Selwyn (SBN 244180)
   mashley@irell.com                               mark.selwyn@wilmerhale.com
   IRELL & MANELLA LLP                             WILMER CUTLER PICKERING
   840 Newport Center Drive, Suite 400                HALE AND DORR LLP
   Newport Beach, CA 92660-6324                   950 Page Mill Road
   Telephone: 949 760-0991                        Palo Alto, CA 94304
   Facsimile: 949 760-5200                        Telephone: +1 650 858 6000
                                                  Facsimile: +1 650 858 6100
   *Attorney for Defendants*
   FORTRESS INVESTMENT GROUP                      William F. Lee (*pro hac vice*)
   LLC, FORTRESS CREDIT CO. LLC,                  william.lee@wilmerhale.com
   VLSI TECHNOLOGY LLC                            Joseph J. Mueller (*pro hac vice*)
                                                  joseph.mueller@wilmerhale.com
   */s/ James J. Foster*                          Timothy Syrett (*pro hac vice*)
   James J. Foster                                timothy.syrett@wilmerhale.com
   jfoster@princelobel.com                        WILMER CUTLER PICKERING
   PRINCE LOBEL TYE LLP                              HALE AND DORR LLP
   One International Place, Suite 3700            60 State Street
   Boston, MA 02110                               Boston, MA 02109
   Telephone:  617 456-8022                       Telephone: +1 617 526 6000
   Facsimile:  617 456-8100                       Facsimile: +1 617 526 5000

   *Attorney for Defendant*                       Leon B. Greenfield (*pro hac vice*)
   UNILOC 2017 LLC                                leon.greenfield@wilmerhale.com
                                                  Amanda L. Major (*pro hac vice*)
   */s/ Christopher A. Seidl*                     amanda.major@wilmerhale.com
   Christopher A. Seidl (*pro hac vice*)          WILMER CUTLER PICKERING
   CSeidl@RobinsKaplan.com                           HALE AND DORR LLP
   ROBINS KAPLAN LLP                              1875 Pennsylvania Avenue, N.W.
   800 LaSalle Avenue, Suite 2800                 Washington, DC 20006
   Minneapolis, MN 55402                          Telephone: +1 202 663 6000
   Telephone:  612 349 8468                       Facsimile: +1 202 663 6363
   Facsimile:  612 339-4181
                                                  *Attorneys for Plaintiffs*
   *Attorney for Defendants*                      INTEL CORPORATION and APPLE INC.
   INVENTERGY GLOBAL, INC.
   INVT SPE LLC

   */s/ Nathaniel Lipanovich*
   Nathaniel Lipanovich (Bar No. 292283)
   nlipanovich@thoits.com
   THOITS LAW
   400 Main Street, Suite 250

1  Los Altos, CA 94022
   Telephone: 650 327-4200
2  Facsimile:  650-325-5572

3  *Attorney for Defendant*
   DSS TECHNOLOGY
4  MANAGEMENT, INC.

5  /s/ Jason D. Cassady
   Jason D. Cassady
6  jcassady@caldwellcc.com
   CALDWELL CASSADY & CURRY
7  2101 Cedar Springs Road, Suite 1000
   Dallas, TX 75201
8  Telephone: 214 888-4841
   Facsimile:  214-888-4849
9
   *Attorney for Defendant*
10 IXI IP, LLC

11 /s/ Samuel F. Baxter
   Samuel F. Baxter (*pro hac vice*)
12 sbaxter@mckoolsmith.com
   MCKOOL SMITH
13 104 East Houston, Suite 100
   Marshall, TX 75670
14 Telephone:  903 923-9001
   Facsimile:  903 923-9099
15
   *Attorney for Defendant*
16 SEVEN NETWORKS, LLC

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:_____ _____       _____

The Honorable Edward M. Chen
United States District Judge

**ECF ATTESTATION**

I, A. Matthey Ashley, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO THE COMPLAINT AND SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS, STRIKE AND/OR STAY THE ACTION.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ A. Matthew Ashley*
A.  Matthew Ashley