IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Michael D. Harbour (SBN 298185)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: mchu@irell.com
Email: bhattenbach@irell.com
Email: mharbour@irell.com

A. Matthew Ashley (SBN 198235)
Olivia Weber (SBN 319918)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
Email: mashley@irell.com
Email: oweber@irell.com

*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC,
VLSI TECHNOLOGY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC,<br><br>Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**DECLARATION OF A. MATTHEW ASHLEY IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO THE COMPLAINT AND SET MOTIONS TO DISMISS, STRIKE AND/OR STAY THE ACTION BRIEFING SCHEDULE** |

I, A. Matthew Ashley, declare as follows:

1. I am an attorney at law, admitted to practice in the United States District Court, Northern District of California, and I am a partner with the law firm of Irell & Manella LLP, counsel for Fortress Investment Group LLC, Fortress Credit Co. LLC, and VLSI Technology LLC in this matter. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

2. Plaintiffs Intel Corporation and Apple Inc. served summonses on each of the defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, and VLSI Technology LLC on November 25, 2019, and I have been informed that defendants Uniloc 2017 LLC, Inventergy Global, Inc., INVT SPE LLC, DSS Technology Management, Inc., IXI IP, LLC, and Seven Networks, LLC (collectively, "Defendants") received summonses on November 25, 2019.

3. The parties have met and conferred over a stipulation to extend Defendants' deadlines to respond to the Complaint.

4. Defendants anticipate that they may respond to the Complaint by way of motions to dismiss, strike and/or stay the action, and the parties have agreed on a briefing schedule that will govern such motion practice, subject to Court approval.

5. Neither the parties' proposed extension of Defendants' deadlines to respond to the Complaint nor the proposed briefing schedule will change or alter the date of any event or deadline already fixed by Court order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 12, 2019 at Newport Beach, California.

By: ___/s/ A. Matthew Ashley_____
      A. Matthew Ashley