1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO THE COMPLAINT AND SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS, STRIKE AND/OR STAY THE ACTION** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | |
| Defendants. | |

10775065

1    Pursuant to Civil Local Rules 6-1 and 6-2, plaintiffs Intel Corporation and Apple Inc.

2  (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co.

3  LLC, Uniloc 2017 LLC, VLSI Technology LLC, Inventergy Global, Inc., INVT SPE LLC, DSS

4  Technology Management, Inc., IXI IP, LLC, and Seven Networks, LLC (collectively,

5  "Defendants") by and through their undersigned counsel hereby stipulate as follows:

6    WHEREAS, on November 20, 2019, Plaintiffs filed a Complaint in the above captioned

7  matter (Dkt. 1);

8    WHEREAS, Plaintiffs served summonses on Defendants on the following dates:  Fortress

9  Investment Group LLC was served on November 25, 2019; Fortress Credit Co. LLC was served

10  on November 25, 2019; Uniloc 2017 LLC was served on November 25, 2019; VLSI Technology

11  LLC was served on November 25, 2019; Inventergy Global, Inc. was served on November 25,

12  2019; INVT SPE LLC was served on November 25, 2019; DSS Technology Management, Inc.

13  was served on November 25, 2019; IXI IP, LLC was served on November 25, 2019; and Seven

14  Networks, LLC was served on November 25, 2019;

15    WHEREAS, the parties have met and conferred over a stipulation to extend Defendants'

16  deadlines to respond to the Complaint;

17    WHEREAS, Defendants anticipate that they may respond to the Complaint by way of

18  motions to dismiss, strike and/or stay the action, and the parties have agreed on a briefing schedule

19  that will govern such motion practice, subject to Court approval;

20    WHEREAS, neither the parties' proposed extension of Defendants' deadlines to respond to

21  the Complaint nor the proposed briefing schedule will change or alter the date of any event or

22  deadline already fixed by Court order;

23    IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the

24  Court's approval:

25    1.    Defendants' deadlines to answer or otherwise respond to Plaintiffs' Complaint are

26        extended through and including February 4, 2020;

27    2.    If Defendants respond by way of motion practice, Plaintiffs may oppose by

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES TO RESPOND TO THE COMPLAINT
Case No. 3:19-cv-07651-EMC

10775065

1

March 19, 2020 and Defendants may reply by April 6, 2020. Hearing  to be set April
23, 2020 at 1:30 p.m.

2

3   IT IS SO STIPULATED.

4   Dated:  December 12, 2019             Respectfully submitted,

5

6

By: */s/ A. Matthew Ashley*            By: */s/ Mark D. Selwyn*     

7      A. Matthew Ashley (Bar No. 198235)      Mark D. Selwyn (SBN 244180)
mashley@irell.com      mark.selwyn@wilmerhale.com

8      IRELL & MANELLA LLP      WILMER CUTLER PICKERING
840 Newport Center Drive, Suite 400       HALE AND DORR LLP

9      Newport Beach, CA 92660-6324      950 Page Mill Road
Telephone: 949 760-0991      Palo Alto, CA 94304

10      Facsimile: 949 760-5200      Telephone: +1 650 858 6000
     Facsimile: +1 650 858 6100

11      *Attorney for Defendants*
FORTRESS INVESTMENT GROUP      William F. Lee (*pro hac vice*)

12      LLC, FORTRESS CREDIT CO. LLC,      william.lee@wilmerhale.com
VLSI TECHNOLOGY LLC      Joseph J. Mueller (*pro hac vice*)

13      joseph.mueller@wilmerhale.com
*/s/ James J. Foster*      Timothy Syrett (*pro hac vice*)

14      James J. Foster      timothy.syrett@wilmerhale.com
jfoster@princelobel.com      WILMER CUTLER PICKERING

15      PRINCE LOBEL TYE LLP       HALE AND DORR LLP
One International Place, Suite 3700      60 State Street

16      Boston, MA 02110      Boston, MA 02109
Telephone:  617 456-8022      Telephone: +1 617 526 6000

17      Facsimile:  617 456-8100      Facsimile: +1 617 526 5000

18      *Attorney for Defendant*
UNILOC 2017 LLC      Leon B. Greenfield (*pro hac vice*)

19      leon.greenfield@wilmerhale.com
*/s/ Christopher A. Seidl*    Amanda L. Major (*pro hac vice*)

20      Christopher A. Seidl (*pro hac vice*)      amanda.major@wilmerhale.com
CSeidl@RobinsKaplan.com      WILMER CUTLER PICKERING

21      ROBINS KAPLAN LLP       HALE AND DORR LLP
800 LaSalle Avenue, Suite 2800      1875 Pennsylvania Avenue, N.W.

22      Minneapolis, MN 55402      Washington, DC 20006
Telephone:  612 349 8468      Telephone: +1 202 663 6000

23      Facsimile:  612 339-4181      Facsimile: +1 202 663 6363

24      *Attorney for Defendants*      *Attorneys for Plaintiffs*
INVENTERGY GLOBAL, INC.      INTEL CORPORATION and APPLE INC.

25      INVT SPE LLC

26      */s/ Nathaniel Lipanovich*  
Nathaniel Lipanovich (Bar No.

27      292283)
nlipanovich@thoits.com

28      THOITS LAW
400 Main Street, Suite 250

1    Los Altos, CA 94022
     Telephone: 650 327-4200
2    Facsimile:  650-325-5572

3    *Attorney for Defendant*
     DSS TECHNOLOGY
4    MANAGEMENT, INC.

5    */s/ Jason D. Cassady*
     Jason D. Cassady
6    jcassady@caldwellcc.com
     CALDWELL CASSADY & CURRY
7    2101 Cedar Springs Road, Suite 1000
     Dallas, TX 75201
8    Telephone: 214 888-4841
     Facsimile:  214-888-4849
9
     *Attorney for Defendant*
10   IXI IP, LLC

11   */s/ Samuel F. Baxter*
     Samuel F. Baxter (*pro hac vice*)
12   sbaxter@mckoolsmith.com
     MCKOOL SMITH
13   104 East Houston, Suite 100
     Marshall, TX 75670
14   Telephone:  903 923-9001
     Facsimile:  903 923-9099
15
     *Attorney for Defendant*
16   SEVEN NETWORKS, LLC

17

18

19

20

21

22

23

24

25

26

27

28

10775065                                - 3 -

1

## <u>ORDER</u>

2           Pursuant to stipulation, IT IS SO ORDERED.

3

4    DATED: _December 13, 2019_          _____

5                                        The Honorable Edward M. Chen
                                         United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28