WILMER CUTLER PICKERING
  HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

WILMER CUTLER PICKERING
  HALE AND DORR LLP
William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiffs*
*Intel Corporation and Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., <br><br>Plaintiff, <br><br>v. <br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br>Defendants. | Case No. 3:19-cv-07651-EMC <br><br>**CERTIFICATE OF SERVICE** |

    I, Mark D. Selwyn, hereby certify that true and correct copies of the Civil Cover Sheet, Summons, and Complaint along with the other documents identified in Exhibit A attached hereto,

were served by electronic mail on Uniloc USA, Inc. and Uniloc Luxembourg S.A.R.L., care of Daniel Shulman, Lathrop GPM LLP, 500 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, on January 15, 2020.  Mr. Shulman stated he was authorized to accept service of the documents identified in Exhibit A on behalf of Uniloc USA, Inc. and Uniloc Luxembourg S.A.R.L., and he further agreed to accept service on behalf of those parties by electronic mail.

Dated: January 15, 2020

Respectfully submitted,

By: */s/ Mark D. Selwyn*
    Mark D. Selwyn (SBN 244180)
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
     HALE AND DORR LLP
    950 Page Mill Road
    Pal Alto, CA  94304
    Telephone: (650) 858-6000
    Fax: (650) 585-6100

    William F. Lee (*pro hac vice*)
    william.lee@wilmerhale.com
    WILMER CUTLER PICKERING
     HALE AND DORR LLP
    Joseph J. Mueller (*pro hac vice*)
    joseph.mueller@wilmerhale.com
    Timothy D. Syrett (*pro hac vice*)
    timothy.syrett@wilmerhale.com
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Fax: (617) 526-5000

    WILMER CUTLER PICKERING
     HALE AND DORR LLP
    Leon G. Greenfield (*pro hac vice*)
    leon.greenfield@wilmerhale.com
    Amanda L. Major (*pro hac vice*)
    amanda.major@wilmerhale.com
    1875 Pennsylvania Avenue N.W.
    Washington, DC 20006
    Telephone: (202) 663-6000
    Fax: (202) 663-6363

    *Attorneys for Plaintiffs*
    INTEL CORPORATION and APPLE INC.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document entitled Certificate of Service to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

Dated: January 15, 2020                     Respectfully submitted,


                                            By: */s/ Mark D. Selwyn*
                                               Mark D. Selwyn