1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER ADDING DEFENDANTS TO STIPULATED AND ORDERED BRIEFING SCHEDULE (DKT. 75)** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | |
| Defendants. | |

1    Pursuant to Civil Local Rules 6-1 and 6-2, plaintiffs Intel Corporation and Apple Inc.

2    (collectively, "Plaintiffs") and defendants Uniloc USA, Inc. ("Uniloc USA") and Uniloc

3    Luxembourg S.a.r.l. ("Uniloc Luxembourg") by and through their undersigned counsel hereby

4    stipulate as follows:

5        WHEREAS, this Court approved a stipulated extension of time to respond to the

6    Complaint and proposed briefing schedule (Dkt. 75);

7        WHEREAS, Uniloc USA and Uniloc Luxembourg were not yet served at the time of entry

8    of Dkt. 75, but have since agreed to accept service and to be included in the extension of time and

9    proposed briefing schedule approved in Dkt. 75;

10       WHEREAS, Plaintiffs served summonses on Uniloc USA and Uniloc Luxembourg on

11   January 15, 2020;

12       WHEREAS, Plaintiffs agree that Uniloc USA and Uniloc Luxembourg should be part of

13   the extension of time and proposed briefing schedule approved in Dkt. 75;

14       IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the

15   Court's approval:

16   1.    The extension of time to respond to the Complaint and briefing schedule already

17         approved by the Court in Dkt. 75 shall be applicable to Uniloc USA and Uniloc

18         Luxembourg.

19

20   IT IS SO STIPULATED.

21   Dated:  January 17, 2020                          Respectfully submitted,

22

23   By: */s/ Daniel R. Shulman*                       By: */s/ Mark D. Selwyn*

24       Daniel. R. Shulman (MN Bar #100651)               Mark D. Selwyn (SBN 244180)
         *Pro Hac Vice* Admission Pending                  mark.selwyn@wilmerhale.com
25       Dean C. Eyler (MN Bar #267491)                    WILMER CUTLER PICKERING
         *Pro Hac Vice* Admission Pending                    HALE AND DORR LLP
26       LATHROP GPM LLP                                   950 Page Mill Road
         500 IDS Center                                    Palo Alto, CA 94304
27       80 South 8th Street                               Telephone: +1 650 858 6000
         Minneapolis, MN 55402                            Facsimile: +1 650 858 6100
28       Telephone: 612 632-3335

STIPULATION AND [PROPOSED] ORDER TO SET
BRIEFING SCHEDULE ON MOTIONS TO DISMISS,
STRIKE AND/OR STAY THE ACTION
Case No. 3:19-cv-07651-EMC

1    Facsimile: 612 632-4000
     daniel.shulman@lathropgpm.com
2    dean.eyler@lathropgpm.com

3    Erica J. Van Loon (SBN 227712)
     LATHROP GPM LLP
4    1888 Century Park East, Suite 1000
     Los Angeles, CA  90067-1623
5    Telephone:  310-789-4659
     Facsimile:  310-789-4601
6    erica.vanloon@lathropgpm.com

7    *Attorney for Defendants*
     UNILOC LUXEMBOURG S.A.R.L.
8    UNILOC USA, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

William F. Lee (*Pro Hac Vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*Pro Hac Vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*Pro Hac Vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

Leon B. Greenfield (*Pro Hac Vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*Pro Hac Vice*)
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363

*Attorneys for Plaintiffs*
INTEL CORPORATION and APPLE INC.

STIPULATION AND [PROPOSED] ORDER TO SET
BRIEFING SCHEDULE ON MOTIONS TO DISMISS,
STRIKE AND/OR STAY THE ACTION
Case No. 3:19-cv-07651-EMC

1

## <u>ORDER</u>

2

Pursuant to stipulation, IT IS SO ORDERED.

3

4

DATED: January 21, 2020

_____

5

The Honorable Edward M. Chen
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO SET
BRIEFING SCHEDULE ON MOTIONS TO DISMISS,
STRIKE AND/OR STAY THE ACTION
Case No. 3:19-cv-07651-EMC

- 3 -