UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR MOTION TO DISMISS AND STRIKE BRIEFING** |

10788575_1

STIPULATION AND [PROPOSED] ORDER SETTING PAGE
LIMITS FOR MOTION TO DISMISS AND STRIKE
BRIEFING
Case No. 3:19-cv-07651-EMC

Pursuant to Civil Local Rule 7-12, plaintiffs Intel Corporation and Apple Inc. (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy Global, Inc., INVT SPE LLC, DSS Technology Management, Inc., IXI IP, LLC, and Seven Networks, LLC (collectively, "Defendants") by and through their undersigned counsel hereby stipulate as follows:

WHEREAS, on November 20, 2019, Plaintiffs filed a 56-page Complaint asserting claims for violation of Section 1 of the Sherman Act, Section 7 of the Clayton Act, and Section 17200 of the California Business and Professions Code (Dkt. 1);

WHEREAS, Defendants intend to file motions to dismiss and strike Plaintiffs' Complaint in accordance with the Court's order setting an extended briefing schedule (Dkt. 75), and seek to coordinate their motion practice in order to reduce redundancy and total pages submitted to the Court;

WHEREAS, the parties have agreed, subject to Court approval, that: (i) all Defendants collectively will be entitled to 50 total pages for their motions to dismiss and strike moving briefs, which will likely be filed in a single joint brief plus one or more short supplemental briefs, (ii) all Plaintiffs collectively will be entitled to 50 total pages for their oppositions to these motions, and (iii) all Defendants collectively will be entitled to 30 total pages for their replies.  The parties have further agreed that they may allocate the pages for their respective motions, oppositions, and replies however they choose;

WHEREAS, absent this stipulation, each Defendant would be entitled to file a motion to dismiss and strike of up to 25 pages, and Plaintiffs would be entitled 25 pages to oppose each such motion (L.R. 7-2,  7-3), which would result in potentially hundreds of pages of briefing on the motions to dismiss and strike;

WHEREAS, the requested page limits herein will allow the parties to coordinate their collective briefing and more efficiently present the motion to dismiss and strike issues to the Court;

10788575_1

- 2 -

STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR MOTION TO DISMISS AND STRIKE BRIEFING
Case No. 3:19-cv-07651-EMC

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the Court's approval:

1. Defendants may have 50 pages collectively for their motions to dismiss and strike Plaintiffs' Complaint to be allocated amongst Defendants however they choose;

2. Plaintiffs may have 50 pages collectively for their oppositions to Defendants' Motions to be allocated among Plaintiffs however they choose;

3. Defendants may have 30 pages collectively for their replies to be allocated among Defendants however they choose.

IT IS SO STIPULATED.

Dated: January 22, 2020                                    Respectfully submitted,


By: /s/ A. Matthew Ashley
    A. Matthew Ashley (Bar No. 198235)
    mashley@irell.com
    IRELL & MANELLA LLP
    840 Newport Center Drive, Suite 400
    Newport Beach, CA 92660-6324
    Telephone: 949 760-0991
    Facsimile: 949 760-5200

*Attorney for Defendants*
FORTRESS INVESTMENT GROUP
LLC, FORTRESS CREDIT CO. LLC,
VLSI TECHNOLOGY LLC

/s/ James J. Foster
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone:  617 456-8022
Facsimile:  617 456-8100

*Attorney for Defendant*
UNILOC 2017 LLC

/s/ Daniel. R. Shulman
Daniel R. Shulman (*pro hac vice*)
daniel.shulman@lathropgpm.com
LATHROP GPM LLP
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612 632-3335

By: /s/ Timothy Syrett
    Timothy Syrett (*pro hac vice*)
    timothy.syrett@wilmerhale.com
    William F. Lee (*pro hac vice*)
    william.lee@wilmerhale.com
    Joseph J. Mueller (*pro hac vice*)
    joseph.mueller@wilmerhale.com
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    60 State Street
    Boston, MA 02109
    Telephone: +1 617 526 6000
    Facsimile: +1 617 526 5000

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100

Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363

| | |
|---|---|
| Facsimile: 612 632-4000 | *Attorneys for Plaintiffs*<br>INTEL CORPORATION and APPLE INC. |
| *Attorney for Defendants*<br>UNILOC LUXEMBOURG S.A.R.L.<br>UNILOC USA, INC | |

*/s/ Christopher A. Seidl*
Christopher A. Seidl (*pro hac vice*)
CSeidl@RobinsKaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone:  612 349 8468
Facsimile:  612 339-4181

*Attorney for Defendants*
INVT SPE LLC
INVENTERGY GLOBAL, INC.

*/s/ Nathaniel Lipanovich*
Nathaniel Lipanovich (Bar No. 292283)
nlipanovich@thoits.com
THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: 650 327-4200
Facsimile:  650-325-5572

*Attorney for Defendant*
DSS TECHNOLOGY MANAGEMENT, INC.

*/s/ Jason D. Cassady*
Jason D. Cassady
jcassady@caldwellcc.com
CALDWELL CASSADY & CURRY
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: 214 888-4841
Facsimile:  214-888-4849

*Attorney for Defendant*
IXI IP, LLC

*/s/ Samuel F. Baxter*
Samuel F. Baxter (*pro hac vice*)
sbaxter@mckoolsmith.com
MCKOOL SMITH
104 East Houston, Suite 100
Marshall, TX 75670
Telephone:  903 923-9001
Facsimile:  903 923-9099

*Attorney for Defendant*
SEVEN NETWORKS, LLC

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:_____

_____
The Honorable Edward M. Chen
United States District Judge

10788575_1                             - 5 -

STIPULATION AND [PROPOSED] ORDER SETTING PAGE
LIMITS FOR MOTION TO DISMISS AND STRIKE
BRIEFING
Case No. 3:19-cv-07651-EMC

**ECF ATTESTATION**

I, Olivia Lauren Weber, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR MOTION TO DISMISS AND STRIKE BRIEFING.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/   Olivia Lauren Weber*
Olivia Lauren Weber

10788575_1

- 6 -

STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR MOTION TO DISMISS AND STRIKE BRIEFING
Case No. 3:19-cv-07651-EMC