1
2
3
4
5
6
7
8
9
10                     **UNITED STATES DISTRICT COURT**
11                     **NORTHERN DISTRICT OF CALIFORNIA**
12

| 13 | INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
|---|---|---|
| 14 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR MOTION TO DISMISS AND STRIKE BRIEFING** |
| 15 | v. | |
| 16-20 | FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | |
| 21 | Defendants. | |

22
23
24
25
26
27
28

1   Pursuant to Civil Local Rule 7-12, plaintiffs Intel Corporation and Apple Inc. (collectively,
2   "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc
3   2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy
4   Global, Inc., INVT SPE LLC, DSS Technology Management, Inc., IXI IP, LLC, and Seven
5   Networks, LLC (collectively, "Defendants") by and through their undersigned counsel hereby
6   stipulate as follows:

7   WHEREAS, on November 20, 2019, Plaintiffs filed a 56-page Complaint asserting claims
8   for violation of Section 1 of the Sherman Act, Section 7 of the Clayton Act, and Section 17200 of
9   the California Business and Professions Code (Dkt. 1);

10   WHEREAS, Defendants intend to file motions to dismiss and strike Plaintiffs' Complaint
11   in accordance with the Court's order setting an extended briefing schedule (Dkt. 75), and seek to
12   coordinate their motion practice in order to reduce redundancy and total pages submitted to the
13   Court;

14   WHEREAS, the parties have agreed, subject to Court approval, that: (i) all Defendants
15   collectively will be entitled to 50 total pages for their motions to dismiss and strike moving briefs,
16   which will likely be filed in a single joint brief plus one or more short supplemental briefs, (ii) all
17   Plaintiffs collectively will be entitled to 50 total pages for their oppositions to these motions, and
18   (iii) all Defendants collectively will be entitled to 30 total pages for their replies.  The parties have
19   further agreed that they may allocate the pages for their respective motions, oppositions, and
20   replies however they choose;

21   WHEREAS, absent this stipulation, each Defendant would be entitled to file a motion to
22   dismiss and strike of up to 25 pages, and Plaintiffs would be entitled 25 pages to oppose each such
23   motion (L.R. 7-2,  7-3), which would result in potentially hundreds of pages of briefing on the
24   motions to dismiss and strike;

25   WHEREAS, the requested page limits herein will allow the parties to coordinate their
26   collective briefing and more efficiently present the motion to dismiss and strike issues to the
27   Court;

28

10788575_1

- 2 -

STIPULATION AND [PROPOSED] ORDER SETTING PAGE
LIMITS FOR MOTION TO DISMISS AND STRIKE
BRIEFING
Case No. 3:19-cv-07651-EMC

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the
2  Court's approval:
3  1.  Defendants may have 50 pages collectively for their motions to dismiss and strike
4      Plaintiffs' Complaint to be allocated amongst Defendants however they choose;
5  2.  Plaintiffs may have 50 pages collectively for their oppositions to Defendants'
6      Motions to be allocated among Plaintiffs however they choose;
7  3.  Defendants may have 30 pages collectively for their replies to be allocated among
8      Defendants however they choose.
9  IT IS SO STIPULATED.
10 Dated:  January 22, 2020                        Respectfully submitted,

| By: */s/ A. Matthew Ashley* | By: /s/ Timothy Syrett |
|---|---|
| A. Matthew Ashley (Bar No. 198235) | Timothy Syrett (*pro hac vice*) |
| mashley@irell.com | timothy.syrett@wilmerhale.com |
| IRELL & MANELLA LLP | William F. Lee (*pro hac vice*) |
| 840 Newport Center Drive, Suite 400 | william.lee@wilmerhale.com |
| Newport Beach, CA 92660-6324 | Joseph J. Mueller (*pro hac vice*) |
| Telephone: 949 760-0991 | joseph.mueller@wilmerhale.com |
| Facsimile: 949 760-5200 | WILMER CUTLER PICKERING |
|  |   HALE AND DORR LLP |
| *Attorney for Defendants* | 60 State Street |
| FORTRESS INVESTMENT GROUP | Boston, MA 02109 |
| LLC, FORTRESS CREDIT CO. LLC, | Telephone: +1 617 526 6000 |
| VLSI TECHNOLOGY LLC | Facsimile: +1 617 526 5000 |
|  |  |
| */s/ James J. Foster* | Mark D. Selwyn (SBN 244180) |
| James J. Foster | mark.selwyn@wilmerhale.com |
| jfoster@princelobel.com | WILMER CUTLER PICKERING |
| PRINCE LOBEL TYE LLP |   HALE AND DORR LLP |
| One International Place, Suite 3700 | 950 Page Mill Road |
| Boston, MA 02110 | Palo Alto, CA 94304 |
| Telephone:  617 456-8022 | Telephone: +1 650 858 6000 |
| Facsimile:  617 456-8100 | Facsimile: +1 650 858 6100 |
|  |  |
| *Attorney for Defendant* | Leon B. Greenfield (*pro hac vice*) |
| UNILOC 2017 LLC | leon.greenfield@wilmerhale.com |
|  | Amanda L. Major (*pro hac vice*) |
| */s/ Daniel. R. Shulman* | amanda.major@wilmerhale.com |
| Daniel R. Shulman (*pro hac vice*) | WILMER CUTLER PICKERING |
| daniel.shulman@lathropgpm.com |   HALE AND DORR LLP |
| LATHROP GPM LLP | 1875 Pennsylvania Avenue, N.W. |
| 500 IDS Center | Washington, DC 20006 |
| 80 South 8th Street | Telephone: +1 202 663 6000 |
| Minneapolis, MN 55402 | Facsimile: +1 202 663 6363 |
| Telephone: 612 632-3335 |  |

| | | |
|---|---|---|
| 1 | Facsimile: 612 632-4000 | *Attorneys for Plaintiffs*<br>INTEL CORPORATION and APPLE INC. |
| 2 | *Attorney for Defendants*<br>UNILOC LUXEMBOURG S.A.R.L. | |
| 3 | UNILOC USA, INC | |
| 4 | */s/ Christopher A. Seidl*<br>Christopher A. Seidl (*pro hac vice*) | |
| 5 | CSeidl@RobinsKaplan.com<br>ROBINS KAPLAN LLP | |
| 6 | 800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402 | |
| 7 | Telephone:  612 349 8468<br>Facsimile:  612 339-4181 | |
| 8 | | |
| 9 | *Attorney for Defendants*<br>INVT SPE LLC<br>INVENTERGY GLOBAL, INC. | |
| 10 | | |
| 11 | */s/ Nathaniel Lipanovich*<br>Nathaniel Lipanovich (Bar No. 292283) | |
| 12 | nlipanovich@thoits.com<br>THOITS LAW | |
| 13 | 400 Main Street, Suite 250<br>Los Altos, CA 94022 | |
| 14 | Telephone: 650 327-4200<br>Facsimile:  650-325-5572 | |
| 15 | | |
| 16 | *Attorney for Defendant*<br>DSS TECHNOLOGY<br>MANAGEMENT, INC. | |
| 17 | | |
| 18 | */s/ Jason D. Cassady*<br>Jason D. Cassady | |
| 19 | jcassady@caldwellcc.com<br>CALDWELL CASSADY & CURRY | |
| 20 | 2121 N. Pearl Street, Suite 1200<br>Dallas, TX 75201 | |
| 21 | Telephone: 214 888-4841<br>Facsimile:  214-888-4849 | |
| 22 | *Attorney for Defendant*<br>IXI IP, LLC | |
| 23 | | |
| 24 | */s/ Samuel F. Baxter*<br>Samuel F. Baxter (*pro hac vice*) | |
| 25 | sbaxter@mckoolsmith.com<br>MCKOOL SMITH | |
| 26 | 104 East Houston, Suite 100<br>Marshall, TX 75670 | |
| 27 | Telephone:  903 923-9001<br>Facsimile:  903 923-9099 | |
| 28 | *Attorney for Defendant*<br>SEVEN NETWORKS, LLC | |

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: January 22, 2020

_____
The Honorable Edward M. Chen
United States District Judge

10788575_1

- 5 -

STIPULATION AND [PROPOSED] ORDER SETTING PAGE
LIMITS FOR MOTION TO DISMISS AND STRIKE
BRIEFING
Case No. 3:19-cv-07651-EMC