Samuel F. Baxter (*Pro Hac Vice*) (Lead Counsel)
sbaxter@mckoolsmith.com
Jennifer Truelove (*Pro Hac Vice*)
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile: (903) 923-9099

Kirk Dillman
kdillman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Ave, Suite 2900
Los Angeles, CA 90071
Telephone:  (213) 694-1200
Facsimile: (213) 694-1234

Kevin Burgess (*Pro Hac Vice*)
kburgess@mckoolsmith.com
Seth R. Hasenour (*Pro Hac Vice*)
shasenour@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8704

John Briody (*Pro Hac Vice*)
jbriody@mckoolsmith.com
Kevin Schubert (*Pro Hac Vice*)
kschubert@mckoolsmith.com
MCKOOL SMITH, P.C.
395 9th Avenue, 50th Floor
New York, NY 10001
Telephone: (212) 402-9400

*Counsel for Defendant*
SEVEN NETWORKS,  LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC,<br><br>Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he

2    or she has:

3    1)  Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook"

4        (available at cand.uscourts.gov/adr).

5    2)  Discussed with each other the available dispute resolution options provided by the Court

6        and private entities; and

7    3)  Considered whether this case might benefit from any of the available dispute resolution

8        options.

9

10   DATED: January 30, 2020

11                                                  By:    /s/ Ross Bott
                                                       [Party] Ross Bott
12                                                     *SEVEN Networks, LLC*

13                                                  By:    /s/ Samuel Baxter
14                                                     [Counsel] Samuel F. Baxter
                                                       *Counsel for Defendant SEVEN Networks,*
15                                                     *LLC*

16       Counsel further certifies that he or she has discussed the selection of an ADR process with

17   counsel for the other parties to the case. Based on that discussion, the parties:

18       X  intend to stipulate to an ADR process

19       _  prefer to discuss ADR selection with the Assigned Judge at the case management

20   conference

21   DATED: January 30, 2020

22

23                                                  By:    /s/ Samuel Baxter
                                                       [Counsel] Samuel F. Baxter
24                                                     *Counsel for Defendant SEVEN Networks,*
                                                       *LLC*
25

26

27

28

## **CERTIFICATE OF SERVICE**

The undersigned counsel for defendant SEVEN Networks, LLC, hereby certifies that the foregoing document, was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all those registered to receive a Notice of Electronic Filing for this case on January 30, 2020.


/s/ Samuel Baxter
Samuel Baxter