1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  HOPKINS & CARLEY
   A Law Corporation
3  The Letitia Building
   70 South First Street
4  San Jose, CA  95113-2406

5  *mailing address:*
   P.O. Box 1469
6  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
7  Facsimile:     (408) 998-4790

8  Attorneys for Defendant
   IXI IP, LLC
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12 | INTEL CORPORATION and APPLE INC., | CASE NO.  3:19-cv-07651-EMC |
|---|---|
| Plaintiffs, | **CERTIFICATE OF INTERESTED PARTIES AND ENTITIES** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, et al., | |
| Defendants. | |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding: IXI Mobile, Inc., corporate parent of IXI
6  Mobile (R&D) LTD.

Dated: January 30, 2020

HOPKINS & CARLEY
A Law Corporation

By: */s/ John V. Picone III*
John V. Picone III
Attorneys for Defendant
IXI IP, LLC