Christopher A. Seidl
John K. Harting
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Steven Carlson
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4012
Facsimile: (650) 784-4041

*Attorneys for Defendant INVT SPE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC AND SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-LB <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THIS COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned Taylor Y. Moore-Willis hereby withdraws as counsel of record for Defendant INVT SPEC LLC (Defendant) in the above-captioned litigation, and respectfully requests that her name be removed from all applicable service lists, including Notice of Electronic Filing.  All other counsel of record for the Defendant INV SPEC LLC remain unchanged.

Dated: January 31, 2020

Respectfully submitted,

/s/ Taylor Y. Moore-Willis
Christopher A. Seidl
(admitted *pro hac vice*)
Taylor Y. Moore-Willis
(admitted *pro hac vice*)
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
CSeidl@RobinsKaplan.com

Steven Carlson
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4012
Facsimile: (650) 784-4041
SCarlson@RobinsKaplan.com

*Attorneys for Defendant INVT SPE LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2020 this document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

Dated: January 31, 2020                                      Respectfully submitted,

                                                                                    /s/ Taylor Y. Moore-Willis