**Andrew P. Holland/Bar No. 224737**
aholland@thoits.com
**Nathaniel H. Lipanovich/Bar No. 292283**
nlipanovich@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Defendant**
**DSS Technology Management, Inc.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTEL CORPORATION and APPLE INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, AND SEVEN NETWORKS, LLC,**<br><br>Defendants. | Case No.: 3:19-cv-07651-EMC<br><br>**DSS TECHNOLOGY MANAGEMENT, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DSS Technology Management, Inc. by its counsel provides the following disclosure of interested nonparties. DSS Technology Management, Inc.'s parent corporation is Document Security Systems, Inc., which is publicly traded on the New York Stock Exchange.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations),

or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Document Security Systems, Inc.

Dated: February 4, 2020

                                      **THOITS LAW**
                                   **Attorneys for Defendant**
                         **DSS Technology Management, Inc.**

By:        */s/ Nathaniel Lipanovich*

**Andrew P. Holland/Bar No. 224737**
**Nathaniel H. Lipanovich/Bar No. 292283**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572
Email:    aholland@thoits.com
              nlipanovich@thoits.com

CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES