# EXHIBIT A

# (Declaration of Michael D. Harbour in Support of Defendants' Joint Motion to Dismiss and Strike Plaintiffs' Complaint)

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"Intel Corporation" AND ISD/20000101->20200128)**: 35764 patents.
Hits **1** through **50** out of **35764**

[Next 50 Hits]

[Jump To] [     ]

[Refine Search]  (AN/"Intel Corporation") AND (ISD/1/1/2000->1/28/2

| PAT. NO. | Title |
|---|---|
| 1 10,548,249 | Shielding in electronic assemblies |
| 2 10,548,133 | Multiband central controller and method for multiband network operations |
| 3 10,548,087 | Techniques for managing idle state activity in mobile devices |
| 4 10,547,896 | Techniques for communicating display streams |
| 5 10,547,846 | Encoding 3D rendered images by tagging objects |
| 6 10,547,839 | Block level rate distortion optimized quantization |
| 7 10,547,823 | View interpolation of multi-camera array images with flow estimation and image super resolution using deep learning |
| 8 10,547,680 | Systems, methods, and apparatuses for range protection |
| 9 10,547,559 | Application-level network queueing |
| 10 10,547,527 | Apparatus and methods for implementing cluster-wide operational metrics access for coordinated agile scheduling |
| 11 10,547,327 | Self-configuring error control coding |
| 12 10,547,325 | Area efficient decompression acceleration |
| 13 10,546,927 | Self-aligned transistor structures enabling ultra-short channel lengths |
| 14 10,546,916 | Package-integrated vertical capacitors and methods of assembling same |
| 15 10,546,873 | Integrated circuit with stacked transistor devices |
| 16 10,546,858 | Low damage self-aligned amphoteric FINFET tip doping |
| 17 10,546,835 | Microelectronic devices designed with efficient partitioning of high frequency communication devices integrated on a package fabric |
| 18 10,546,823 | Apparatus and method for mitigating surface imperfections on die backside film using fluorocarbon material |
| 19 10,546,772 | Self-aligned via below subtractively patterned interconnect |

| | | | |
|---|---|---|---|
| 20 | 10,546,634 | T | Cross point memory control |
| 21 | 10,546,413 | T | Multi mode texture sampler for flexible filtering of graphical texture data |
| 22 | 10,546,411 | T | Directed acyclic graph path enumeration with application in multilevel instancing |
| 23 | 10,546,393 | T | Compression in machine learning and deep learning processing |
| 24 | 10,546,362 | T | Method and apparatus for adaptive pixel hashing for graphics processors |
| 25 | 10,546,318 | T | Adaptively embedding visual advertising content into media content |
| 26 | 10,546,157 | T | Flexible counter system for memory protection |
| 27 | 10,546,156 | T | MRC training in FPGA-in-memory-controller |
| 28 | 10,545,925 | T | Storage appliance for processing of functions as a service (FaaS) |
| 29 | 10,545,907 | T | Adjustable power delivery scheme for universal serial bus |
| 30 | 10,545,883 | T | Verification bit for one-way encrypted memory |
| 31 | 10,545,869 | T | Power button override for persistent memory enabled platforms |
| 32 | 10,545,793 | T | Thread scheduling using processing engine information |
| 33 | 10,545,787 | T | Techniques to compose memory resources across devices |
| 34 | 10,545,783 | T | Technologies for securing data structures for controlling virtual machines |
| 35 | 10,545,773 | T | System, method, and apparatus for DVSEC for efficient peripheral management |
| 36 | 10,545,770 | T | Configurable client hardware |
| 37 | 10,545,761 | T | Methods, apparatus, instructions and logic to provide permute controls with leading zero count functionality |
| 38 | 10,545,757 | T | Instruction for determining equality of all packed data elements in a source operand |
| 39 | 10,545,735 | T | Apparatus and method for efficient call/return emulation using a dual return stack buffer |
| 40 | 10,545,546 | T | Reversible direction thermal cooling system |
| 41 | 10,545,536 | T | Facilitating dynamic detection and intelligent use of segmentation on flexible display screens |
| 42 | 10,542,624 | T | 3D printed sensor and cushioning material |
| 43 | 10,542,586 | T | Technologies for providing hardware resources as a service with direct resource addressability |
| 44 | 10,542,387 | T | Reducing connection time in direct wireless interaction |
| 45 | 10,542,333 | T | Technologies for a low-latency interface to data storage |
| 46 | 10,542,279 | T | Temporal motion vector prediction control in video coding |
| 47 | 10,542,243 | T | Method and system of light source estimation for image processing |
| 48 | 10,542,118 | T | Facilitating dynamic filtering and local and/or remote processing of data based on privacy policies and/or user preferences |
| 49 | 10,541,942 | T | Technologies for accelerating edge device workloads |
| 50 | 10,541,941 | T | Cableless connection apparatus and method for communication between chassis |

[Next List]  [Top]  [View Cart]
[Home]  [Quick]  [Advanced]  [Pat Num]  [Help]