**EXHIBIT B**

**(Declaration of Michael D. Harbour in Support of Defendants' Joint Motion to Dismiss and Strike Plaintiffs' Complaint)**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"Apple Inc" AND ISD/20000101->20200128)**: 20368 patents.
*Hits 1 through 50 out of 20368*

| Next 50 Hits |

| Jump To | |

| Refine Search | (AN/"Apple Inc") AND (ISD/1/1/2000->1/28/2020) |

| | **PAT. NO.** | | **Title** |
|---|---|---|---|
| 1 | D873,859 | T | Display screen or portion thereof with icon |
| 2 | D873,858 | T | Display screen or portion thereof with set of icons |
| 3 | D873,832 | T | Display for an electronic device |
| 4 | D873,829 | T | Display stand and electronic device |
| 5 | D873,811 | T | Case |
| 6 | D873,791 | T | Headphones |
| 7 | D873,680 | T | Electronic device with graphical user interface |
| 8 | D873,660 | T | Case |
| 9 | 10,548,135 | T | Providing a downlink control structure in a first carrier to indicate information in a second different carrier |
| 10 | 10,548,129 | T | Device, system and method employing unified flexible 5G air interface |
| 11 | 10,548,107 | T | Delaying cellular re-registration during critical conditions |
| 12 | 10,548,088 | T | Dynamic Baseband Management |
| 13 | 10,548,080 | T | Communication state transitioning control |
| 14 | 10,548,073 | T | Dynamic aggressor field calibration |
| 15 | 10,548,043 | T | UE beam management: a combined periodic and event based report approach for traffic overhead and UE mobility tradeoff |
| 16 | 10,547,863 | T | Image statistics for motion detection |
| 17 | 10,547,776 | T | Devices, methods, and graphical user interfaces for capturing and recording media in multiple modes |
| 18 | 10,547,751 | T | Systems and methods for monitoring data and bandwidth usage |
| 19 | 10,547,717 | T | Housing features of an electronic device |
| 20 | 10,547,665 | T | Network-assisted remote media listening |

Case 3:19-cv-07651-EMC   Document 111-3   Filed 02/04/20   Page 3 of 3

21 10,547,651 System and method for providing telephony services over WiFi for non-cellular devices
22 10,547,649 Device and method for virtual private network connection establishment
23 10,547,558 Methods, systems and apparatus for dynamic discard timer
24 10,547,339 Electronic devices having millimeter wave wireless data transfer capabilities
25 10,547,290 Multi-radio front-end circuitry for radio frequency imbalanced antenna sharing system
26 10,547,151 Magnetic adapter
27 10,546,901 Electronic devices having displays with openings
28 10,546,796 Backplane structure and process for microdriver and micro LED
29 10,546,593 Deep learning driven multi-channel filtering for speech enhancement
30 10,546,558 Request aggregation with opportunism
31 10,546,540 Displays with multiple scanning modes
32 10,546,366 Multifunctional environment for image cropping
33 10,546,293 Apparatuses and methods for using a random authorization number to provide enhanced security for a secure element
34 10,546,193 Method and system to control a workflow and method and system for providing a set of task-specific control parameters
35 10,546,113 Proximity unlock and lock operations for electronic devices
36 10,546,044 Low precision convolution operations
37 10,545,701 Memory arbitration techniques based on latency tolerance
38 10,545,657 User interface for manipulating user interface objects
39 10,545,654 Systems and methods for selecting portions of media for a preview
40 10,545,653 Device, method, and graphical user interface for media playback
41 10,545,635 Device, method, and graphical user interface for navigating media content
42 10,545,631 Fanning user interface controls for a media editing application
43 10,545,604 Apportionment of forces for multi-touch input devices of electronic devices
44 10,545,569 Low power mode
45 10,545,542 Electronic accessory device
46 10,545,242 Systems and methods for in-frame sensing and adaptive sensing control
47 10,545,238 Combining laser pulse transmissions in LiDAR
48 10,545,231 Compressing radio maps using different compression models
49 10,545,197 Self-calibrating system architecture for magnetic distortion compensation
50 10,545,038 Electronic devices with environmental sensors

Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help