# EXHIBIT C

# (Declaration of Michael D. Harbour in Support of Defendants' Joint Motion to Dismiss and Strike Plaintiffs' Complaint)

## USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(CPCL/G06F AND ISD/20000101->20200128)**: 524082 patents.
*Hits **1** through **50** out of **524082***

[ Next 50 Hits ]

[ Jump To ] [          ]

[ Refine Search ] (CPCL/G06F) AND (ISD/1/1/2000->01/28/2020)

|   | PAT. NO. | Title |
|---|----------|-------|
| 1 | 10,548,241 | Two-phase cooling with ambient cooled condensor |
| 2 | 10,548,237 | Externally accessible replaceable power source |
| 3 | 10,548,235 | Harsh environment key panel and bezel structures |
| 4 | 10,548,232 | Modular enclosure and an assembly for constructing a modular enclosure |
| 5 | 10,548,227 | Current redistribution in a printed circuit board |
| 6 | 10,548,225 | Flexible printed circuit and display device |
| 7 | 10,548,213 | Electronic controlling apparatus |
| 8 | 10,548,114 | Multi-tier spectrum access channel assignment |
| 9 | 10,548,084 | Technologies for associating an offline Wi-Fi system with a wireless access point |
| 10 | 10,548,069 | Wireless audio device provisioning |
| 11 | 10,548,034 | Data driven emulation of application performance on simulated wireless networks |
| 12 | 10,548,011 | Challenge-response authentication based on internet of things information |
| 13 | 10,548,009 | Wireless setup procedure enabling modification of wireless credentials |
| 14 | 10,548,007 | Security operations for wireless devices |
| 15 | 10,547,999 | Data transmission method and apparatus |
| 16 | 10,547,994 | Storage elements with label identification for a warehouse |
| 17 | 10,547,968 | Geofence information delivery systems and methods |
| 18 | 10,547,967 | Integrated assistive system to support wayfinding and situation awareness |
| 19 | 10,547,947 | Device for generating audio output |
| 20 | 10,547,939 | Pickup range control |
| 21 | 10,547,937 | User-controlled beam steering in microphone array |
| 22 | 10,547,930 | Dynamic range management of bone conduction speaker output |

23 10,547,924 **T** Microphone structure and flip-type electronic device

24 10,547,917 **T** Ride quality mobile terminal device application

25 10,547,900 **T** Method and system for provision of a plurality of multiple media components

26 10,547,895 **T** Methods, systems, and computer program products for controlling play of media streams

27 10,547,894 **T** Video streaming synchronization switching method for video wall system

28 10,547,890 **T** Apparatus and method for displaying user interface

29 10,547,881 **T** Transmission device and transmission method as well as reception device and reception method

30 10,547,878 **T** Hybrid transmission protocol

31 10,547,850 **T** Audio splitting with codec-enforced frame sizes

32 10,547,839 **T** Block level rate distortion optimized quantization

33 10,547,817 **T** Programmable laser device

34 10,547,812 **T** Video capture device and method

35 10,547,811 **T** System and method(s) for processor utilization-based encoding

36 10,547,798 **T** Apparatus and method for superimposing a virtual object on a lens

37 10,547,778 **T** Image display device for displaying an image in an image display area, and storage medium storing image display program for displaying an image in an image display area

38 10,547,776 **T** Devices, methods, and graphical user interfaces for capturing and recording media in multiple modes

39 10,547,761 **T** Printing from a handheld device via a remote server

40 10,547,760 **T** Image forming apparatus performing wireless communication and method of setting and starting a job via wireless communication

41 10,547,759 **T** Image forming apparatus

42 10,547,755 **T** Information processing apparatus configured to block inputs from an operation panel when the operation panel is swiveled

43 10,547,747 **T** Configurable natural language contact flow

44 10,547,742 **T** System and method for using a mobile device as an input device for surveys at a live event

45 10,547,734 **T** Augmenting messages based on sender location

46 10,547,733 **T** System, a computer readable medium, and a method for providing an integrated management of message information

47 10,547,729 **T** Electronic device and method of executing function of electronic device

48 10,547,726 **T** Mobile terminal and controlling method thereof

49 10,547,720 **T** Method and system for automatically saving unknown number in mobile phone

50 10,547,719 **T** Ultrathin electronic device

---

**Next List**   **Top**   **View Cart**

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**