# EXHIBIT D

# (Declaration of Michael D. Harbour in Support of Defendants' Joint Motion to Dismiss and Strike Plaintiffs' Complaint)

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(CPCL/H01L AND ISD/20000101->20200128):** 368206 patents.
Hits **1** through **50** out of **368206**

[Next 50 Hits]

[Jump To] [           ]

[Refine Search]  (CPCL/H01L) AND (ISD/1/1/2000->01/28/2020)

| | PAT. NO. | Title |
|---|---|---|
| 1 | 10,548,249 | Shielding in electronic assemblies |
| 2 | 10,548,241 | Two-phase cooling with ambient cooled condensor |
| 3 | 10,548,240 | Cooling electronic devices in a data center |
| 4 | 10,548,230 | Method for stress reduction in semiconductor package via carrier |
| 5 | 10,548,223 | Surface mount device stacking for reduced form factor |
| 6 | 10,548,221 | Stackable via package and method |
| 7 | 10,548,191 | Self-identifying solid-state transducer modules and associated systems and methods |
| 8 | 10,547,924 | Microphone structure and flip-type electronic device |
| 9 | 10,547,805 | Pattern generator circuit for high-speed pulse generation |
| 10 | 10,547,803 | Imaging apparatuses, systems, and moving imaging objects |
| 11 | 10,547,802 | Solid-state image pickup device and control method therefor, and electronic apparatus |
| 12 | 10,547,461 | Method and apparatus for binding stacked die using a physically unclonable function |
| 13 | 10,547,352 | Apparatus for die-to-die communication |
| 14 | 10,547,314 | Superconducting circuits and methods for latching data |
| 15 | 10,547,312 | Wide voltage range input interface |
| 16 | 10,547,309 | Totem-pole circuit driver |
| 17 | 10,547,304 | Semiconductor integrated circuit for driving switching device with integrated negative voltage clamp diode |
| 18 | 10,547,303 | Series main-auxiliary field-effect transistor configurations for radio frequency applications |
| 19 | 10,547,282 | Filter including bulk acoustic wave resonator |
| 20 | 10,547,270 | Building integrated photovoltaic roofing assemblies and associated systems and methods |
| 21 | 10,547,253 | Power generating element |

| | | | |
|---|---|---|---|
| 22 | 10,547,252 | T | Semiconductor device and power conversion system |
| 23 | 10,547,155 | T | Solid-state optical amplifier having an active core and doped cladding in a single chip |
| 24 | 10,547,123 | T | Fluidic wire connectors |
| 25 | 10,547,032 | T | Film comprising graphene oxide and clay, preparation method therefor, and use thereof as oxygen barrier film |
| 26 | 10,547,029 | T | OLED package structure |
| 27 | 10,547,028 | T | Organic light emitting diode device with barrier wall |
| 28 | 10,547,027 | T | Organic EL display panel manufacturing method and sealing layer forming device |
| 29 | 10,547,026 | T | Display apparatus |
| 30 | 10,547,025 | T | Display device |
| 31 | 10,547,024 | T | Display device having first and second chamfered substrates |
| 32 | 10,547,023 | T | Flexible display panel and manufacturing method thereof and flexible display device |
| 33 | 10,547,022 | T | Micro organic opto-electronic device configured for high current density |
| 34 | 10,547,021 | T | Organic optoelectronic component and method for producing an organic optoelectronic component |
| 35 | 10,547,020 | T | White organic light emitting device including multiple stacks having three photoluminescence peaks and organic light emitting display device using the same |
| 36 | 10,547,019 | T | Electrochemical luminescent cell and composition for forming luminescent layer of electrochemical luminescent cell |
| 37 | 10,547,018 | T | Electroluminescent device, and display device comprising the same |
| 38 | 10,547,017 | T | Organic light emitting diode display device and method of fabricating the same |
| 39 | 10,547,016 | T | Photoelectric conversion apparatus and imaging system |
| 40 | 10,547,015 | T | Fabrication method for fused multi-layer amorphous selenium sensor |
| 41 | 10,547,014 | T | Composition of matter for use in organic light-emitting diodes |
| 42 | 10,547,013 | T | Organic electroluminescent materials and devices |
| 43 | 10,547,012 | T | Photoelectric conversion element, imaging element, optical sensor, and compound |
| 44 | 10,547,011 | T | Printed halide perovskite light-emitting diodes and method of manufacture |
| 45 | 10,547,010 | T | Organic electroluminescent compounds and organic electroluminescent device comprising the same |
| 46 | 10,547,009 | T | Organic electroluminescent element, electronic device and compound |
| 47 | 10,547,008 | T | Organic light emitting device |
| 48 | 10,547,007 | T | Compound, organic electroluminescent material, organic electroluminescent element, and electronic apparatus |
| 49 | 10,547,006 | T | Phase separated composite layers and applications thereof |
| 50 | 10,547,005 | T | Organic semiconductor polymers |

[Next List]  [Top]  [View Cart]

[Home]  [Quick]  [Advanced]  [Pat Num]  [Help]