# EXHIBIT E

# (Declaration of Michael D. Harbour in Support of Defendants' Joint Motion to Dismiss and Strike Plaintiffs' Complaint)

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                        EPAS ID: PAT2886827
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | SECURITY INTEREST |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| IXI IP, LLC | 06/05/2014 |

## RECEIVING PARTY DATA

| Name: | FORTRESS CREDIT CO LLC |
|---|---|
| Street Address: | 1345 AVENUE OF THE AMERICAS |
| Internal Address: | 46TH FLOOR |
| City: | NEW YORK |
| State/Country: | NEW YORK |
| Postal Code: | 10105 |

## PROPERTY NUMBERS Total: 15

| Property Type | Number |
|---|---|
| Patent Number: | 7295532 |
| Patent Number: | 7426398 |
| Patent Number: | 7552124 |
| Patent Number: | 7039033 |
| Patent Number: | 7016648 |
| Patent Number: | 7299008 |
| Patent Number: | 7551590 |
| Patent Number: | 7016334 |
| Patent Number: | 7451409 |
| Patent Number: | 7474886 |
| Patent Number: | 7227847 |
| Patent Number: | 7013112 |
| Patent Number: | 6845097 |
| Patent Number: | 7551593 |
| Patent Number: | 7340216 |

## CORRESPONDENCE DATA

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Email:                       patentprocurement@perkinscoie.com

| Correspondent Name: | PERKINS COIE LLP |
| --- | --- |
| Address Line 1: | 1201 THIRD AVENUE, SUITE 4900 |
| Address Line 4: | SEATTLE, WASHINGTON 98101 |
| **ATTORNEY DOCKET NUMBER:** | 081300-0001 |
| **NAME OF SUBMITTER:** | PETER SHER |
| **SIGNATURE:** | /PS/ |
| **DATE SIGNED:** | 06/05/2014 |

**Total Attachments: 3**
source=FortressIXIUCC#page1.tif
source=FortressIXIUCC#page2.tif
source=FortressIXIUCC#page3.tif

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **IXI IP, LLC**

1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS: 405 Lexington Avenue, Suite 726 | CITY: New York | STATE: NY | POSTAL CODE: 10174 | COUNTRY: USA

1d. SEE INSTRUCTIONS: Not Applicable | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: LLC | 1f. JURISDICTION OF ORGANIZATION: New York | 1g. ORGANIZATIONAL ID #, if any: 4554913 | ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2d. SEE INSTRUCTIONS: Not Applicable | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: **Fortress Credit Co LLC**

3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS: 1345 Avenue of the Americas, 46th Floor | CITY: New York | STATE: NY | POSTAL CODE: 10105 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

ALL personal property of Debtor, now owned or after acquired, including, without limitation, means all patents and patent applications and related rights now owned or after acquired by Borrower, including, without limitation, (a) patents and patent applications listed on Exhibit A (the "Patents"), and (b) all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, and (i) for which any of the Patents directly or indirectly forms a basis for priority; (ii) all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any Patents; (c) all foreign patents, patent applications, and counterparts relating to any item in any of the foregoing categories (a) and (b), including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances; and (d) all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and other enforcement rights under, or on account of, any of the Patents or any item in any of the foregoing categories (b) and (c), including, without limitation, all causes of action and other enforcement rights for (x) damages; (y) injunctive relief, and (z) any other remedies of any kind for past, current, and future infringement.

5. ALTERNATIVE DESIGNATION (if applicable): ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Exhibit A
Patents

| Country | Patent No. | Filing Date | Title/First Named Inventor | Status |
|---|---|---|---|---|
| US | 7,295,532 | 8-17-2001 | System, Device and Computer Readable Medium for Providing Networking Services on a Mobile Device<br><br>Amit Haller | Issued |
| US | 7,426,398 | 4-1-2005 | Event Control System and Method for a Mobile Communication Network<br><br>Hans Reisgies | Issued |
| US | 7,552,124 | 6-17-2004 | Natural Language for Programming a Specialized Computer System<br><br>Vladimir Drukin | Issued |
| US | 7,039,033 | 5-7-2001 | System, Device and Computer Readable Medium for Providing a Managed Wireless Network Using Short-Range Radio Signals<br><br>Amit Haller | Issued |
| US | 7,016,648 | 11-18-2002 | Method, System and Computer Readable Medium for Downloading a Software Component to a Device in a Short Distance Wireless Network<br><br>Amit Haller | Issued |
| US | 7,299,008 | 10-8-2003 | Call Management System and Method for Servicing Multiple Wireless Communication Devices<br><br>Amir Gluck | Issued |
| US | 7,551,590 | 6-6-2002 | Wireless Device having a Single Processor in a Short-Range Radio Network<br>Amit Haller | Issued |
| US | 7,016,334 | 5-9-2003 | Device, System, Method and Computer Readable Medium for Fast Recovery of IP Address Change<br><br>Alon Cohen | Issued |
| US | 7,451,409 | 8-5-2004 | Embedded User Interface System and Method for a Mobile Communication Device<br><br>Daniel David Eizips | Issued |
| US | 7,474,886 | 5-13-04 | Mobile Communication Device Graceful Shutdown System and Method<br><br>Amit Haller | Issued |

| Country | Patent No. | Filing Date | Title/First Named Inventor | Status |
|---|---|---|---|---|
| US | 7,227,847 | 3-11-04 | Power Management System and Method for a Wireless Communications Device<br><br>Amir Gluck | Issued |
| US | 7,013,112 | 12-18-01 | Method, System and Computer Readable Medium for Making a Business Decision in Response to Information from a Short Distance Wireless Network<br><br>Amit Haller | Issued |
| US | 6,845,097 | 11-21-2001 | Device, System, Method and Computer Readable Medium for Pairing of Devices in a Short Distance Wireless Network<br><br>Amit Haller | Issued |
| US | 7,551,593 | 1-14-2005 | Device, System, Method and Computer Readable Medium for Pairing of Devices in a Short Distance Wireless Network<br><br>Amit Haller | Issued |
| US | 7,340,216 | 9-1-2005 | Method, System and Computer Readable Medium for Making a Business Decision in Response to Information from a Short Distance Wireless Network<br><br>Amit Haller | Issued |