# EXHIBIT F

# (Declaration of Michael D. Harbour in Support of Defendants' Joint Motion to Dismiss and Strike Plaintiffs' Complaint)

**502705870     03/04/2014**

| PATENT ASSIGNMENT COVER SHEET |
|---|

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT2752476

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | SECURITY AGREEMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC. | 02/13/2014 |

RECEIVING PARTY DATA

| | |
|---|---|
| Name: | FORTRESS CREDIT CO LLC |
| Street Address: | 1345 AVENUE OF THE AMERICAS, 46TH FLOOR |
| City: | NEW YORK |
| State/Country: | NEW YORK |
| Postal Code: | 10105 |

PROPERTY NUMBERS Total: 13

| Property Type | Number |
|---|---|
| Patent Number: | 5686223 |
| Patent Number: | 5652084 |
| Patent Number: | 5965924 |
| Patent Number: | 5401691 |
| Patent Number: | 6066555 |
| Patent Number: | 6784552 |
| Patent Number: | 5503962 |
| Patent Number: | 5675178 |
| Patent Number: | 5913712 |
| Application Number: | 08361595 |
| Application Number: | 08510717 |
| Application Number: | 08561951 |
| Application Number: | 08512771 |

CORRESPONDENCE DATA

502705870

**PATENT  
REEL: 032386 FRAME: 0124**

| | |
|---|---|
| Fax Number: | (919)781-4865 |
| Phone: | 919-781-4000 |
| Email: | pconnaghan@wyrick.com |
| *Correspondence will be sent via US Mail when the email attempt is unsuccessful.* | |
| Correspondent Name: | PAGE CONNAGHAN |
| Address Line 1: | WYRICK ROBBINS, 4101 LAKE BOONE TRAIL |
| Address Line 2: | SUITE 300 |
| Address Line 4: | RALEIGH, NORTH CAROLINA 27607 |

| ATTORNEY DOCKET NUMBER: | 024588.010 |
|---|---|
| NAME OF SUBMITTER: | PAGE CONNAGHAN |
| Signature: | /Page Connaghan/ |
| Date: | 03/04/2014 |

Total Attachments: 5
source=DSS - Patent Security Agreement, executed#page1.tif
source=DSS - Patent Security Agreement, executed#page2.tif
source=DSS - Patent Security Agreement, executed#page3.tif
source=DSS - Patent Security Agreement, executed#page4.tif
source=DSS - Patent Security Agreement, executed#page5.tif

PATENT
REEL: 032386 FRAME: 0125

**EXHIBIT B**

**Patent Security Agreement**

**Patent Security Agreement**, dated as of February 13, 2014, by DSS TECHNOLOGY MANAGEMENT, INC., a Delaware corporation (the "Pledgor"), in favor of FORTRESS CREDIT CO LLC, in its capacity as collateral agent pursuant to the Investment Agreement (in such capacity, the "Collateral Agent").

W ITNESSETH:

WHEREAS, the Pledgor is party to a Security Agreement of even date herewith (the "Security Agreement") in favor of the Collateral Agent pursuant to which the Pledgor is required to execute and deliver this Patent Security Agreement;

NOW, THEREFORE, in consideration of the premises and to induce the Collateral Agent, for the benefit of the Secured Parties, to enter into the Investment Agreement, the Pledgor hereby agrees with the Collateral Agent as follows:

SECTION 1. Defined Terms. Unless otherwise defined herein, terms defined in the Security Agreement and used herein have the meaning given to them in the Security Agreement.

SECTION 2. Grant of Security Interest in Patent Collateral. The Pledgor hereby pledges and grants to the Collateral Agent for the benefit of the Secured Parties a lien on and security interest in and to all of its right, title and interest in, to and under all the following Collateral:

    (a)    registered Patents and applications of the Pledgor listed on Schedule I attached hereto; and

    (b)    all Proceeds of any and all of the foregoing.

SECTION 3. Security Agreement. The security interests granted to the Collateral Agent pursuant to this Patent Security Agreement are granted in conjunction with the security interests granted to the Collateral Agent pursuant to the Security Agreement, and Pledgor hereby acknowledges and affirms that the rights and remedies of the Collateral Agent with respect to the security interests in the Patents made and granted hereby are more fully set forth in the Security Agreement, the terms and provisions of which are incorporated by reference herein as if fully set forth herein. In the event that any provision of this Patent Security Agreement is deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall control.

SECTION 4. Counterparts. This Patent Security Agreement may be executed in any number of counterparts, all of which shall constitute one and the same instrument, and any party hereto may execute this Patent Security Agreement by signing and delivering one or more counterparts. Delivery of an executed counterpart of a signature page of this Patent Security Agreement by telecopier or other electronic transmission (i.e. a "pdf" or "tif" document) shall be effective as delivery of a manually executed counterpart of this Patent Security Agreement.

40080370_3

IN WITNESS WHEREOF, the Pledgor has caused this Patent Security Agreement to be executed and delivered by its duly authorized offer as of the date first set forth above.

Very truly yours,

DSS TECHNOLOGY MANAGEMENT, INC.
as Pledgor

By: _____
Name: Jeff Ronaldi
Title: Chief Executive Officer

Accepted and Agreed:

FORTRESS CREDIT CO LLC,
as Collateral Agent

By: _____
Name:
Title:

IN WITNESS WHEREOF, the Pledgor has caused this Patent Security Agreement to be executed and delivered by its duly authorized offer as of the date first set forth above.

Very truly yours,

DSS TECHNOLOGY MANAGEMENT, INC.
as Pledgor

By:_____
    Name:
    Title:

Accepted and Agreed:

FORTRESS CREDIT CO LLC,
as Collateral Agent

By: _____
    Name: Constantine M. Dakolias
    Title: President

[Signature Page to Patent Security Agreement]

SCHEDULE I
to
PATENT SECURITY AGREEMENT
PATENT REGISTRATIONS AND PATENT APPLICATIONS

**Patent Registrations:**

| OWNER | REGISTRATION NUMBER | TITLE |
|---|---|---|
| DSS Technology Management, Inc. | 5,686,223 | Method for Reduced Pitch Lithography |
| DSS Technology Management, Inc. | 5,652,084 | Method for Reduced Pitch Lithography |
| DSS Technology Management, Inc. | 5,965,924 | Metal Plug Local Interconnect |
| DSS Technology Management, Inc. | 5,401,691 | Method of Fabrication an Inverse Open Frame Alignment Mark |
| DSS Technology Management, Inc. | 6,066,555 | Method for Eliminating Lateral Spacer Erosion on Enclosed Contact Topographies During RF Sputter Cleaning |
| DSS Technology Management, Inc. | 6,784,552 | Structure Having Reduced Lateral Spacer Erosion |
| DSS Technology Management, Inc. | 5,503,962 | Chemical-Mechanical Alignment Mark and Method of Fabrication |
| DSS Technology Management, Inc. | 5,675,178 | No-Bond Integrated Circuit Inputs |
| DSS Technology Management, Inc. | 5,913,712 | Scratch Reduction in Semiconductor Circuit Fabrication Using Chemical-Mechanical Polishing |

**Patent Applications:**

| OWNER | APPLICATION NUMBER | TITLE |
|---|---|---|
| DSS Technology Management, Inc. | 08/361,595 | Method for Reduced Pitch Lithography |
| DSS Technology Management, Inc. | 08/510,717 | Method for Reduced Pitch Lithography |

40080370_3

| OWNER | APPLICATION NUMBER | TITLE |
|---|---|---|
| DSS Technology Management, Inc. | 08/561,951 | Method for Plug Local Interconnect |
| DSS Technology Management, Inc. | 08/512,771 | Scratch Reduction in Semiconductor Circuit Fabrication Using Chemical-Mechanical Polishing |

40080370_3