1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS AND STRIKE PLAINTIFFS' COMPLAINT** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | Hon. Edward M. Chen |
| | Date: April 23, 2020<br>Time: 1:30 p.m.<br>Dept.: Courtroom 5 |
| Defendants. | |

Defendants' Joint Motion to Dismiss and Strike Plaintiffs' Complaint came on for hearing before the above-entitled Court on April 23, 2020, at 1:30 p.m., the Hon. Edward M. Chen United States District Court Judge, presiding.

Having considered Defendants' Motion, Request For Judicial Notice, the papers filed in support of and in opposition to the motion, and arguments by counsel, the Court finds that there is good cause to **GRANT** Defendants' Motion to Dismiss and Strike and Defendants' Request For Judicial Notice.

**THEREFORE, IT IS HEREBY ORDERED** as follows:

1. Defendants' Joint Motion to Strike Plaintiffs' California Business and Professional Code Section 17200 claims (Counts 3 and 4) is **GRANTED**. These counts are hereby stricken from Plaintiffs' Complaint;

2. Defendants' Joint Motion to Dismiss the remaining counts in the Complaint is **GRANTED**;

3. Defendants' Request for Judicial Notice is **GRANTED**.

**IT IS SO ORDERED**.

Dated: _____

Hon. Edward M. Chen
Judge, United States District Court

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS AND STRIKE PLAINTIFFS' COMPLAINT
Case No. 3:19-cv-07651-EMC