Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Nathaniel H. Lipanovich/Bar No. 292283
nlipanovich@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Defendant**
**DSS Technology Management, Inc.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, AND SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No.: 3:19-cv-07651-EMC <br><br> **DECLARATION OF NATHANIEL H. LIPANOVICH IN SUPPORT OF DEFENDANT DSS TECHNOLOGY MANAGEMENT, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' COMPLAINT** <br><br> Date: April 23, 2020 <br> Time: 1:30 p.m. <br> Judge: Edward M. Chen <br> Courtroom: 5 |

I, Nathaniel H. Lipanovich, declare as follows:

1.    I am an attorney licensed to practice law in all courts in the State of California and am admitted to practice before the United States District Court, Northern District of California. I am an associate in the law firm of Thoits Law, PC, and one of the attorneys responsible for the representation of Defendant DSS Technology Management, Inc. ("DSS") in this matter. I make this declaration of my own personal knowledge, unless the context indicates otherwise, and, if called as a witness, I could and would testify competently to the facts stated herein.

2.    Attached as **Exhibit A** to DSS's Request for Judicial Notice is a true and correct copy of the settlement agreement between DSS and Intel that I received from Derek Gilliland, counsel for DSS in the underlying patent infringement suit by DSS against Intel. This settlement agreement is referenced in the Complaint at paragraph 113 and it resolved the litigation described in the Complaint at paragraphs 110-113.

3.    Attached as **Exhibit B** to DSS's Request for Judicial Notice is a true and correct copy of Intel's Original Answer To Amended Complaint from the litigation referenced in Complaint paragraphs 110-113. This document is Dkt. 69 in the case captioned *DSS Technology Management, Inc. v. Intel Corporation, et al.*, Case No. 6:15-cv-00130-RWS. I downloaded this document from PACER (Public Access to Court Electronic Records) for the Eastern District of Texas, where it is publicly available.

4.    Attached as **Exhibit C** to DSS's Request for Judicial Notice is a true and correct copy of the Final Judgment from the litigation referenced in Complaint paragraphs 110-113. This document is Dkt. 243 in the case captioned *DSS Technology Management, Inc. v. Intel Corporation, et al.*, Case No. 6:15-cv-00130-RWS. I downloaded this document from PACER (Public Access to Court Electronic Records) for the Eastern District of Texas, where it is publicly available.

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 4th day of February, 2020, at Santa Rosa, California.

By:  */s/ Nathaniel Lipanovich*
**Nathaniel H. Lipanovich**