IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Michael D. Harbour (SBN 298185)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199
Email:  mchu@irell.com
Email:  bhattenbach@irell.com
Email:  mharbour@irell.com

A. Matthew Ashley (SBN 198235)
Olivia Weber (SBN 319918)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:    (949) 760-5200
Email: mashley@irell.com
Email: oweber@irell.com

*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC,
VLSI TECHNOLOGY LLC

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)
- ☐ Early Settlement Conference with a Magistrate Judge (ADR L.R. 7)
- **X** Private ADR (specify process and provider): to be determined.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )
- **X** other requested deadline: at an appropriate time to be determined after answers are filed. Deadline to be set at Initial Case Management Conference.

IT IS SO STIPULATED.

DATED:  January 30, 2020

WILMER CUTLER PICKERING
  HALE AND DORR LLP
MARK D. SELWYN


             */s/ Mark D. Selwyn*
            MARK D. SELWYN

950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100

WILMER CUTLER PICKERING
  HALE AND DORR LLP
WILLIAM F. LEE (*pro hac vice*)
JOSEPH J. MUELLER (*pro hac vice*)
TIMOTHY SYRETT (*pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

| | | |
|---|---|---|
| 1 | | WILMER CUTLER PICKERING |
| 2 | | HALE AND DORR LLP |
| | | LEON B. GREENFIELD (*pro hac vice*) |
| 3 | | AMANDA L. MAJOR (*pro hac vice*) |
| | | TIMOTHY SYRETT |
| 4 | | 1875 Pennsylvania Avenue, N.W. |
| | | Washington, DC 20006 |
| 5 | | Telephone: +1 202 663 6000 |
| | | Facsimile: +1 202 663 6363 |
| 6 | | |
| | | Attorneys for Plaintiffs Intel Corporation and |
| 7 | | Apple Inc. |
| 8 | DATED: January 30, 2020 | IRELL & MANELLA LLP |
| | | A. MATTHEW ASHLEY |
| 9 | | OLIVIA L. WEBER |

                                          */s/ A. Matthew Ashley*
                                          A. MATTHEW ASHLEY

                                          840 Newport Center Drive, Suite 400
                                          Newport Beach, CA 92660-6324
                                          Telephone: 949 760-0991
                                          Facsimile: 949 760-5200

                                          IRELL & MANELLA LLP
                                          MORGAN CHU
                                          BENJAMIN W. HATTENBACH
                                          MICHAEL D. HARBOUR
                                          1800 Avenue of the Stars, Suite 900
                                          Los Angeles, California 90067-4276
                                          Telephone:  310 277-1010
                                          Facsimile:   310 203-7199

                                          Attorneys for Defendants Fortress Investment
                                          Group LLC, Fortress Credit Co. LLC,, and VLSI
                                          Technology LLC

DATED: January 30, 2020                   PRINCE LOBEL TYE LLP
                                          JAMES J. FOSTER


                                          */s/ James J. Foster*
                                          JAMES J. FOSTER

                                          One International Place, Suite 3700
                                          Boston, MA 02110
                                          Telephone:  617 456-8022
                                          Facsimile:  617 456-8100

                                          Attorney for Defendant Uniloc 2017 LLC

| | | |
|---|---|---|
| 1 | DATED:  January 30, 2020 | ROBINS KAPLAN LLP |
| 2 | | CHRISTOPHER A. SEIDL (*pro hac vice*) |
| 3 | | |
| 4 | | */s/ Christopher A. Seidl*<br>CHRISTOPHER A. SEIDL |
| 5 | | 800 LaSalle Avenue, Suite 2800 |
| 6 | | Minneapolis, MN 55402<br>Telephone:  612 349 8468 |
| 7 | | Facsimile:  612 339-4181<br>Attorney for Defendants Inventergy Global, Inc., |
| 8 | | and INVT SPE LLC |
| 9 | DATED:  January 30, 2020 | THOITS LAW |
| 10 | | NATHANIEL LIPANOVICH |
| 11 | | |
| 12 | | */s/ Nathaniel Lipanovich*<br>NATHANIEL LIPANOVICH |
| 13 | | 400 Main Street, Suite 250 |
| 14 | | Los Altos, CA 94022<br>Telephone: 650 327-4200 |
| 15 | | Facsimile:  650-325-5572 |
| 16 | | Attorney for Defendant DSS Technology<br>Management, Inc. |
| 17 | | |
| 18 | DATED:  January 30, 2020 | CALDWELL CASSADY & CURRY<br>Jason D. Cassady |
| 19 | | |
| 20 | | */s/ Jason D. Cassady*<br>JASON D. CASSADY |
| 21 | | |
| 22 | | 2121 N. Pearl Street, Suite 1200<br>Dallas, TX 75201 |
| 23 | | Telephone: 214 888-4841<br>Facsimile:  214 888-4849 |

STIPULATION AND [PROPOSED] ORDER SELECTING
ADR PROCESS
Case No. 3:19-CV-07651-EMC

10791941

- 3 -

|   |   |   |
|---|---|---|
| 1 |   | Attorney for Defendant IXI IP, LLC |
| 2 |   |   |
| 3 |   |   |
| 4 | DATED:  January 30, 2020 | MCKOOL SMITH<br>SAMUEL F. BAXTER (*pro hac vice*) |
| 5 |   |   |
| 6 |   | _____*/s/ Samuel F. Baxter*_____<br>SAMUEL F. BAXTER |
| 7 |   |   |
| 8 |   | 104 East Houston, Suite 100<br>Marshall, TX 75670<br>Telephone:  903 923-9001<br>Facsimile:  903 923-9099 |
| 9 |   |   |
| 10 |   | Attorney for Defendant Seven Networks, LLC |
| 11 |   |   |
| 12 | DATED:  January 30, 2020 | LATHROP GPM LLP<br>ERICA J. VAN LOON<br>DANIEL R. SHULMAN (*pro hac vice*)<br>DEAN C. EYLER (*pro hac vice*) |
| 13 |   |   |
| 14 |   |   |
| 15 |   | _____*/s/ Daniel R. Shulman*_____<br>DANIEL R. SHULMAN |
| 16 |   |   |
| 17 |   | 80 South 8th Street, 500 IDS Center<br>Minneapolis, MN 55402<br>Telephone:  612 632-3000<br>Facsimile:  612 632-4000<br>Attorneys for Defendants Uniloc USA, Inc and<br>Uniloc Luxembourg S.a.r.l. |
| 18 |   |   |
| 19 |   |   |
| 20 |   |   |

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  February 5, 2020         _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE