# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC,<br><br>Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1     Pursuant to Civil Local Rule 7-12 and the Court's Case Management Conference Order, (Dkt. No. 52), plaintiffs Intel Corporation and Apple Inc. (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy Global, Inc., INVT SPE LLC, DSS Technology Management, Inc., IXI IP, LLC, and Seven Networks, LLC (collectively, "Defendants") hereby request and stipulate as follows:

    WHEREAS, the parties conferred pursuant to Federal Rule of Civil Procedure 26(f) on January 27, 2020;

    WHEREAS, the parties hereby request and stipulate that the Initial Case Management Conference in this matter be rescheduled from February 20, 2020 at 9:30 a.m. to March 26, 2020 at 9:30 a.m.;

    WHEREAS, there is good cause for this request because Plaintiffs' lead counsel has a scheduling conflict on February 20, 2020;

    WHEREAS, Plaintiffs' lead counsel and all lead counsel for the seven separately-represented groups of Defendants will be available to appear in person at the Case Management Conference on March 26, 2020;

    IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the Court's approval:

1. The Case Management Conference, currently set for February 20, 2020 at 9:30 a.m., shall be continued to March 26, 2020 at 9:30 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 9, 2020 | Respectfully submitted, |

By: */s/ A. Matthew Ashley*
A. Matthew Ashley (Bar No. 198235)
mashley@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: 949 760-0991
Facsimile: 949 760-5200
*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, VLSI TECHNOLOGY LLC

*/s/ Martin Flumenbaum*
Martin Flumenbaum (*pro hac vice*)
mflumenbaum@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:(212) 373-3191
Facsimile: (212) 492-0191
*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC

*/s/ James J. Foster*
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone: 617 456-8022
Facsimile: 617 456-8100
*Counsel for Defendant*
UNILOC 2017 LLC

*/s/ Daniel. R. Shulman*
Daniel R. Shulman (*pro hac vice*)
daniel.shulman@lathropgpm.com
LATHROP GPM LLP
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612 632-3335
Facsimile: 612 632-4000
*Counsel for Defendants*
UNILOC LUXEMBOURG S.A.R.L.
UNILOC USA, INC

By: */s/ Amanda L. Major*
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363

Timothy Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100

*Counsel for Plaintiffs*
INTEL CORPORATION and APPLE INC.

| | |
|---|---|
| 1 | */s/ Christopher A. Seidl* |
| | Christopher A. Seidl (*pro hac vice*) |
| 2 | CSeidl@RobinsKaplan.com |
| | ROBINS KAPLAN LLP |
| 3 | 800 LaSalle Avenue, Suite 2800 |
| | Minneapolis, MN 55402 |
| 4 | Telephone: 612 349 8468 |
| | Facsimile: 612 339-4181 |
| 5 | *Counsel for Defendants* |
| | INVT SPE LLC |
| 6 | INVENTERGY GLOBAL, INC. |
| 7 | */s/ Nathaniel Lipanovich* |
| | Nathaniel Lipanovich (Bar No. |
| 8 | 292283) |
| | nlipanovich@thoits.com |
| 9 | THOITS LAW |
| | 400 Main Street, Suite 250 |
| 10 | Los Altos, CA 94022 |
| | Telephone: 650 327-4200 |
| 11 | Facsimile: 650-325-5572 |
| | *Counsel for Defendant* |
| 12 | DSS TECHNOLOGY |
| | MANAGEMENT, INC. |
| 13 | |
| | */s/ Jason D. Cassady* |
| 14 | Jason D. Cassady (*pro hac vice*) |
| | jcassady@caldwellcc.com |
| 15 | CALDWELL CASSADY & CURRY |
| | 2121 N. Pearl Street, Suite 1200 |
| 16 | Dallas, TX 75201 |
| | Telephone: 214 888-4841 |
| 17 | Facsimile: 214-888-4849 |
| | *Counsel for Defendant* |
| 18 | IXI IP, LLC |
| 19 | */s/ Samuel F. Baxter* |
| | Samuel F. Baxter (*pro hac vice*) |
| 20 | sbaxter@mckoolsmith.com |
| | MCKOOL SMITH |
| 21 | 104 East Houston, Suite 100 |
| | Marshall, TX 75670 |
| 22 | Telephone: 903 923-9001 |
| | Facsimile: 903 923-9099 |
| 23 | *Counsel for Defendant* |
| | SEVEN NETWORKS, LLC |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:_____

The Honorable Edward M. Chen
United States District Judge

## ECF ATTESTATION

I, Olivia Lauren Weber, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: <u>*/s/   Olivia Lauren Weber*</u>
      Olivia Lauren Weber