1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER AS MODIFIED CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | |
| Defendants. | |

10788575

1         Pursuant to Civil Local Rule 7-12 and the Court's Case Management Conference Order,

2    (Dkt. No. 52), plaintiffs Intel Corporation and Apple Inc. (collectively, "Plaintiffs") and

3    defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc

4    USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy Global, Inc., INVT

5    SPE LLC, DSS Technology Management, Inc., IXI IP, LLC, and Seven Networks, LLC

6    (collectively, "Defendants") hereby request and stipulate as follows:

7         WHEREAS, the parties conferred pursuant to Federal Rule of Civil Procedure 26(f) on

8    January 27, 2020;

9         WHEREAS, the parties hereby request and stipulate that the Initial Case Management

10   Conference in this matter be rescheduled from February 20, 2020 at 9:30 a.m. to March 26, 2020

11   at 9:30 a.m.;

12        WHEREAS, there is good cause for this request because Plaintiffs' lead counsel has a

13   scheduling conflict on February 20, 2020;

14        WHEREAS, Plaintiffs' lead counsel and all lead counsel for the seven separately-

15   represented groups of Defendants will be available to appear in person at the Case Management

16   Conference on March 26, 2020;

17        IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the

18   Court's approval:

19       1.    The Case Management Conference, currently set for February 20, 2020 at 9:30

20   a.m., shall be continued to ~~March 26, 2020~~ at ~~9:30 a.m.~~  April 23, 2020 at 1:30 p.m.  Joint cmc statement due April 16, 2020.

21   IT IS SO STIPULATED.

22

23

24

25

26

27

28

1  Dated: February 9, 2020                    Respectfully submitted,

2

3  By: */s/ A. Matthew Ashley*                 By: */s/ Amanda L. Major*

4      A. Matthew Ashley (Bar No. 198235)          Amanda L. Major (*pro hac vice*)
       mashley@irell.com                           amanda.major@wilmerhale.com
       IRELL & MANELLA LLP                         Leon B. Greenfield (*pro hac vice*)
5      840 Newport Center Drive, Suite 400         leon.greenfield@wilmerhale.com
       Newport Beach, CA 92660-6324                WILMER CUTLER PICKERING
6      Telephone: 949 760-0991                       HALE AND DORR LLP
       Facsimile: 949 760-5200                     1875 Pennsylvania Avenue, N.W.
7      *Counsel for Defendants*                     Washington, DC 20006
       FORTRESS INVESTMENT GROUP                   Telephone: +1 202 663 6000
8      LLC, FORTRESS CREDIT CO. LLC,               Facsimile: +1 202 663 6363
       VLSI TECHNOLOGY LLC
9                                                  Timothy Syrett (*pro hac vice*)
       */s/ Martin Flumenbaum*                     timothy.syrett@wilmerhale.com
10     Martin Flumenbaum (*pro hac vice*)          William F. Lee (*pro hac vice*)
       mflumenbaum@paulweiss.com                   william.lee@wilmerhale.com
11     PAUL, WEISS, RIFKIND,                       Joseph J. Mueller (*pro hac vice*)
       WHARTON & GARRISON LLP                      joseph.mueller@wilmerhale.com
12     1285 Avenue of the Americas                 WILMER CUTLER PICKERING
       New York, NY 10019-6064                       HALE AND DORR LLP
13     Telephone:(212) 373-3191                    60 State Street
       Facsimile: (212) 492-0191                   Boston, MA 02109
14     *Counsel for Defendants*                     Telephone: +1 617 526 6000
       FORTRESS INVESTMENT GROUP                   Facsimile: +1 617 526 5000
15     LLC, FORTRESS CREDIT CO. LLC
                                                   Mark D. Selwyn (SBN 244180)
16     */s/ James J. Foster*                       mark.selwyn@wilmerhale.com
       James J. Foster                             WILMER CUTLER PICKERING
17     jfoster@princelobel.com                       HALE AND DORR LLP
       PRINCE LOBEL TYE LLP                        950 Page Mill Road
18     One International Place, Suite 3700         Palo Alto, CA 94304
       Boston, MA 02110                            Telephone: +1 650 858 6000
19     Telephone: 617 456-8022                     Facsimile: +1 650 858 6100
       Facsimile: 617 456-8100
20     *Counsel for Defendant*                      *Counsel for Plaintiffs*
       UNILOC 2017 LLC                             INTEL CORPORATION and APPLE INC.
21
       */s/ Daniel. R. Shulman*
22     Daniel R. Shulman (*pro hac vice*)
       daniel.shulman@lathropgpm.com
23     LATHROP GPM LLP
       500 IDS Center
24     80 South 8th Street
       Minneapolis, MN 55402
25     Telephone: 612 632-3335
       Facsimile: 612 632-4000
26     *Counsel for Defendants*
       UNILOC LUXEMBOURG S.A.R.L.
27     UNILOC USA, INC

28

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
Case No. 3:19-cv-07651-EMC

1   */s/ Christopher A. Seidl*
    Christopher A. Seidl (*pro hac vice*)
2   CSeidl@RobinsKaplan.com
    ROBINS KAPLAN LLP
3   800 LaSalle Avenue, Suite 2800
    Minneapolis, MN 55402
4   Telephone:  612 349 8468
    Facsimile:  612 339-4181
5   *Counsel for Defendants*
    INVT SPE LLC
6   INVENTERGY GLOBAL, INC.

7   */s/ Nathaniel Lipanovich*
    Nathaniel Lipanovich (Bar No.
8   292283)
    nlipanovich@thoits.com
9   THOITS LAW
    400 Main Street, Suite 250
10  Los Altos, CA 94022
    Telephone: 650 327-4200
11  Facsimile:  650-325-5572
    *Counsel for Defendant*
12  DSS TECHNOLOGY
    MANAGEMENT, INC.
13
    */s/ Jason D. Cassady*
14  Jason D. Cassady (*pro hac vice*)
    jcassady@caldwellcc.com
15  CALDWELL CASSADY & CURRY
    2121 N. Pearl Street, Suite 1200
16  Dallas, TX 75201
    Telephone: 214 888-4841
17  Facsimile:  214-888-4849
    *Counsel for Defendant*
18  IXI IP, LLC

19  */s/ Samuel F. Baxter*
    Samuel F. Baxter (*pro hac vice*)
20  sbaxter@mckoolsmith.com
    MCKOOL SMITH
21  104 East Houston, Suite 100
    Marshall, TX 75670
22  Telephone:  903 923-9001
    Facsimile:  903 923-9099
23  *Counsel for Defendant*
    SEVEN NETWORKS, LLC

24

25

26

27

28

10793836

- 4 -

1

2
## <u>ORDER AS MODIFIED</u>

3
Pursuant to stipulation, IT IS SO ORDERED.

4

5
DATED:___February 10, 2020_____

6
_____
The Honorable Edward M. Chen
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28