**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER ADDING DEFENDANTS' JOINT MOTION TO STAY DISCOVERY PENDING A RULING ON DEFENDANTS' JOINT MOTION TO DISMISS AND STRIKE TO STIPULATED AND ORDERED BRIEFING SCHEDULE (DKT. 75)** |

1  Pursuant to Civil Local Rules 6-1 and 6-2, plaintiffs Intel Corporation and Apple Inc.
2  (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co.
3  LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC,
4  Inventergy Global, Inc., INVT SPE LLC, DSS Technology Management, Inc., IXI IP, LLC, and
5  Seven Networks, LLC (collectively, "Defendants") hereby request and stipulate as follows:
6  WHEREAS, this Court approved a stipulation to extend deadlines to respond to the
7  Complaint and set a briefing schedule on motions to dismiss, strike, and/or stay the action; (Dkt.
8  75);
9  WHEREAS, the parties agree that Defendants' Joint Motion to Stay Discovery Pending a
10 Ruling on Defendants' Joint Motion to Dismiss and to Strike should be part of the proposed
11 briefing schedule approved in Dkt. 75;
12 IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the
13 Court's approval:
14 1. The briefing schedule already approved by the Court in Dkt. 75 shall be applicable
15     to Defendants' Joint Motion to Stay Discovery Pending a Ruling on Defendants'
16     Joint Motion to Dismiss and to Strike.

IT IS SO STIPULATED.

Dated: February 13, 2020                          Respectfully submitted,

By: */s/ A. Matthew Ashley*                       By: /s/ Amanda L. Major
A. Matthew Ashley (Bar No. 198235)                Amanda L. Major (*pro hac vice*)
mashley@irell.com                                 amanda.major@wilmerhale.com
IRELL & MANELLA LLP                               Leon B. Greenfield (*pro hac vice*)
840 Newport Center Drive, Suite 400               leon.greenfield@wilmerhale.com
Newport Beach, CA 92660-6324                      WILMER CUTLER PICKERING
Telephone: 949 760-0991                             HALE AND DORR LLP
Facsimile: 949 760-5200                           1875 Pennsylvania Avenue, N.W.
*Counsel for Defendants*                          Washington, DC 20006
FORTRESS INVESTMENT GROUP                         Telephone: +1 202 663 6000
LLC, FORTRESS CREDIT CO. LLC,                     Facsimile: +1 202 663 6363
VLSI TECHNOLOGY LLC
                                                  Timothy Syrett (*pro hac vice*)
                                                  timothy.syrett@wilmerhale.com
                                                  William F. Lee (*pro hac vice*)

| | | |
|---|---|---|
| 1 | */s/ Martin Flumenbaum* <br> Martin Flumenbaum (*pro hac vice*) | william.lee@wilmerhale.com <br> Joseph J. Mueller (*pro hac vice*) |
| 2 | mflumenbaum@paulweiss.com <br> PAUL, WEISS, RIFKIND, | joseph.mueller@wilmerhale.com <br> WILMER CUTLER PICKERING |
| 3 | WHARTON & GARRISON LLP <br> 1285 Avenue of the Americas |   HALE AND DORR LLP <br> 60 State Street |
| 4 | New York, NY 10019-6064 <br> Telephone:(212) 373-3191 | Boston, MA 02109 <br> Telephone: +1 617 526 6000 |
| 5 | Facsimile: (212) 492-0191 <br> *Counsel for Defendants* | Facsimile: +1 617 526 5000 |
| 6 | FORTRESS INVESTMENT GROUP <br> LLC, FORTRESS CREDIT CO. LLC | Mark D. Selwyn (SBN 244180) <br> mark.selwyn@wilmerhale.com |
| 7 | | WILMER CUTLER PICKERING |
| | */s/ James J. Foster* |   HALE AND DORR LLP |
| 8 | James J. Foster <br> jfoster@princelobel.com | 950 Page Mill Road <br> Palo Alto, CA 94304 |
| 9 | PRINCE LOBEL TYE LLP <br> One International Place, Suite 3700 | Telephone: +1 650 858 6000 <br> Facsimile: +1 650 858 6100 |
| 10 | Boston, MA 02110 <br> Telephone:  617 456-8022 | *Counsel for Plaintiffs* |
| 11 | Facsimile:  617 456-8100 <br> *Counsel for Defendant* | INTEL CORPORATION and APPLE INC. |
| 12 | UNILOC 2017 LLC | |
| 13 | */s/ Daniel. R. Shulman* | |
| | Daniel R. Shulman (*pro hac vice*) | |
| 14 | daniel.shulman@lathropgpm.com <br> LATHROP GPM LLP | |
| 15 | 500 IDS Center <br> 80 South 8th Street | |
| 16 | Minneapolis, MN 55402 <br> Telephone: 612 632-3335 | |
| 17 | Facsimile: 612 632-4000 <br> *Counsel for Defendants* | |
| 18 | UNILOC LUXEMBOURG S.A.R.L. <br> UNILOC USA, INC | |
| 19 | | |
| 20 | | |
| | */s/ Christopher A. Seidl* | |
| 21 | Christopher A. Seidl (*pro hac vice*) <br> CSeidl@RobinsKaplan.com | |
| 22 | ROBINS KAPLAN LLP <br> 800 LaSalle Avenue, Suite 2800 | |
| 23 | Minneapolis, MN 55402 <br> Telephone:  612 349 8468 | |
| 24 | Facsimile:  612 339-4181 <br> *Counsel for Defendants* | |
| 25 | INVT SPE LLC <br> INVENTERGY GLOBAL, INC. | |
| 26 | | |
| 27 | | |
| 28 | | |

- 2 -

STIPULATION AND [PROPOSED] ORDER TO ADD DEFS.'
JOINT MOTION TO STAY DISCOVERY TO STIPULATED
AND ORDERED BRIEFING SCHEDULE (DKT. 75)
Case No. 3:19-cv-07651-EMC

*/s/ Nathaniel Lipanovich*
Nathaniel Lipanovich (Bar No. 292283)
nlipanovich@thoits.com
THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: 650 327-4200
Facsimile:  650-325-5572
*Counsel for Defendant*
DSS TECHNOLOGY MANAGEMENT, INC.

*/s/ Jason D. Cassady*
Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
CALDWELL CASSADY & CURRY
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: 214 888-4841
Facsimile:  214-888-4849
*Counsel for Defendant*
IXI IP, LLC

*/s/ Samuel F. Baxter*
Samuel F. Baxter (*pro hac vice*)
sbaxter@mckoolsmith.com
MCKOOL SMITH
104 East Houston, Suite 100
Marshall, TX 75670
Telephone:  903 923-9001
Facsimile:  903 923-9099
*Counsel for Defendant*
SEVEN NETWORKS, LLC

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:_____     _____
                                                                                The Honorable Edward M. Chen
                                                                                United States District Judge

**ECF ATTESTATION**

I, Olivia Lauren Weber, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER ADDING DEFENDANTS' JOINT MOTION TO STAY DISCOVERY PENDING A RULING ON DEFENDANTS' JOINT MOTION TO DISMISS AND STRIKE TO STIPULATED AND ORDERED BRIEFING SCHEDULE.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/   Olivia Lauren Weber*
Olivia Lauren Weber