UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC,<br><br>Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER ADDING DEFENDANTS' JOINT MOTION TO STAY DISCOVERY PENDING A RULING ON DEFENDANTS' JOINT MOTION TO DISMISS AND STRIKE TO STIPULATED AND ORDERED BRIEFING SCHEDULE (DKT. 75)** |

Pursuant to Civil Local Rules 6-1 and 6-2, plaintiffs Intel Corporation and Apple Inc. (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy Global, Inc., INVT SPE LLC, DSS Technology Management, Inc., IXI IP, LLC, and Seven Networks, LLC (collectively, "Defendants") hereby request and stipulate as follows:

WHEREAS, this Court approved a stipulation to extend deadlines to respond to the Complaint and set a briefing schedule on motions to dismiss, strike, and/or stay the action; (Dkt. 75);

WHEREAS, the parties agree that Defendants' Joint Motion to Stay Discovery Pending a Ruling on Defendants' Joint Motion to Dismiss and to Strike should be part of the proposed briefing schedule approved in Dkt. 75;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the Court's approval:

1. The briefing schedule already approved by the Court in Dkt. 75 shall be applicable to Defendants' Joint Motion to Stay Discovery Pending a Ruling on Defendants' Joint Motion to Dismiss and to Strike.

IT IS SO STIPULATED.

Dated:  February 13, 2020                                         Respectfully submitted,

By: */s/ A. Matthew Ashley*
　　A. Matthew Ashley (Bar No. 198235)
　　mashley@irell.com
　　IRELL & MANELLA LLP
　　840 Newport Center Drive, Suite 400
　　Newport Beach, CA 92660-6324
　　Telephone: 949 760-0991
　　Facsimile: 949 760-5200
　　*Counsel for Defendants*
　　FORTRESS INVESTMENT GROUP
　　LLC, FORTRESS CREDIT CO. LLC,
　　VLSI TECHNOLOGY LLC

By: /s/ Amanda L. Major
　　Amanda L. Major (*pro hac vice*)
　　amanda.major@wilmerhale.com
　　Leon B. Greenfield (*pro hac vice*)
　　leon.greenfield@wilmerhale.com
　　WILMER CUTLER PICKERING
　　　HALE AND DORR LLP
　　1875 Pennsylvania Avenue, N.W.
　　Washington, DC 20006
　　Telephone: +1 202 663 6000
　　Facsimile: +1 202 663 6363

　　Timothy Syrett (*pro hac vice*)
　　timothy.syrett@wilmerhale.com
　　William F. Lee (*pro hac vice*)

| | | |
|---|---|---|
| 1 | */s/ Martin Flumenbaum* | william.lee@wilmerhale.com |
|  | Martin Flumenbaum (*pro hac vice*) | Joseph J. Mueller (*pro hac vice*) |
| 2 | mflumenbaum@paulweiss.com | joseph.mueller@wilmerhale.com |
|  | PAUL, WEISS, RIFKIND, | WILMER CUTLER PICKERING |
| 3 | WHARTON & GARRISON LLP |   HALE AND DORR LLP |
|  | 1285 Avenue of the Americas | 60 State Street |
| 4 | New York, NY 10019-6064 | Boston, MA 02109 |
|  | Telephone:(212) 373-3191 | Telephone: +1 617 526 6000 |
| 5 | Facsimile: (212) 492-0191 | Facsimile: +1 617 526 5000 |
|  | *Counsel for Defendants* | |
| 6 | FORTRESS INVESTMENT GROUP | Mark D. Selwyn (SBN 244180) |
|  | LLC, FORTRESS CREDIT CO. LLC | mark.selwyn@wilmerhale.com |
| 7 | | WILMER CUTLER PICKERING |
|  | */s/ James J. Foster* |   HALE AND DORR LLP |
| 8 | James J. Foster | 950 Page Mill Road |
|  | jfoster@princelobel.com | Palo Alto, CA 94304 |
| 9 | PRINCE LOBEL TYE LLP | Telephone: +1 650 858 6000 |
|  | One International Place, Suite 3700 | Facsimile: +1 650 858 6100 |
| 10 | Boston, MA 02110 | |
|  | Telephone:  617 456-8022 | *Counsel for Plaintiffs* |
| 11 | Facsimile:  617 456-8100 | INTEL CORPORATION and APPLE INC. |
|  | *Counsel for Defendant* | |
| 12 | UNILOC 2017 LLC | |
| 13 | */s/ Daniel. R. Shulman* | |
|  | Daniel R. Shulman (*pro hac vice*) | |
| 14 | daniel.shulman@lathropgpm.com | |
|  | LATHROP GPM LLP | |
| 15 | 500 IDS Center | |
|  | 80 South 8th Street | |
| 16 | Minneapolis, MN 55402 | |
|  | Telephone: 612 632-3335 | |
| 17 | Facsimile: 612 632-4000 | |
|  | *Counsel for Defendants* | |
| 18 | UNILOC LUXEMBOURG S.A.R.L. | |
|  | UNILOC USA, INC | |
| 19 | | |
| 20 | | |
|  | */s/ Christopher A. Seidl* | |
| 21 | Christopher A. Seidl (*pro hac vice*) | |
|  | CSeidl@RobinsKaplan.com | |
| 22 | ROBINS KAPLAN LLP | |
|  | 800 LaSalle Avenue, Suite 2800 | |
| 23 | Minneapolis, MN 55402 | |
|  | Telephone:  612 349 8468 | |
| 24 | Facsimile:  612 339-4181 | |
|  | *Counsel for Defendants* | |
| 25 | INVT SPE LLC | |
|  | INVENTERGY GLOBAL, INC. | |
| 26 | | |
| 27 | | |
| 28 | | |

- 2 -

STIPULATION AND [PROPOSED] ORDER TO ADD DEFS.'
JOINT MOTION TO STAY DISCOVERY TO STIPULATED
AND ORDERED BRIEFING SCHEDULE (DKT. 75)
Case No. 3:19-cv-07651-EMC

| | |
|---|---|
| 1 | */s/ Nathaniel Lipanovich* |
| | Nathaniel Lipanovich (Bar No. 292283) |
| 2 | nlipanovich@thoits.com |
| 3 | THOITS LAW |
| | 400 Main Street, Suite 250 |
| 4 | Los Altos, CA 94022 |
| | Telephone: 650 327-4200 |
| 5 | Facsimile:  650-325-5572 |
| | *Counsel for Defendant* |
| 6 | DSS TECHNOLOGY MANAGEMENT, INC. |
| 7 | |
| | */s/ Jason D. Cassady* |
| 8 | Jason D. Cassady (*pro hac vice*) |
| | jcassady@caldwellcc.com |
| 9 | CALDWELL CASSADY & CURRY |
| | 2121 N. Pearl Street, Suite 1200 |
| 10 | Dallas, TX 75201 |
| | Telephone: 214 888-4841 |
| 11 | Facsimile:  214-888-4849 |
| | *Counsel for Defendant* |
| 12 | IXI IP, LLC |
| 13 | */s/ Samuel F. Baxter* |
| | Samuel F. Baxter (*pro hac vice*) |
| 14 | sbaxter@mckoolsmith.com |
| | MCKOOL SMITH |
| 15 | 104 East Houston, Suite 100 |
| | Marshall, TX 75670 |
| 16 | Telephone:  903 923-9001 |
| | Facsimile:  903 923-9099 |
| 17 | *Counsel for Defendant* |
| | SEVEN NETWORKS, LLC |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  February 14, 2020

_____
The Honorable Edward M. Chen
United States District Judge