Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900 Los
Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

*Attorneys for Defendant Seven
Networks, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| INTEL CORPORATION, APPLE INC., | ) | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | ) | |
| | ) | **NOTICE OF WITHDRAWAL** |
| v. | ) | **OF KEVIN LEE BURGESS AS** |
| | ) | **COUNSEL FOR SEVEN** |
| FORTRESS INVESTMENT GROUP LLC, | ) | **NETWORKS, AND** |
| FORTRESS CREDIT CO. LLC, NILOC | ) | **[PROPOSED] ORDER** |
| 2017 LLC, UNILOC USA, INC., UNILOC | ) | |
| LUXEMBOURG S.A.R.L, LLC, | ) | JUDGE: Edward M. Chen |
| INVENTERGY GLOBAL, INC., DSS | | |
| TECHNOLOGY MANAGEMENT, INC., | | |
| IXI IP, LLC, and SEVEN NETWORKS, | | |
| LLC, | | |
| Defendants. | | |

McKool Smith, P.C.
Austin, TX

PLEASE TAKE NOTICE that Kevin Lee Burgess of McKool Smith, P.C. hereby withdraws his appearance as counsel for Defendant Seven Networks, LLC in the above-captioned matter. Mr. Burgess was previously admitted to represent Seven Networks, LLC in association with the law firm of McKool Smith P.C., counsel of record for Seven Networks, LLC. Mr. Burgess is departing from McKool Smith P.C. Kirk Dillman, Sam Baxter, Jennifer Truelove, Seth Hasenour, John Briody, and Kevin Schubert of McKool Smith P.C. continue to act as counsel of record Seven Networks, LLC.

Accordingly, it is hereby requested that the Court remove Mr. Burgess's name and e-mail address from the service list that is on file with the Court in this action.

DATED: March 16, 2020

Respectfully submitted,

MCKOOL SMITH, P.C.

By: */s/ Kirk D. Dillman*
Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
*Attorneys for Defendant,*
*Seven Networks, LLC*

IT IS SO ORDERED
DATED:_____

_____
Honorable Edward M. Chen
United States District Judge

Case No. 3:19-cv-07651-EMC

**NOTICE OF WITHDRAWAL OF KEVIN LEE BURGESS AS COUNSEL FOR SEVEN NETWORKS, AND [PROPOSED] ORDER**