Matthew S. Warren (Bar No. 230565)
Erika H. Warren (Bar No. 295570)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
19-7651@cases.warrenlex.com

*Attorneys for High Tech Inventors Alliance and Computer & Communications Industry Association*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, APPLE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC,<br><br>Defendants. | Case No. 5:19-cv-07651-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION BY HIGH TECH INVENTORS ALLIANCE AND COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF SUPPORTING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Judge:     Hon. Edward M. Chen |

Having considered the Motion by High Tech Inventors Alliance and Computer & Communications Industry Association for Leave to File *Amicus Curiae* Brief Supporting Plaintiffs' Opposition to Defendants' Motion to Dismiss and the accompanying proposed *amicus curiae* brief, the Court hereby GRANTS the Motion, and ORDERS the *amicus curiae* brief filed in this action.

**IT IS SO ORDERED.**

Date: _____

_____
Honorable Edward M. Chen
United States District Court Judge