Matthew S. Warren (Bar No. 230565)
Erika H. Warren (Bar No. 295570)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
19-7651@cases.warrenlex.com

*Attorneys for Computer & Communications Industry Association*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., Plaintiffs, v. FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, Defendants. | Case No. 5:19-cv-07651-EMC<br><br>**RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION FOR *AMICUS CURIAE* COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION**<br><br>Judge: Hon. Edward M. Chen |

**CORPORATE DISCLOSURE STATEMENT AND**
**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Under Federal Rule of Civil Procedure 7.1, the undersigned certifies that Computer & Communications Industry Association ("CCIA") is a non-stock, non-profit corporation organized and operated exclusively as a business league within the meaning of Section 501(c)(6) of the United States Internal Revenue Code. As it is a non-profit corporation, no parent corporations or publicly held companies own 10% or more of its stock.

CCIA's members are Amazon.com, BT, Cloudflare, eBay, Endurance International Group, Eventbrite, Facebook, Google, Guardtime, Intel, Intuit, McAfee, Mozilla, Pandora, Pinterest, Rakuten, Redhat, Samsung, Sprint, Stripe, T-Mobile, Uber, Verizon Media, Wirewheel, and Zebra.

Under Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: CCIA and its members have the interest set forth in their statement of interest of *amici curiae*.

Date: March 23, 2020

Respectfully submitted,

[signature]

Matthew S. Warren (Bar No. 230565)
Erika H. Warren (Bar No. 295570)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
19-7651@cases.warrenlex.com

*Attorneys for Computer & Communications Industry Association*