Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900 Los
Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

*Attorneys for Defendant Seven
Networks, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, NILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L, LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **NOTICE OF WITHDRAWAL OF KEVIN LEE BURGESS AS COUNSEL FOR SEVEN NETWORKS, AND [PROPOSED] ORDER** <br><br> JUDGE: Edward M. Chen |

McKool Smith, P.C.
Austin, TX

**NOTICE OF WITHDRAWAL OF KEVIN LEE BURGESS AS COUNSEL FOR SEVEN NETWORKS, AND [PROPOSED] ORDER**

1      PLEASE TAKE NOTICE that Kevin Lee Burgess of McKool Smith, P.C. hereby withdraws

2 his appearance as counsel for Defendant Seven Networks, LLC in the above-captioned matter. Mr.

3 Burgess was previously admitted to represent Seven Networks, LLC in association with the law firm

4 of McKool Smith P.C., counsel of record for Seven Networks, LLC. Mr. Burgess is departing from

5 McKool Smith P.C. Kirk Dillman, Sam Baxter, Jennifer Truelove, Seth Hasenour, John Briody, and

6 Kevin Schubert of McKool Smith P.C. continue to act as counsel of record Seven Networks, LLC.

7      Accordingly, it is hereby requested that the Court remove Mr. Burgess's name and e-mail

8 address from the service list that is on file with the Court in this action.

9

10 DATED: March 16, 2020                 Respectfully submitted,

11                               MCKOOL SMITH, P.C.

12

13                               By: */s/ Kirk D. Dillman*

14                               Kirk D. Dillman (SBN 110486)
                              kdillman@mckoolsmithhennigan.com

15                               MCKOOL SMITH HENNIGAN, P.C.
                              300 South Grand Avenue, Suite 2900

16                               Los Angeles, CA 90071

17                               Telephone: (213) 694-1200
                              Facsimile: (213) 694-1234

18                               *Attorneys for Defendant,*
                              *Seven Networks, LLC*

19

20 IT IS SO ORDERED
DATED: March 31, 2020

21                               Honorable Edward M. Chen
                              United States District Judge

22

23

24

25

26

27

-1-

28 Case No. 3:19-cv-07651-EMC                 **NOTICE OF WITHDRAWAL OF KEVIN LEE
BURGESS AS COUNSEL FOR SEVEN NETWORKS,
AND [PROPOSED] ORDER**

McKool Smith, P.C.
Austin, TX