WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Leon B. Greenfield (admitted *pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (admitted *pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

WILMER CUTLER PICKERING
 HALE AND DORR LLP
William F. Lee (admitted *pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (admitted *pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (admitted *pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiffs*
*Intel Corporation, Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO STATEMENT OF INTEREST OF THE UNITED STATES** <br><br> Hon. Edward M. Chen |

Case No. 3:19-cv-07651        UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO STATEMENT OF INTEREST OF THE UNITED STATES

Plaintiffs Intel Corporation and Apple Inc. file this unopposed administrative motion pursuant to Civil Local Rule 7-11 for leave to file the attached Response to the Statement of Interest of the United States.

The Justice Department (the "Department") filed a twenty-one-page Statement of Interest in support of Defendants' Motion to Dismiss on March 20, 2020, one day after Plaintiffs filed their Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion to Dismiss and to Strike Plaintiffs' Complaint and their Opposition to Defendant DSS Technology Management Inc.'s Supplemental Brief in Support of Defendants' Joint Motion to Dismiss and to Strike Plaintiffs' Complaint (collectively, "Opposition Memoranda"). Plaintiffs request leave of Court to file the attached Response, which addresses certain arguments made by the Department that Plaintiffs did not have an opportunity to address in their Opposition Memoranda. Courts regularly grant leave to respond to statements of interest filed by the United States. *See, e.g.*, Order Granting Request By Defendants to File Reply to Statement of Interest of the United States, *Howard Jarvis Taxpayers Ass'n v. Cal. Secure Choice Ret. Sav. Program*, No. 2:18-CV-01584-MCE-KJN (E.D. Cal. Sep. 26, 2019); Order Granting Defendants' Unopposed Administrative Motion for Leave to File Response to Statement of Interest by United States Department of Justice, *Young America's Found. v. Napolitano*, No. 3:17-CV-02255-MMC (N.D. Cal. Feb. 5, 2018). Plaintiffs asked Defendants and the Department for their positions on this motion, and neither Defendants nor the Department opposes this motion. (Declaration of Mark D. Selwyn ¶¶ 2-5.)

Plaintiffs therefore respectfully request that the Court grant Plaintiffs' motion for leave to file the attached Response to the Statement of Interest of the United States.

| | | |
|---|---|---|
| 1 | DATED: April 13, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Mark D. Selwyn* |
| 4 | | Mark D. Selwyn (SBN: 244180) |
| 5 | | mark.selwyn@wilmerhale.com<br>WILMER CUTLER |
| 6 | | PICKERING HALE AND<br>DORR LLP |
| 7 | | 950 Page Mill Road<br>Palo Alto, CA 94304 |
| 8 | | Telephone: +1 650 858 6000<br>Facsimile: +1 650 858 6100 |
| 9 | | William F. Lee (admitted *pro hac vice*) |
| 10 | | william.lee@wilmerhale.com<br>Joseph J. Mueller (admitted *pro hac vice*) |
| 11 | | joseph.mueller@wilmerhale.com<br>Timothy Syrett (admitted *pro hac vice*) |
| 12 | | timothy.syrett@wilmerhale.com<br>WILMER CUTLER |
| 13 | | PICKERING HALE AND<br>DORR LLP |
| 14 | | 60 State Street<br>Boston, MA 02109 |
| 15 | | Telephone: +1 617 526 6000<br>Facsimile: +1 617 526 5000 |
| 16 | | Leon B. Greenfield (admitted *pro hac vice*) |
| 17 | | leon.greenfield@wilmerhale.com<br>Amanda L. Major (admitted *pro hac vice*) |
| 18 | | amanda.major@wilmerhale.com<br>WILMER CUTLER |
| 19 | | PICKERING HALE AND<br>DORR LLP |
| 20 | | 1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006 |
| 21 | | Telephone: +1 202 663 6000<br>Facsimile: +1 202 663 6363 |
| 22 | | *Attorneys for Plaintiffs*<br>INTEL CORPORATION, APPLE INC. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | Case No. 3:19-cv-07651 | 2     UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO STATEMENT OF INTEREST OF THE UNITED STATES |

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2020, I electronically filed the foregoing documents using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

DATED: April 13, 2020                                    */s/ Mark D. Selwyn*

                                                                                                       Mark D. Selwyn