| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Mark D. Selwyn (SBN 244180) | William F. Lee (admitted *pro hac vice*) |
| mark.selwyn@wilmerhale.com | william.lee@wilmerhale.com |
| 950 Page Mill Road | Joseph J. Mueller (admitted *pro hac vice*) |
| Palo Alto, CA 94304 | joseph.mueller@wilmerhale.com |
| Telephone: (650) 858-6000 | Timothy D. Syrett (admitted *pro hac vice*) |
| Fax: (650) 858-6100 | timothy.syrett@wilmerhale.com |
| | 60 State Street |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Boston, MA 02109 |
| | Telephone: (617) 526-6000 |
| Leon B. Greenfield (admitted *pro hac vice*) | Fax: (617) 526-5000 |
| leon.greenfield@wilmerhale.com | |
| Amanda L. Major (admitted *pro hac vice*) | |
| amanda.major@wilmerhale.com | |
| 1875 Pennsylvania Avenue NW | |
| Washington, DC 20006 | |
| Telephone: (202) 663-6000 | |
| Fax: (202) 663-6363 | |

*Attorneys for Plaintiffs*
*Intel Corporation, Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., | |
| Plaintiffs, | Case No. 3:19-cv-07651-EMC |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | **DECLARATION OF MARK D. SELWYN IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO STATEMENT OF INTEREST OF THE UNITED STATES**<br><br>Hon. Edward M. Chen |
| Defendants. | |

Case No. 3:19-cv-07651      DECLARATION OF MARK D. SELWYN

I, Mark D. Selwyn, declare as follows:

1. I am an attorney licensed in the State of California and admitted to practice before this Court. I am counsel for Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth below and could testify competently to those facts if called to do so.

2. On April 10, 2020, my colleague, Liv Herriot, emailed Defendants' counsel to ask whether they would oppose Plaintiffs' motion for leave to file a response to the Statement of Interest filed by the United States. I was copied on the email.

3. On April 13, 2020, Defendants' counsel, Olivia Weber, responded by email that Defendants would not oppose Plaintiffs' motion provided that (i) Plaintiffs file their motion on April 13, 2020 and (ii) Plaintiffs file their proposed response concurrently with their motion. I was copied on the email.

4. On April 10, 2020, my colleague, Amanda Major, emailed counsel for the Justice Department (the "Department") to ask whether the Department would oppose Plaintiffs' motion for leave to file a response to the Statement of Interest filed by the United States. I was copied on the email.

5. On April 11, 2020, the Department's counsel, Andrew DeLaney, responded by email that the Department would not oppose Plaintiffs' motion. I was copied on the email.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 13, 2020, in Palo Alto, California.

By: */s/ Mark D. Selwyn*

MARK D. SELWYN

Case No. 3:19-cv-07651    1    DECLARATION OF MARK D. SELWYN