**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO STATEMENT OF INTEREST OF THE UNITED STATES** <br><br> Hon. Edward M. Chen |

Case No. 3:19-cv-07651         [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION

Having considered the parties' submissions, the record, and the applicable law, the Court GRANTS Plaintiffs' unopposed administrative motion for leave to file a response to the Statement of Interest filed by the United States.

**IT IS SO ORDERED.**

DATED: _____       _____

                                                                EDWARD M. CHEN
                                                                UNITED STATES DISTRICT JUDGE