MAKAN DELRAHIM
Assistant Attorney General, Antitrust Division

DAVID L. ANDERSON (CABN 149604)
United States Attorney

WILLIAM J. RINNER
Senior Counsel and Chief of Staff to the Assistant Attorney General, Antitrust Division

MICHAEL F. MURRAY
Deputy Assistant Attorney General, Antitrust Division

DANIEL E. HAAR
ANDREW N. DeLANEY
Attorneys, Antitrust Division
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 598-2846
Facsimile: (202) 514-0536
E-mail: andrew.delaney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, APPLE INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC,<br>          Defendants. | No. 3:19-cv-07651-EMC<br><br>**UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNITED STATES' REPLY TO PLAINTIFFS' RESPONSE TO UNITED STATES' STATEMENT OF INTEREST** |

Case No. 3:19-cv-07651-EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The United States respectfully moves for leave to file the Reply attached hereto as pursuant to 28 U.S.C. § 517, which permits the Attorney General to send "any officer of the Department of Justice" to "any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States" and Local Rule 7-11. This Reply briefly addresses arguments made by Plaintiffs in their April 13, 2020, Response to the United States' Statement of Interest. The United States conferenced with the Plaintiffs and Defendants on April 22-23, 2020; neither side opposes the filing.

*     *     *

Respectfully submitted,

MAKAN DELRAHIM
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

WILLIAM J. RINNER
Senior Counsel and Chief of Staff to the
Assistant Attorney General

MICHAEL F. MURRAY
Deputy Assistant Attorney General

DANIEL E. HAAR
ANDREW N. DELANEY
Attorneys

Dated:  April  23, 2020           /s/ Andrew DeLaney
                                  ANDREW N. DeLANEY

                                  Attorneys for the United States of America