MAKAN DELRAHIM
Assistant Attorney General, Antitrust Division

DAVID L. ANDERSON (CABN 149604)
United States Attorney

WILLIAM J. RINNER
Senior Counsel and Chief of Staff to the Assistant Attorney General, Antitrust Division

MICHAEL F. MURRAY
Deputy Assistant Attorney General, Antitrust Division

DANIEL E. HAAR
ANDREW N. DeLANEY
Attorneys, Antitrust Division
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 598-2846
Facsimile: (202) 514-0536
E-mail: andrew.delaney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | No. 3:19-cv-07651-EMC <br><br> **DECLARATION IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNITED STATES' REPLY TO PLAINTIFFS' RESPONSE TO UNITED STATES' STATEMENT OF INTEREST** |

Case No. 3:19-cv-07651-EMC

I, Andrew N. DeLaney, declare:

I am an attorney with the United States Department of Justice Antitrust Division representing the Department of Justice in this matter. I have personal knowledge of the below facts and would be able to testify to them if necessary.

1. On April 22, 2020, I emailed counsel for Plaintiffs to ask whether they would oppose the United States' motion for leave to file a Reply to Plaintiffs' Response to the United States' Statement of Interest. On April 23, 2020, counsel for Plaintiffs responded that they would not so oppose.

2. On April 22, 2020, I emailed counsel for Defendants to ask whether they would oppose the United States' motion for leave to file a Reply to Plaintiffs' Response to the United States' Statement of Interest. On April 23, 2020, counsel for Defendants responded that they would not so oppose.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  April  23, 2020                               /s/ Andrew DeLaney
                                                      ANDREW N. DeLANEY

                                                      Attorney for the United States of America

Case No. 3:19-cv-07651-EMC            1