**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., <br><br>Plaintiffs, <br><br>v. <br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br>Defendants. | Case No. 3:19-cv-07651-EMC <br><br>**[PROPOSED] ORDER GRANTING UNITED STATES' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO THE UNITED STATES' STATEMENT OF INTEREST** <br><br>Hon. Edward M. Chen |

1  Having considered the parties' submissions, the record, and the applicable law, the
2  Court GRANTS the United States' unopposed administrative motion for leave to file a Reply
3  to the Plaintiffs' Response to the Statement of Interest filed by the United States

**IT IS SO ORDERED.**

DATED: _____         _____

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE