James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100

Attorneys for Defendant
Uniloc 2017 LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | CIVIL ACTION NO.  3:19-cv-07651-EMC <br><br> **UNILOC 2017'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FRCP 7.1 AND CIVIL LOCAL RULE 3-15** |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, I certify Uniloc 2017 LLC is owned by CF Uniloc Holdings LLC.

| | |
|---|---|
| Dated: May 29, 2020 | */s/ James J. Foster* <br> James J. Foster <br> jfoster@princelobel.com <br> PRINCE LOBEL TYE LLP <br> One International Place, Suite 3700 <br> Boston, MA 02110 <br> Tel: (617) 456-8000 <br> Fax: (617) 456-8100 <br><br> Attorneys for Defendant <br> Uniloc 2017 LLC |