1  MAKAN DELRAHIM
   Assistant Attorney General, Antitrust Division
2
3  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
4
5  MICHAEL F. MURRAY
   Deputy Assistant Attorney General, Antitrust Division
6
7  DANIEL E. HAAR
   ANDREW N. DeLANEY
8  Attorneys, Antitrust Division
   950 Pennsylvania Ave. NW
9  Washington, DC 20530
   Telephone: (202) 598-2846
10 Facsimile: (202) 514-0536
   E-mail: andrew.delaney@usdoj.gov
11
12 Attorneys for the United States of America

13             UNITED STATES DISTRICT COURT
14             NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., <br><br>          Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br>          Defendants. | No. 3:19-cv-07651-EMC <br><br> **UNOPPOSED REQUEST OF THE UNITED STATES TO PARTICIPATE AT THE JUNE 18 HEARING** |

Case No. 3:19-cv-07651-EMC

On April 2, 2020, this Court set a hearing for June 18, 2020, to hear oral argument on Defendants' Motion to Dismiss in the above-captioned matter. The United States filed a Statement of Interest in this matter on March 20, 2020 pursuant to 28 U.S.C. § 517. The United States now respectfully requests permission to participate at the June 18 hearing pursuant to 28 U.S.C. § 517, which permits the Attorney General to send "any officer of the Department of Justice" to "any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States," and Local Rule 7-11.

The United States seeks to participate at the June 18 hearing because it enforces the federal antitrust laws, including Section 1 of the Sherman Act and Section 7 of the Clayton Act, and has a strong interest in their correct application. The United States has a particular interest in this case because it involves the intersection of antitrust law and intellectual property rights, a topic which the United States has long studied and with which it has considerable enforcement experience.[1] The United States seeks to ensure that the antitrust laws are correctly applied to business activity involving intellectual property in order to promote innovation and enhance consumer welfare. As the Statement explained, the Plaintiffs have failed to state a claim under either Section 1 of the Sherman Action or Section 7 of the Clayton Act due to deficiencies in their definition of the relevant market as well as the lack of allegations sufficiently identifying a reduction of competition.

The United States believes that its participation at the June 18 hearing would be of substantial assistance to the Court and leaves it to the discretion of the Court to decide the form

---

[1] *See* U.S. Dep't Of Justice & Fed. Trade Comm'n, Antitrust Guidelines for the Licensing of Intellectual Property (2017), https://www.ftc.gov/system/files/documents/public_statements/1049793/ip_guidelines_2017.pdf; U.S. Dep't of Justice & Fed. Trade Comm'n, Antitrust Enforcement and Intellectual Property Rights: Promoting Innovation and Competition (2007), https://www.justice.gov/sites/default/files/atr/legacy/2007/07/11/222655.pdf.

Case No. 3:19-cv-07651-EMC                 1

and extent of the United States' participation at the hearing.  Counsel for the Plaintiffs have informed the United States that they do not oppose the request.  Counsel for the Defendants have informed the United States that they do not oppose the request.

* * *

                                  Respectfully submitted,

                                  MAKAN DELRAHIM
                                  Assistant Attorney General

                                  DAVID L. ANDERSON
                                  United States Attorney

                                  MICHAEL F. MURRAY
                                  Deputy Assistant Attorney General

                                  DANIEL E. HAAR
                                  ANDREW N. DELANEY

                                  Attorneys

Dated:  June 9, 2020                  /s/ Andrew DeLaney
                                  ANDREW N. DeLANEY

                                  Attorneys for the United States of America