MAKAN DELRAHIM
Assistant Attorney General, Antitrust Division

DAVID L. ANDERSON (CABN 149604)
United States Attorney

MICHAEL F. MURRAY
Deputy Assistant Attorney General, Antitrust Division

DANIEL E. HAAR
ANDREW N. DeLANEY
Attorneys, Antitrust Division
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 598-2846
Facsimile: (202) 514-0536
E-mail: andrew.delaney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | No. 3:19-cv-07651-EMC <br><br> **DECLARATION IN SUPPORT OF UNOPPOSED REQUEST OF THE UNITED STATES TO PARTICIPATE AT THE JUNE 18 HEARING** |

Case No. 3:19-cv-07651-EMC

I, Andrew N. DeLaney, declare:

I am an attorney with the United States Department of Justice Antitrust Division representing the Department of Justice in this matter. I have personal knowledge of the below facts and would be able to testify to them if necessary.

1. On June 8, 2020, I emailed counsel for Defendants to ask whether they would oppose the United States' Request to Participate at the June 18 Hearing. On June 8, 2020, counsel for Defendants responded that they would not so oppose.

2. On June 8, 2020, I emailed counsel for Plaintiffs to ask whether they would oppose the United States' Request to Participate at the June 18 Hearing. On June 9, 2020, counsel for Plaintiffs responded that they would not so oppose.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  June 9, 2020                    /s/ Andrew DeLaney
                                          ANDREW N. DeLANEY

                                          Attorney for the United States of America