**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED REQUEST OF THE UNITED STATES TO PARTICIPATE AT THE JUNE 18 HEARING** <br><br> Hon. Edward M. Chen |

Case No. 3:19-cv-07651

[PROPOSED] ORDER GRANTING UNOPPOSED REQUEST OF THE UNITED STATES TO PARTICIPATE AT THE JUNE 18 HEARING

Having considered the parties' submissions, the record, and the applicable law, the Court GRANTS the Unopposed Request of the United States to Participate at the June 18 Hearing.

**IT IS SO ORDERED.**

DATED: _____

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE