1  Dean C. Eyler (MN 267491)
   LATHROP GPM LLP
2  80 S. Eighth Street, Suite 500
   Minneapolis, MN 55402
3  Telephone: 612-632-3016
   Facsimile:  612-632-4016
4  Email: dean.eyler@lathropgpm.com

5  Erica J. Van Loon (SBN 227712)
   LATHROP GPM LLP
6  1888 Century Park East, Suite 1000
   Los Angeles, CA 90067-1623
7  Telephone: 310-789-4659
   Facsimile: 310-789-4601
8  Email: erica.vanloon@lathropgpm.com

9  *Counsel for Defendants*
   UNILOC USA, INC., UNILOC
10 LUXEMBOURG S.A.R.L.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | |
| v. | **UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A.R.L.'s CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER CIVIL LOCAL RULE 3-15** |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | |
| Defendants. | |

Pursuant to L.R. 3-15, the undersigned certifies that Uniloc USA, Inc. is wholly owned by Uniloc USA Holdings LLC.

Pursuant to L.R. 3-15, the undersigned certifies that for Uniloc Luxembourg S.A.R.L, as of this date, other than the named parties, there is no such interest to report.

- 1 -

| | | |
|---|---|---|
| 1 | DATED: June 10, 2020 | **LATHROP GPM LLP** |
| 2 | | By: */s/ Dean C. Eyler* |
| 3 | | Dean C. Eyler (*Pro Hac Vice*)<br>500 IDS Center |
| 4 | | 80 South 8th Street<br>Minneapolis, MN 55402 |
| 5 | | Telephone: 612 632-3016<br>Facsimile: 612 632-4016 |
| 6 | | dean.eyler@lathropgpm.com |
| 7 | | Erica J. Van Loon (SBN 227712)<br>LATHROP GPM LLP |
| 8 | | 1888 Century Park East, Suite 1000<br>Los Angeles, CA  90067-1623 |
| 9 | | Telephone:  310-789-4659<br>Facsimile:  310-789-4601 |
| 10 | | erica.vanloon@lathropgpm.com |
| 11 | | Attorney for Defendants<br>UNILOC USA, INC. and UNILOC<br>LUXEMBOURG S.A.R.L. |

GP:4850-3107-3983 v1