1  Dean C. Eyler (MN 267491)
   LATHROP GPM LLP
2  80 S. Eighth Street, Suite 500
   Minneapolis, MN 55402
3  Telephone: 612-632-3016
   Facsimile:  612-632-4016
4  Email:  dean.eyler@lathropgpm.com

5  Erica J. Van Loon (SBN 227712)
   LATHROP GPM LLP
6  1888 Century Park East, Suite 1000
   Los Angeles, CA 90067-1623
7  Telephone: 310-789-4659
   Facsimile: 310-789-4601
8  Email:  erica.vanloon@lathropgpm.com

9  Daniel R. Shulman (*pro hac vice*)
   Shulman & Buske PLLC
10 126 North Third Street, Suite 402
   Minneapolis, Minnesota 55401
11 Telephone: (612) 870-7410
   Email: dan@shulmanbuske.com

12
   *Counsel for Defendants*
13 UNILOC USA, INC.
   UNILOC LUXEMBOURG S.A.R.L.

14

15                    **UNITED STATES DISTRICT COURT**

16                   **NORTHERN DISTRICT OF CALIFORNIA**

17

18
   INTEL CORPORATION and APPLE INC.,      Case No. 3:19-cv-07651-EMC
19
                Plaintiffs,               **NOTICE OF CHANGE OF ADDRESS**
20                                         **FOR ATTORNEY DANIEL R. SHULMAN**
          v.
21
   FORTRESS INVESTMENT GROUP LLC,
22 FORTRESS CREDIT CO. LLC, UNILOC
   2017 LLC, UNILOC USA, INC., UNILOC
23 LUXEMBOURG S.A.R.L., VLSI
   TECHNOLOGY LLC, INVT SPE LLC,
24 INVENTERGY GLOBAL, INC., DSS
   TECHNOLOGY MANAGEMENT, INC., IXI
25 IP, LLC, and SEVEN NETWORKS, LLC,

26                Defendants.

27

28

10767274

1   **PLEASE TAKE NOTICE** of the following change of address for Daniel R. Shulman, one

2   of the counsel for Defendants Uniloc USA, Inc., and Uniloc Luxembourg S.A.R.L.  All notices

3   and services for Mr. Shulman should now be directed to:

4
             Daniel R. Shulman
             Shulman & Buske PLLC
5            126 North Third Street, Suite 402
             Minneapolis, Minnesota 55401
6            Telephone: (612) 870-7410
             Email: dan@shulmanbuske.com
7

8       The undersigned also continue to represent as co-counsel Defendants Uniloc USA, Inc.

9   and Uniloc Luxembourg S.A.R.L.

10
                                        Respectfully submitted,
11
    DATED: June 16, 2020               **LATHROP GPM LLP**
12
                                        By: */s/Dean C. Eyler*
13                                          Dean C. Eyler (*Pro Hac Vice*)
                                            500 IDS Center
14                                          80 South 8th Street
                                            Minneapolis, MN 55402
15                                          Telephone: 612 632-3016
                                            Facsimile: 612 632-4016
16                                          dean.eyler@lathropgpm.com

17                                          Erica J. Van Loon (SBN 227712)
                                            LATHROP GPM LLP
18                                          1888 Century Park East, Suite 1000
                                            Los Angeles, CA  90067-1623
19                                          Telephone:  310-789-4659
                                            Facsimile:  310-789-4601
20                                          erica.vanloon@lathropgpm.com

21                                          Daniel R. Shulman (*Pro Hac Vice*)
                                            Shulman & Buske PLLC
22                                          126 North Third Street, Suite 402
                                            Minneapolis, Minnesota 55401
23                                          Telephone: (612) 870-7410
                                            Facsimile: (612) 870-7462
24                                          Email: dan@shulmanbuske.com

25
                                            Attorney for Defendants
26                                          UNILOC USA, INC. and UNILOC
                                            LUXEMBOURG S.A.R.L.
27

28
    GP:4838-6771-6032 v1

                                                                        NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY
                                                                                             DANIEL R. SHULMAN
                                                                                          Case No. 3:19-cv-07651-EMC
    10767274                              - 1 -