# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 18, 2020    **Time:** 3:00-4:50= 1 Hour; 50 Minutes    **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-07651-EMC    **Case Name:** Intel Corporation v. Fortress Investment Group LLC

**Attorneys for Plaintiff:** William Lee, Joseph Mueller, Mark Selwyn, Amanda Major
**Attorneys for Defendant:** Morgan Chu, James Foster, Matt Ashley, Michael Harbour, Olivia Weber, Andrew Delaney, Chris Seidl, John Briody, Daniel Shulman, Benjamin Hattenbach, Nathaniel Lipanovich, Jason Cassady, Kevin Schubert

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Ruth Ekhaus

## PROCEEDINGS HELD BY ZOOM WEBINAR

[111] Motion to Dismiss - held.

## SUMMARY

Parties stated appearances and proffered argument.

Court takes matter under submission

Court encourages the parties to participate in private mediation.

**Further Case Management Conference set 9/17/2020 at 10:30 a.m.  Joint cmc statement due 9/10/2020.**