**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING THE SEALING OF THE COURT'S ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH LEAVE TO AMEND** |

Case No. 3:19-cv-07651-EMC

STIPULATION AND [PROPOSED] ORDER REGARDING SEALING OF COURT'S ORDER

|   |   |
|---|---|
| 1 | Pursuant to the Court's July 7, 2020 Order Granting Defendants' Motion to Dismiss with |
| 2 | Leave to Amend ("the Order"), Plaintiffs Intel Corporation and Apple Inc. (collectively, |
| 3 | "Plaintiffs") and Defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc |
| 4 | 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy |
| 5 | Global, Inc., INVT SPE LLC, DSS Technology Management, Inc., IXI IP, LLC, and Seven |
| 6 | Networks, LLC (collectively, "Defendants") hereby request and stipulate as follows: |
| 7 | WHEREAS, on July 7, 2020, this Court temporarily filed under seal the Order (Dkt. 187); |
| 8 | WHEREAS, in the Order, the Court instructed the parties to meet and confer to determine |
| 9 | what parts, if any, of the Order should remain under seal and submit a joint stipulation and |
| 10 | proposed order regarding sealing within one week of the date of the Order (Dkt. 187 at 41); |
| 11 | WHEREAS, on July 9, 2020, the parties met and conferred pursuant to the Order; |
| 12 | WHEREAS, the parties agree that no portion of the Order should remain under seal; |
| 13 | IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the |
| 14 | Court's approval: |
| 15 | 1.  The Court's July 7, 2020 Order Granting Defendants' Motion to Dismiss with |
| 16 | Leave to Amend shall be filed publicly. |
| 17 | IT IS SO STIPULATED. |
| 18 | Dated: July 14, 2020                                        Respectfully submitted, |

By: */s/ A. Matthew Ashley*
A. Matthew Ashley (Bar No. 198235)
mashley@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: 949 760-0991
Facsimile: 949 760-5200
*Counsel for Defendants*
FORTRESS INVESTMENT GROUP
LLC, FORTRESS CREDIT CO. LLC,
VLSI TECHNOLOGY LLC

*/s/ Martin Flumenbaum*
Martin Flumenbaum (*pro hac vice*)
mflumenbaum@paulweiss.com

By: */s/ Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (admitted *pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (admitted *pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (admitted *pro hac vice*)

Case No. 3:19-cv-07651-EMC

- 1 -

STIPULATION AND [PROPOSED]
ORDER REGARDING SEALING OF
COURT'S ORDER

| | | |
|---|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | timothy.syrett@wilmerhale.com WILMER CUTLER PICKERING |
| 2 | 1285 Avenue of the Americas New York, NY 10019-6064 |   HALE AND DORR LLP 60 State Street |
| 3 | Telephone:(212) 373-3191 Facsimile: (212) 492-0191 | Boston, MA 02109 Telephone: (617) 526-6000 |
| 4 | *Counsel for Defendants* FORTRESS INVESTMENT GROUP | Facsimile: (617) 526-5000 |
| 5 | LLC, FORTRESS CREDIT CO. LLC | Amanda L. Major (*pro hac vice*) amanda.major@wilmerhale.com |
| 6 | */s/ James J. Foster* James J. Foster | Leon B. Greenfield (*pro hac vice*) leon.greenfield@wilmerhale.com |
| 7 | jfoster@princelobel.com PRINCE LOBEL TYE LLP | WILMER CUTLER PICKERING   HALE AND DORR LLP |
| 8 | One International Place, Suite 3700 Boston, MA 02110 | 1875 Pennsylvania Avenue, N.W. Washington, DC 20006 |
| 9 | Telephone:  617 456-8022 Facsimile:  617 456-8100 | Telephone: (202) 663-6000 Facsimile: (202) 663-6363 |
| 10 | *Counsel for Defendant* UNILOC 2017 LLC | *Counsel for Plaintiffs* |
| 11 | */s/ Daniel. R. Shulman* | INTEL CORPORATION and APPLE INC. |
| 12 | Daniel R. Shulman (*pro hac vice*) Shulman & Buske PLLC | |
| 13 | 126 North Third Street, Suite 402 Minneapolis, MN 55401 | |
| 14 | Telephone: 612 870 7410 dan@shulmanbuske.com | |
| 15 | *Counsel for Defendants* UNILOC LUXEMBOURG S.A.R.L. | |
| 16 | UNILOC USA, INC | |
| 17 | */s/ Dean C. Eyler* Dean C. Eyler (*pro hac vice*) | |
| 18 | dean.eyler@lathropgpm.com LATHROP GPM LLP | |
| 19 | 500 IDS Center 80 South 8th Street | |
| 20 | Minneapolis, MN 55402 Telephone: 612 632-3335 | |
| 21 | Facsimile: 612 632-4000 *Counsel for Defendants* | |
| 22 | UNILOC LUXEMBOURG S.A.R.L. UNILOC USA, INC | |
| 23 | | |
| 24 | */s/ Christopher A. Seidl* Christopher A. Seidl (*pro hac vice*) | |
| 25 | CSeidl@RobinsKaplan.com ROBINS KAPLAN LLP | |
| 26 | 800 LaSalle Avenue, Suite 2800 Minneapolis, MN 55402 | |
| 27 | Telephone:  612 349 8468 Facsimile:  612 339-4181 | |
| 28 | *Counsel for Defendants* | |

Case No. 3:19-cv-07651-EMC

- 2 -

STIPULATION AND [PROPOSED] ORDER REGARDING SEALING OF COURT'S ORDER

| | |
|---|---|
| 1 | INVT SPE LLC<br>INVENTERGY GLOBAL, INC. |
| 2 | |
| 3 | */s/ Nathaniel Lipanovich*<br>Nathaniel Lipanovich (Bar No. 292283) |
| 4 | nlipanovich@thoits.com<br>THOITS LAW |
| 5 | 400 Main Street, Suite 250<br>Los Altos, CA 94022 |
| 6 | Telephone: 650 327-4200<br>Facsimile:  650-325-5572 |
| 7 | *Counsel for Defendant*<br>DSS TECHNOLOGY |
| 8 | MANAGEMENT, INC. |
| 9 | */s/ Jason D. Cassady*<br>Jason D. Cassady (*pro hac vice*) |
| 10 | jcassady@caldwellcc.com<br>CALDWELL CASSADY & CURRY |
| 11 | 2121 N. Pearl Street, Suite 1200<br>Dallas, TX 75201 |
| 12 | Telephone: 214 888-4841<br>Facsimile:  214-888-4849 |
| 13 | *Counsel for Defendant*<br>IXI IP, LLC |
| 14 | |
| 15 | */s/ Samuel F. Baxter*<br>Samuel F. Baxter (*pro hac vice*) |
| 16 | sbaxter@mckoolsmith.com<br>MCKOOL SMITH |
| 17 | 104 East Houston, Suite 100<br>Marshall, TX 75670 |
| 18 | Telephone:  903 923-9001<br>Facsimile:  903 923-9099 |
| 19 | *Counsel for Defendant*<br>SEVEN NETWORKS, LLC |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: July 15, 2020

The Honorable Edward M. Chen
United States District Judge

Case No. 3:19-cv-07651-EMC

- 3 -

STIPULATION AND [PROPOSED]
ORDER REGARDING SEALING OF
COURT'S ORDER