WILMER CUTLER PICKERING
  HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

WILMER CUTLER PICKERING
  HALE AND DORR LLP
William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiffs*
*Intel Corporation and Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **INTEL CORPORATION AND APPLE INC.'S ADMINISTRATIVE MOTION TO FILE AMENDED COMPLAINT UNDER SEAL** |

In accordance with Civil Local Rules 7-11 and 79-5, Intel Corporation ("Intel") and Apple Inc. ("Apple") submit this motion for an order to seal limited portions of Intel and Apple's Amended Complaint ("Amended Complaint").

As set forth in the Declaration of Mark D. Selwyn in Support of Intel and Apple's Administrative Motion to File Amended Complaint Under Seal ("Selwyn Decl."), portions of the Amended Complaint contain information about Apple's and Intel's license and/or patent purchase agreements with third parties. *See* Selwyn Decl. ¶¶ 2-4.  Public disclosure of information regarding the types of patents licensed or purchased and payment terms from Apple's and Intel's license agreements could negatively affect Apple's and Intel's future licenses and settlements. *Id.* ¶ 5; *See, e.g.*, *Electronic Arts, Inc. v. United States District Court for the Northern District of California*, 298 Fed. Appx. 568, 569 (9th Cir. 2008) (pricing terms, royalty rates, guaranteed minimum payment terms of licensing agreement constituted trade secret); *Powertech Tec., Inc., v. Tessera, Inc.*, No. C 11-6121 CW, 2012 U.S. Dist. LEXIS 75831, at *5 (N.D. Cal. May 31, 2012) (compelling reasons to seal license agreement).

The Amended Complaint also contains information regarding licensing negotiations that one or more defendants or non-parties ("Interested Parties") may seek to seal.  Selwyn Decl. ¶ 6.

Portions of the Amended Complaint contain information regarding licensing negotiations between either Intel or Apple and Interested Parties, which the Court sealed in Intel and Apple's original complaint.  ECF No. 54 at 2; Selwyn Decl. ¶ 7.

Portions of the Amended Complaint contain information regarding licensing and/or acquisition negotiations between either Intel or Apple and Interested Parties that was not discussed in the original complaint.  These negotiations are subject to confidentiality agreements governing the use and disclosure of Intel's and Apple's negotiation communications with these Interested Parties.  Intel and Apple understand that the Interested Parties consider the information regarding their negotiations with Intel and Apple described in the Amended Complaint to be confidential, and Intel and Apple therefore told the Interested Parties that they would file this information under seal.  Intel and Apple understand that the Interested Parties may seek to file further declarations in support of

1

Case No. 3:19-cv-07651-EMC                                    Intel Corporation and Apple Inc.'s Administrative
                                                              Motion to File Amended Complaint Under Seal

sealing this information.  Selwyn Decl. ¶ 8.

Portions of the Amended Complaint contain information regarding damages claims made by Defendant Seven Networks LLC ("Seven Networks") in another litigation.  Apple understands that Seven Networks may consider this information to be Highly Confidential – Attorneys' Eyes Only.  Intel and Apple expect that Seven Networks may seek to file a declaration in support of sealing this information.  Selwyn Decl., ¶¶ 9-10.

For the foregoing reasons, Intel and Apple move to file portions of the Amended Complaint under seal.

DATED:  August 4, 2020                                         Respectfully submitted,

By:  /s/ *Mark D. Selwyn*

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.

2

Case No. 3:19-cv-07651-EMC                                     Intel Corporation and Apple Inc.'s Administrative
                                                               Motion to File Amended Complaint Under Seal

Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs*
INTEL CORPORATION, APPLE INC.

## CERTIFICATE OF SERVICE

On this 4th day of August 2020, I hereby certify that I caused the foregoing document entitled Intel Corporation and Apple Inc.'s Administrative Motion to File Amended Complaint Under Seal to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED:  August 4, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:  /s/ Mark D. Selwyn_____

　　　　　　　　　　　　　　　　　　　　Mark D. Selwyn (SBN 244180)
　　　　　　　　　　　　　　　　　　　　mark.selwyn@wilmerhale.com
　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　　 HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　　950 Page Mill Road
　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94304
　　　　　　　　　　　　　　　　　　　　Telephone: (650) 858-6000
　　　　　　　　　　　　　　　　　　　　Facsimile: (650) 858-6100

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*
　　　　　　　　　　　　　　　　　　　　INTEL CORPORATION, APPLE INC.

4

Case No. 3:19-cv-07651-EMC　　　　　　　　　Intel Corporation and Apple Inc.'s Administrative
　　　　　　　　　　　　　　　　　　　　　　Motion to File Amended Complaint Under Seal