**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **[PROPOSED] ORDER GRANTING INTEL CORPORATION AND APPLE INC.'S ADMINISTRATIVE MOTION TO FILE AMENDED COMPLAINT UNDER SEAL** |

Having considered the motion filed by plaintiffs Intel Corporation and Apple Inc. and the accompanying declarations, the Court grants Intel and Apple's Administrative Motion to File Amended Complaint Under Seal with respect to the following portions of the Amended Complaint:

| Page | Paragraph | Line Number(s) |
|---|---|---|
| 37 | 104 | 14-16 |
| 38 | 107 | 4-6 |
| 38 | 109 | 12-15 |
| 51 | 151 | 11-13 |
| 58 | 174 | 5-9 |
| 66 | 208 | 5 |
| 70 | 228 | 11-13, 15, 24 |
| 71 | 229 | 14-15, 19-20 |
| 72 | 229 | 1-2 |
| 77 | 247 | 5-6, 11-12, 17-18 |
| 96 | 317 | 16-18 |
| 101 | 335 | 3-5, 7, 16 |
| 121 | 421 | 9-11 |

**IT IS SO ORDERED.**

Date:                                                          By:_____