1   IRELL & MANELLA LLP
    Morgan Chu (SBN 70446)
2   Benjamin W. Hattenbach (SBN 186455)
    Michael D. Harbour (SBN 298185)
3   1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
4   Telephone:  (310) 277-1010
    Facsimile:   (310) 203-7199
5   Email:  mchu@irell.com
    Email:  bhattenbach@irell.com
6   Email:  mharbour@irell.com

7   A. Matthew Ashley (SBN 198235)
    Olivia Weber (SBN 319918)
8   840 Newport Center Drive, Suite 400
    Newport Beach, California 92660-6324
9   Telephone:   (949) 760-0991
    Facsimile:    (949) 760-5200
10  Email: mashley@irell.com
    Email: oweber@irell.com

11
    *Counsel for Defendants*
12  FORTRESS INVESTMENT GROUP LLC,
    FORTRESS CREDIT CO. LLC,
13  VLSI TECHNOLOGY LLC

14              **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16  | INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |

17           Plaintiffs,                **DEFENDANTS' JOINT MOTION AND
                                        [PROPOSED] ORDER TO EXTEND
18           v.                         DEFENDANTS' DEADLINES TO
                                        RESPOND TO THE FIRST AMENDED
19  FORTRESS INVESTMENT GROUP LLC,      COMPLAINT AND SET A BRIEFING
    FORTRESS CREDIT CO. LLC, UNILOC     SCHEDULE
20  2017 LLC, UNILOC USA, INC., UNILOC
    LUXEMBOURG S.A.R.L., VLSI
21  TECHNOLOGY LLC, INVT SPE LLC,
    INVENTERGY GLOBAL, INC., IXI IP, LLC,
22  and SEVEN NETWORKS, LLC,

23           Defendants.

24

25

26

27

28

10866156

1    Pursuant to Civil Local Rules 6-1 and 6-3, Defendants[1] respectfully move the Court to set

2    October 6, 2020 as the deadline to respond to plaintiffs Intel Corporation's and Apple Inc.'s

3    (collectively, "Plaintiffs") sealed amended complaint (the "FAC"), and to set a corresponding

4    briefing schedule commensurate with the time proportions identified in Local Rule 7-3.

5    Defendants' responses are currently due on August 18, 2020.  Weber Decl. ¶ 2.  For the reasons

6    set forth below, Defendants' request for a seven-week extension is appropriate given the length of

7    the FAC, the breadth of Plaintiffs' allegations, and the need to coordinate among numerous

8    separately represented parties.

9                        **MEMORANDUM OF POINTS AND AUTHORITIES**

10    On August 4, 2020, Plaintiffs filed a 132-page FAC, consisting of more than 450

11    paragraphs, alleging antitrust and unfair competition claims against half a dozen separately-

12    represented groups of Defendants.  Dkt. 192.  The FAC is more than twice as long as Plaintiffs'

13    original complaint, and the parties previously stipulated to, and the Court approved, ten weeks to

14    respond to the original complaint.  *See* Dkt. 1; Dkt. 75.  Moreover, Defendants have not even seen

15    the full FAC yet because it was filed under seal, and Plaintiffs have conditioned service of the

16    unredacted FAC on Defendants' agreement that only outside counsel can see the redacted

17    material.  Weber Decl. ¶ 3, Ex. A.  Because this would prevent Defendants' clients from viewing

18    the entirety of the allegations against them, Defendants are still considering whether to assent to

19    Plaintiffs' attempted unilateral imposition of outside counsel's eyes only status for portions of the

20    FAC.

21    Given the above, Defendants' respectfully request an extension of seven weeks, for a total

22    of nine weeks, to respond to the FAC.  This extension will provide Defendants with the

23    opportunity to adequately address Plaintiffs' voluminous allegations which, just by way of

24    example, include more than a dozen new purported antitrust "markets."  It will also give

25    Defendants sufficient time to coordinate regarding a joint response, thereby saving the Court and

26

27    ───────────────

[1] Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc
28    USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy Global, Inc., INVT
SPE LLC, IXI IP, LLC, and Seven Networks, LLC.

1  the parties from the burden of having to address multiple responsive pleadings.  The extension will

2  not prejudice Plaintiffs in any way, and Defendants are willing to give Plaintiffs the same

3  extension to file their oppositions.

4      Defendants regret burdening the Court with this motion, but despite their best efforts, they

5  have been unable to reach a resolution with Plaintiffs.  Weber Decl. ¶ 4, Ex. A.  In response to

6  Defendants' request for a seven-week extension, Plaintiffs offered a two-week extension and then

7  a three-week extension in response to further negotiations.  *Id.*  The Parties were unable to reach a

8  compromise that Defendants believe is sufficient in light of the considerations outlined above.  *Id.*

9  Because Defendants did not want to further delay given the upcoming deadlines, they filed the

10  present motion.  *Id.*

11     Defendants accordingly respectfully request that the Court extend Defendants' deadlines to

12  file responsive pleadings to the FAC by seven-weeks until October 6, 2020.  In the alternative,

13  Defendants respectfully request a five-week extension until September 22, 2020, or, at the very

14  least, the three-week extension to September 8, 2020, as offered by Plaintiffs.  Should Defendants

15  file a responsive motion(s), Plaintiffs could receive the same extension for their opposition(s), and

16  Defendants' reply(ies) would be extended by half the length of the extension for the opposition

17  papers, as is the case under Local Rule 7-3.

18  Dated:  August 7, 2020                      Respectfully submitted,

19                                             IRELL & MANELLA LLP

20

21                                             By:*/s/ A. Matthew Ashley*
                                               _____
22                                                A. Matthew Ashley
                                                  *Counsel for Defendants*
                                                  FORTRESS INVESTMENT GROUP LLC,
                                                  FORTRESS CREDIT CO. LLC,
23                                                VLSI TECHNOLOGY LLC

24

25                                                */s/ Christopher A. Seidl*
                                                  _____
                                                  Christopher A. Seidl (*pro hac vice*)
26                                                CSeidl@RobinsKaplan.com
                                                  ROBINS KAPLAN LLP
27                                                800 LaSalle Avenue, Suite 2800
                                                  Minneapolis, MN 55402
                                                  Telephone:  612 349 8468
28                                                Facsimile:  612 339-4181

*Counsel for Defendants*
INVT SPE LLC
INVENTERGY GLOBAL, INC.

*/s/ Jason D.* Cassady
Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
CALDWELL CASSADY & CURRY
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: 214 888-4841
Facsimile:  214-888-4849
*Counsel for Defendant*
IXI IP, LLC

*/s/ James J. Foster*
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone:  617 456-8022
Facsimile:  617 456-8100
*Counsel for Defendant*
UNILOC 2017 LLC

*/s/ Daniel. R. Shulman*
Daniel R. Shulman (*pro hac vice*)
dan@shulmanbuske.com
SHULMAN & BUSKE PLLC
126 North Third Street, Suite 402
Minneapolis, MN 55401
Telephone: 612 870 7410
*Counsel for Defendants*
UNILOC LUXEMBOURG S.A.R.L.
UNILOC USA, INC

*/s/ Dean C. Eyler*
Dean C. Eyler (*pro hac vice*)
dean.eyler@lathropgpm.com
LATHROP GPM LLP
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612 632-3335
Facsimile: 612 632-4000
*Counsel for Defendants*
UNILOC LUXEMBOURG S.A.R.L.
UNILOC USA, INC

*/s/ Samuel F.* Baxter

Samuel F. Baxter (*pro hac vice*)
sbaxter@mckoolsmith.com
John Briody (*pro hac vice*)
jbriody@mckoolsmith.com
MCKOOL SMITH
104 East Houston, Suite 100
Marshall, TX 75670
Telephone:  903 923-9001
Facsimile:  903 923-9099

One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001-8603
Telephone: 212.402.9438
*Counsel for Defendant*
SEVEN NETWORKS, LLC

1

## <u>ORDER</u>

2

    Having considered the parties' submissions, the record, and the applicable law, the Court

3 GRANTS Defendants' motion to extend Defendants' deadlines to respond to the FAC and set a

4 briefing schedule.  If Defendants file motions to dismiss and/or strike, Plaintiffs have until

5 December 8, 2020 to file their opposition brief(s) and Defendants have until January 8, 2020 to

6 file their reply brief(s).

7

8 DATED:_____          _____

9                                          The Honorable Edward M. Chen
                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ECF ATTESTATION

2    I, Olivia Lauren Weber, am the ECF user whose ID and password are being used to file

3 DEFENDANTS' JOINT MOTION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS'

4 DEADLINES TO RESPOND TO THE FIRST AMENDED COMPLAINT AND SET A

5 BRIEFING SCHEDULE.  I hereby attest that I received authorization to insert the signatures

6 indicated by a conformed signature (/s/) within this e-filed document.

7                                          By: */s/   Olivia Lauren Weber*
                                               Olivia Lauren Weber
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28