IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Michael D. Harbour (SBN 298185)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: mchu@irell.com
Email: bhattenbach@irell.com
Email: mharbour@irell.com

A. Matthew Ashley (SBN 198235)
Olivia Weber (SBN 319918)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
Email: mashley@irell.com
Email: oweber@irell.com

*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC,
VLSI TECHNOLOGY LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **DECLARATION OF OLIVIA LAUREN WEBER IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND DEFENDANTS' DEADLINES TO RESPOND TO THE FIRST AMENDED COMPLAINT AND SET A BRIEFING SCHEDULE** |

I, Olivia Lauren Weber, declare as follows:

1. I am an attorney at law, admitted to practice in the United States District Court, Northern District of California, and I am an associate with the law firm of Irell & Manella LLP, counsel for Fortress Investment Group LLC, Fortress Credit Co. LLC, and VLSI Technology LLC in this matter. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

2. On August 4, 2020, Plaintiffs filed a 132-page sealed first amended complaint (the "FAC"). Dkt. 192. According to my calculations, Defendants[1] have until August 18, 2020 to respond to the FAC. *See* Fed. R. Civ. Proc. 15(a)(3).

3. On August 5, 2020, counsel for plaintiffs Intel Corp. and Apple Inc. (collectively, "Plaintiffs") contacted me to condition service of the unredacted FAC on Defendants' agreement that only outside counsel can see the redacted material. As of the filing of this Declaration, Defendants are still considering whether to assent to Plaintiffs' attempted unilateral imposition of outside counsel's eyes only status for portions of the FAC.

4. On August 5, 2020, I contacted counsel for Plaintiffs on behalf of all Defendants to request a seven-week extension of the deadlines to respond to the FAC, in light of the breadth and complexity of the FAC and the additional time required to coordinate responses amongst separately-represented Defendants. Should Defendants respond to the FAC by way of motion, Defendants also offered to stipulate to an extended briefing schedule proportionate to the time provided in the local rules. On August 6, 2020, Plaintiffs' counsel responded by stating that the Court gave Plaintiffs four weeks to amend their complaint, and so Plaintiffs would be willing to agree to a two-week extension assuming that Defendants also agreed to give Plaintiffs a two-week extension to respond to any motion. Later that same afternoon, I responded that Plaintiffs had roughly six-and-a-half weeks to work on an amended complaint in light of the Court's comments at the hearing. Moreover, given that the size of the FAC has more than doubled and the need to

---

[1] Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy Global, Inc., INVT SPE LLC, IXI IP, LLC, and Seven Networks, LLC.

1  coordinate amongst separately-represented Defendants to avoid duplication and redundancy for
2  the Court, a two-week extension was not enough time to respond.  I stated that Plaintiffs would not
3  be harmed by the additional time and that the requested extension provided less time to respond
4  than the briefing schedule for the prior complaint, which was less than half the size of the FAC.  I
5  indicated that Defendants were nevertheless willing to stipulate to a five-week extension to
6  respond in an effort to reach a final compromise.  Defendants asked for a response by the evening
7  of August 6.  Counsel for Plaintiffs responded on August 7, offering a three-week extension if
8  Defendants also agreed to give Plaintiffs a three-week extension to respond to any motion.

9       5.   A true and correct copy of my complete correspondence with counsel for Plaintiffs
10  is attached as Exhibit A.

11       I declare under penalty of perjury under the laws of the United States of America that the
12  foregoing is true and correct.

13       Executed on August 7, 2020 at Newport Beach, California

                                    By:   ____/s/ Olivia Lauren Weber_____
                                               Olivia Lauren Weber