1

2

3

4

5

6

7

8

9

10  **UNITED STATES DISTRICT COURT**

11  **NORTHERN DISTRICT OF CALIFORNIA**

12

13  INTEL CORPORATION and APPLE INC.,

Case No. 3:19-cv-07651-EMC

14  Plaintiffs,

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO THE FIRST AMENDED COMPLAINT AND SET BRIEFING SCHEDULE ON RESPONSIVE MOTIONS**

15  v.

16  FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC

17  2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI

18  TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC,

19  and SEVEN NETWORKS, LLC,

20  Defendants.

21

22

23

24

25

26

27

28

10868839

1      Pursuant to Civil Local Rules 6-1 and 6-2, plaintiffs Intel Corporation and Apple Inc.

2  (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co.

3  LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.A.R.L., VLSI Technology LLC,

4  Inventergy Global, Inc., INVT SPE LLC, IXI IP, LLC, and Seven Networks, LLC (collectively,

5  "Defendants") by and through their undersigned counsel hereby stipulate as follows:

6      WHEREAS, on August 4, 2020, Plaintiffs filed a first amended complaint (the "FAC") in

7  the above captioned matter (Dkt. 192);

8      WHEREAS, the parties have met and conferred over a stipulation to extend Defendants'

9  deadlines to respond to the FAC;

10      WHEREAS, Defendants anticipate that they may respond to the FAC by way of motions to

11  dismiss and strike, and the parties have agreed on a briefing schedule that will govern such motion

12  practice, subject to Court approval;

13      WHEREAS, neither the parties' proposed extension of Defendants' deadlines to respond to

14  the FAC nor the proposed briefing schedule will change or alter the date of any event or deadline

15  already fixed by Court order;

16      IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the

17  Court's approval:

18      1.   Defendants' deadlines to answer or otherwise respond to Plaintiffs' FAC are

19           extended through and including September 15, 2020;

20      2.   If Defendants respond by way of motion practice, Plaintiffs may oppose by October

21           27, 2020 and Defendants may reply by November 17, 2020.

22  //

23  //     3.   Hearing on motion set for December 17, 2020 at 1:30 PM.

24  //

25  //

26  //

27  //

28

IT IS SO STIPULATED.

Dated:  August 11, 2020                                Respectfully submitted,


By: */s/ A. Matthew Ashley*_____        By: */s/ Mark D. Selwyn*_____
   A. Matthew Ashley                                      Mark D. Selwyn (SBN 244180)
   *Counsel for Defendants*                           mark.selwyn@wilmerhale.com
   FORTRESS INVESTMENT GROUP                  WILMER CUTLER PICKERING
   LLC, FORTRESS CREDIT CO. LLC,                  HALE AND DORR LLP
   VLSI TECHNOLOGY LLC                             950 Page Mill Road
                                                          Palo Alto, CA 94304
                                                          Telephone: +1 650 858 6000
   */s/ Christopher A. Seidl*_____            Facsimile: +1 650 858 6100
   Christopher A. Seidl (*pro hac vice*)
   CSeidl@RobinsKaplan.com                        William F. Lee (*pro hac vice*)
   ROBINS KAPLAN LLP                               william.lee@wilmerhale.com
   800 LaSalle Avenue, Suite 2800                  Joseph J. Mueller (*pro hac vice*)
   Minneapolis, MN 55402                           joseph.mueller@wilmerhale.com
   Telephone:  612 349 8468                        Timothy Syrett (*pro hac vice*)
   Facsimile:  612 339-4181                        timothy.syrett@wilmerhale.com
   *Counsel for Defendants*                           WILMER CUTLER PICKERING
   INVT SPE LLC                                         HALE AND DORR LLP
   INVENTERGY GLOBAL, INC.                        60 State Street
                                                          Boston, MA 02109
                                                          Telephone: +1 617 526 6000
   */s/ Jason D. Cassady*_____            Facsimile: +1 617 526 5000
   Jason D. Cassady (*pro hac vice*)
   jcassady@caldwellcc.com                        Leon B. Greenfield (*pro hac vice*)
   CALDWELL CASSADY & CURRY                   leon.greenfield@wilmerhale.com
   2121 N. Pearl Street, Suite 1200                 Amanda L. Major (*pro hac vice*)
   Dallas, TX 75201                                    amanda.major@wilmerhale.com
   Telephone: 214 888-4841                        WILMER CUTLER PICKERING
   Facsimile:  214-888-4849                          HALE AND DORR LLP
   *Counsel for Defendant*                           1875 Pennsylvania Avenue, N.W.
   IXI IP, LLC                                         Washington, DC 20006
                                                          Telephone: +1 202 663 6000
                                                          Facsimile: +1 202 663 6363
   */s/ James J. Foster*_____
   James J. Foster                                       *Attorneys for Plaintiffs*
   jfoster@princelobel.com                         INTEL CORPORATION and APPLE INC.
   PRINCE LOBEL TYE LLP
   One International Place, Suite 3700
   Boston, MA 02110
   Telephone:  617 456-8022
   Facsimile:  617 456-8100
   *Counsel for Defendant*
   UNILOC 2017 LLC
   //
   //
   //
   //
   //

1

2 _/s/ Daniel. R. Shulman_____
Daniel R. Shulman (*pro hac vice*)
3 dan@shulmanbuske.com
SHULMAN & BUSKE PLLC
4 126 North Third Street, Suite 402
Minneapolis, MN 55401
5 Telephone: 612 870 7410
*Counsel for Defendants*
6 UNILOC LUXEMBOURG S.A.R.L.
UNILOC USA, INC

7

8 _/s/ Dean C. Eyler_____
Dean C. Eyler (*pro hac vice*)
9 dean.eyler@lathropgpm.com
LATHROP GPM LLP
10 500 IDS Center
80 South 8th Street
11 Minneapolis, MN 55402
Telephone: 612 632-3335
12 Facsimile: 612 632-4000
*Counsel for Defendants*
13 UNILOC LUXEMBOURG S.A.R.L.
UNILOC USA, INC

14

15 _/s/ Samuel F. Baxter_____
Samuel F. Baxter (*pro hac vice*)
16 sbaxter@mckoolsmith.com
John Briody (*pro hac vice*)
17 jbriody@mckoolsmith.com
MCKOOL SMITH
18 104 East Houston, Suite 100
Marshall, TX 75670
19 Telephone:  903 923-9001
Facsimile:  903 923-9099

20 One Manhattan West
395 9th Avenue, 50th Floor
21 New York, NY 10001-8603
Telephone: 212.402.9438
22 *Counsel for Defendant*
SEVEN NETWORKS, LLC

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES TO RESPOND TO THE AMENDED
COMPLAINT
Case No. 3:19-cv-07651-EMC

1

**<u>ORDER</u>**

2
     Pursuant to stipulation, IT IS SO ORDERED.

3

4
DATED: <u>August 12, 2020</u>              _____

5
                            The Honorable Edward M. Chen
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28