PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Martin Flumenbaum (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:     (212) 373-3191
Facsimile:     (212) 492-0191
Email:  mflumenbaum@paulweiss.com

*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **NOTICE OF WITHDRAWAL OF MARTIN FLUMENBAUM AS COUNSEL FOR FORTRESS INVESTMENT GROUP LLC AND FORTRESS CREDIT CO. LLC AND [PROPOSED] ORDER** <br><br> JUDGE: Edward M. Chen |

1   **TO THIS COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

2       **PLEASE TAKE NOTICE** that the undersigned, Martin Flumenbaum (admitted *pro hac vice*),

3   and the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby withdraw as counsel of

4   record for Defendants Fortress Investment Group LLC and Fortress Credit Co. LLC in the above-

5   captioned litigation.  Accordingly, it is requested that the Court remove Mr. Flumenbaum and Paul,

6   Weiss, Rifkind, Wharton & Garrison LLP from all applicable service lists, including Notice of

7   Electronic Filing.  All other counsel of record for Defendants Fortress Investment Group LLC and

8   Fortress Credit Co. LLC remain unchanged, and the withdrawal of Mr. Flumenbaum and Paul, Weiss,

9   Rifkind, Wharton & Garrison LLP will not cause any prejudice or delay in this litigation.

10

11     Dated:  June 30, 2020                      Respectfully submitted,

12                                       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

13

14                                       */s/ Martin Flumenbaum*
                                    Martin Flumenbaum (*pro hac vice*)

15                                       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                    1285 Avenue of the Americas

16                                       New York, NY 10019-6064
                                    Telephone:  212-373-3191

17                                       Facsimile:  212-492-0191
                                    Email:  mflumenbaum@paulweiss.com

18

19                                       *Counsel for Defendants*
                                    FORTRESS INVESTMENT GROUP LLC,

20                                       FORTRESS CREDIT CO. LLC

21

22     IT IS SO ORDERED

23     DATED:   August 20, 2020          _____
                                    Honorable Edward M. Chen

24                                       United States District Judge

25

26

27

28

NOTICE OF WITHDRAWAL OF MARTIN FLUMENBAUM
AS COUNSEL FOR FORTRESS INVESTMENT GROUP LLC
AND FORTRESS CREDIT CO. LLC AND [~~PROPOSED~~]
ORDER, Case No. 3:19-cv-07651-EMC