UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | |
| Defendants. | |

1  Pursuant to Civil Local Rule 7-12 and the Court's Case Management Conference Order,
2  (Dkt. No. 52), plaintiffs Intel Corporation and Apple Inc. (collectively, "Plaintiffs") and
3  defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc
4  USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy Global, Inc., INVT
5  SPE LLC, IXI IP, LLC, and Seven Networks, LLC (collectively, "Defendants") hereby request
6  and stipulate, subject to Court approval, as follows:
7  WHEREAS, during the June 18, 2020 hearing on Defendants' Joint Motion to Dismiss and
8  Strike, the Court set a further Case Management Conference for September 17, 2020 (Dkt. 181);
9  WHEREAS, Plaintiffs subsequently filed an amended complaint on August 4, 2020 (Dkt.
10 192);
11 WHEREAS, pursuant to a Court-approved stipulation, Defendants' responses to the
12 amended complaint are due September 15, 2020, and if Defendants respond by way of motions,
13 the Court has authorized an extended briefing schedule and set a hearing for December 17, 2020 at
14 1:30 p.m. (Dkt. 196);
15 WHEREAS, the parties hereby request and stipulate, subject to Court approval, that the
16 Further Case Management Conference in this matter be rescheduled from September 17, 2020 at
17 10:30 a.m. to December 17, 2020 at 1:30 p.m.;
18 WHEREAS, there is good cause for this request because the hearing on the potential
19 motions to dismiss and strike may inform several of the issues that may be addressed at the Case
20 Management Conference;
21 IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to
22 Court approval, that the Case Management Conference, currently set for September 17, 2020 at
23 10:30 a.m., shall be continued to December 17, 2020 at 1:30 p.m.
24 IT IS SO STIPULATED.
25 //
26 //
27 //
28

| | | |
|---|---|---|
| 1 | Dated: August 28, 2020 | Respectfully submitted, |

By: */s/ A. Matthew Ashley*
   A. Matthew Ashley
   *Counsel for Defendants*
   FORTRESS INVESTMENT GROUP
   LLC, FORTRESS CREDIT CO. LLC,
   VLSI TECHNOLOGY LLC


*/s/ Christopher A. Seidl*
Christopher A. Seidl (*pro hac vice*)
CSeidl@RobinsKaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone:  612 349 8468
Facsimile:  612 339-4181
*Counsel for Defendants*
INVT SPE LLC
INVENTERGY GLOBAL, INC.


*/s/ Jason D. Cassady*
Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
CALDWELL CASSADY & CURRY
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: 214 888-4841
Facsimile:  214-888-4849
*Counsel for Defendant*
IXI IP, LLC


*/s/ James J. Foster*
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone:  617 456-8022
Facsimile:  617 456-8100
*Counsel for Defendant*
UNILOC 2017 LLC
//
//
//
//
//

By: /s/ *Mark D. Selwyn*
   Mark D. Selwyn (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
     HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, CA 94304
   Telephone: +1 650 858 6000
   Facsimile: +1 650 858 6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363

*Attorneys for Plaintiffs*
INTEL CORPORATION and APPLE INC.

| | |
|---|---|
| 1 | /s/ Daniel. R. Shulman |
| | Daniel R. Shulman (*pro hac vice*) |
| 2 | dan@shulmanbuske.com |
| | SHULMAN & BUSKE PLLC |
| 3 | 126 North Third Street, Suite 402 |
| | Minneapolis, MN 55401 |
| 4 | Telephone: 612 870 7410 |
| | *Counsel for Defendants* |
| 5 | UNILOC LUXEMBOURG S.A.R.L. |
| | UNILOC USA, INC |
| 6 | |
| 7 | /s/ Dean C. Eyler |
| | Dean C. Eyler (*pro hac vice*) |
| 8 | dean.eyler@lathropgpm.com |
| | LATHROP GPM LLP |
| 9 | 500 IDS Center |
| | 80 South 8th Street |
| 10 | Minneapolis, MN 55402 |
| | Telephone: 612 632-3335 |
| 11 | Facsimile: 612 632-4000 |
| | *Counsel for Defendants* |
| 12 | UNILOC LUXEMBOURG S.A.R.L. |
| | UNILOC USA, INC |
| 13 | |
| 14 | /s/ Samuel F. Baxter |
| | Samuel F. Baxter (*pro hac vice*) |
| 15 | sbaxter@mckoolsmith.com |
| | John Briody (*pro hac vice*) |
| 16 | jbriody@mckoolsmith.com |
| | MCKOOL SMITH |
| 17 | 104 East Houston, Suite 100 |
| | Marshall, TX 75670 |
| 18 | Telephone:  903 923-9001 |
| | Facsimile:  903 923-9099 |
| 19 | |
| | One Manhattan West |
| 20 | 395 9th Avenue, 50th Floor |
| | New York, NY 10001-8603 |
| 21 | Telephone: 212.402.9438 |
| | *Counsel for Defendant* |
| 22 | SEVEN NETWORKS, LLC |

# **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:_____                    _____
                                                                      The Honorable Edward M. Chen
                                                                      United States District Judge

**ECF ATTESTATION**

I, Olivia Lauren Weber, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Olivia Lauren Weber*
 Olivia Lauren Weber