# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 7-12 and the Court's Case Management Conference Order, (Dkt. No. 52), plaintiffs Intel Corporation and Apple Inc. (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy Global, Inc., INVT SPE LLC, IXI IP, LLC, and Seven Networks, LLC (collectively, "Defendants") hereby request and stipulate, subject to Court approval, as follows:

1 | WHEREAS, during the June 18, 2020 hearing on Defendants' Joint Motion to Dismiss and
2 | Strike, the Court set a further Case Management Conference for September 17, 2020 (Dkt. 181);

3 | WHEREAS, Plaintiffs subsequently filed an amended complaint on August 4, 2020 (Dkt.
4 | 192);

5 | WHEREAS, pursuant to a Court-approved stipulation, Defendants' responses to the
6 | amended complaint are due September 15, 2020, and if Defendants respond by way of motions,
7 | the Court has authorized an extended briefing schedule and set a hearing for December 17, 2020 at
8 | 1:30 p.m. (Dkt. 196);

9 | WHEREAS, the parties hereby request and stipulate, subject to Court approval, that the
10 | Further Case Management Conference in this matter be rescheduled from September 17, 2020 at
11 | 10:30 a.m. to December 17, 2020 at 1:30 p.m.;

12 | WHEREAS, there is good cause for this request because the hearing on the potential
13 | motions to dismiss and strike may inform several of the issues that may be addressed at the Case
14 | Management Conference;

15 | IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to
16 | Court approval, that the Case Management Conference, currently set for September 17, 2020 at
17 | 10:30 a.m., shall be continued to December 17, 2020 at 1:30 p.m.  Joint cmc report due December
18 | 10, 2020.

19 | IT IS SO STIPULATED.

20 | Dated:  August 28, 2020                             Respectfully submitted,

By: /s/ A. Matthew Ashley
    A. Matthew Ashley
    *Counsel for Defendants*
    FORTRESS INVESTMENT GROUP
    LLC, FORTRESS CREDIT CO. LLC,
    VLSI TECHNOLOGY LLC

/s/ Christopher A. Seidl
Christopher A. Seidl (*pro hac vice*)
CSeidl@RobinsKaplan.com
ROBINS KAPLAN LLP

By: /s/ Mark D. Selwyn
    Mark D. Selwyn (SBN 244180)
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, CA 94304
    Telephone: +1 650 858 6000
    Facsimile: +1 650 858 6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com


| | | |
|---|---|---|
| 1 | 800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402 | Joseph J. Mueller (*pro hac vice*)<br>joseph.mueller@wilmerhale.com |
| 2 | Telephone:  612 349 8468<br>Facsimile:  612 339-4181 | Timothy Syrett (*pro hac vice*)<br>timothy.syrett@wilmerhale.com |
| 3 | *Counsel for Defendants*<br>INVT SPE LLC | WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| 4 | INVENTERGY GLOBAL, INC. | 60 State Street<br>Boston, MA 02109 |
| 5 | */s/ Jason D. Cassady* | Telephone: +1 617 526 6000<br>Facsimile: +1 617 526 5000 |
| 6 | Jason D. Cassady (*pro hac vice*)<br>jcassady@caldwellcc.com | Leon B. Greenfield (*pro hac vice*) |
| 7 | CALDWELL CASSADY & CURRY<br>2121 N. Pearl Street, Suite 1200 | leon.greenfield@wilmerhale.com<br>Amanda L. Major (*pro hac vice*) |
| 8 | Dallas, TX 75201<br>Telephone: 214 888-4841 | amanda.major@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 9 | Facsimile:  214-888-4849<br>*Counsel for Defendant* | HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W. |
| 10 | IXI IP, LLC | Washington, DC 20006<br>Telephone: +1 202 663 6000 |
| 11 | */s/ James J. Foster* | Facsimile: +1 202 663 6363 |
| 12 | James J. Foster<br>jfoster@princelobel.com | *Attorneys for Plaintiffs*<br>INTEL CORPORATION and APPLE INC. |
| 13 | PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700 | |
| 14 | Boston, MA 02110<br>Telephone:  617 456-8022 | |
| 15 | Facsimile:  617 456-8100<br>*Counsel for Defendant* | |
| 16 | UNILOC 2017 LLC | |
| 17 | */s/ Daniel. R. Shulman* | |
| 18 | Daniel R. Shulman (*pro hac vice*)<br>dan@shulmanbuske.com | |
| 19 | SHULMAN & BUSKE PLLC<br>126 North Third Street, Suite 402 | |
| 20 | Minneapolis, MN 55401<br>Telephone: 612 870 7410 | |
| 21 | *Counsel for Defendants*<br>UNILOC LUXEMBOURG S.A.R.L. | |
| 22 | UNILOC USA, INC | |
| 23 | */s/ Dean C. Eyler*<br>Dean C. Eyler (*pro hac vice*) | |
| 24 | dean.eyler@lathropgpm.com<br>LATHROP GPM LLP | |
| 25 | 500 IDS Center<br>80 South 8th Street | |
| 26 | Minneapolis, MN 55402<br>Telephone: 612 632-3335 | |
| 27 | Facsimile: 612 632-4000<br>*Counsel for Defendants* | |
| 28 | UNILOC LUXEMBOURG S.A.R.L.<br>UNILOC USA, INC | |


|   |   |
|---|---|
| 1 |   |
| 2 | */s/ Samuel F. Baxter*<br>Samuel F. Baxter (*pro hac vice*) |
| 3 | sbaxter@mckoolsmith.com<br>John Briody (*pro hac vice*) |
| 4 | jbriody@mckoolsmith.com<br>MCKOOL SMITH |
| 5 | 104 East Houston, Suite 100<br>Marshall, TX 75670 |
| 6 | Telephone:  903 923-9001<br>Facsimile:  903 923-9099 |
| 7 | One Manhattan West |
| 8 | 395 9th Avenue, 50th Floor<br>New York, NY 10001-8603 |
| 9 | Telephone: 212.402.9438<br>*Counsel for Defendant* |
|   | SEVEN NETWORKS, LLC |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  August 28, 2020

_____
The Honorable Edward M. Chen
United States District Judge