| | | |
|---|---|---|
| 1 | WILMER CUTLER PICKERING HALE AND DORR LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | Mark D. Selwyn (SBN 244180) | William F. Lee (admitted *pro hac vice*) |
| | mark.selwyn@wilmerhale.com | william.lee@wilmerhale.com |
| 3 | Liv Herriot (SBN 267694) | Joseph J. Mueller (admitted *pro hac vice*) |
| | liv.herriot@wilmerhale.com | joseph.mueller@wilmerhale.com |
| 4 | 2600 El Camino Real, Suite 400 | Timothy D. Syrett (admitted *pro hac vice*) |
| | Palo Alto, CA 94306 | timothy.syrett@wilmerhale.com |
| 5 | Telephone: (650) 858-6000 | 60 State Street |
| | Fax: (650) 858-6100 | Boston, MA 02109 |
| 6 | | Telephone: (617) 526-6000 |
| | | Fax: (617) 526-5000 |

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Leon B. Greenfield (admitted *pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (admitted *pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202)-663-6363

Attorneys for Plaintiffs
INTEL CORPORATION, APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | |
| vs. | **NOTICE OF CHANGE OF ADDRESS** |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | |
| Defendants. | |

TO ALL INTERESTED PARTIES AND THE CLERK OF THE ABOVE-ENTITLED COURT:

Please take notice that effective September 8, 2020 the address for Plaintiffs' counsel Mark Selwyn and Liv Herriot at Wilmer Cutler Pickering Hale and Dorr LLP is changed to the following:

> WILMERHALE
> 2600 El Camino Real
> Suite 400
> Palo Alto, CA  94306
> Tel: (650) 858-6000
> Fax: (650) 858-6100
> Email: mark.selwyn@wilmerhale.com
> Email: liv.herriot@wilmerhale.com

Notices and service of items in this matter should be addressed and delivered via ECF or otherwise to the new address above.

Dated: September 9, 2020                    Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:    */s/ Mark Selwyn*
              Mark Selwyn
              Liv Herriot

*Attorneys for Plaintiffs Intel Corporation and Apple Inc.*