UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR MOTION TO DISMISS AND STRIKE BRIEFING** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | |
| Defendants. | |

Pursuant to Civil Local Rule 7-12, plaintiffs Intel Corporation and Apple Inc. (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy Global, Inc., INVT SPE LLC, IXI IP, LLC, and Seven Networks, LLC (collectively, "Defendants") by and through their undersigned counsel hereby stipulate as follows:

WHEREAS, on August 4, 2020, Plaintiffs filed a 132-page Amended Complaint ("AC") asserting claims for violation of Section 1 of the Sherman Act, Section 7 of the Clayton Act, and Section 17200 of the California Business and Professions Code (Dkt. 192);

WHEREAS, Defendants intend to file motions to dismiss and strike Plaintiffs' AC in accordance with the Court's order approving an extended briefing schedule (Dkt. 196) and seek to coordinate their motion practice in order to reduce redundancy and total pages submitted to the Court;

WHEREAS, the parties have agreed, subject to Court approval, that: (i) all Defendants collectively will be entitled to 40 total pages for their motions to dismiss and strike moving briefs, which will likely be filed in a single joint brief, (ii) both Plaintiffs collectively will be entitled to 40 total pages for their oppositions, and (iii) all Defendants collectively will be entitled to 24 total pages for their replies. Should Defendants respond by way of multiple motions, the parties have further agreed that they may allocate the pages for their respective motions, oppositions, and replies however they choose;

WHEREAS, absent this stipulation, each Defendant would be entitled to file a motion to dismiss and strike of up to 25 pages, and Plaintiffs would be entitled 25 pages to oppose each such motion (L.R. 7-2, 7-3), which would result in potentially hundreds of pages of briefing on the motions to dismiss and strike;

WHEREAS, the requested page limits herein will allow the parties to coordinate their collective briefing and more efficiently present the motion to dismiss and strike issues to the Court;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the Court's approval:

10875182 - 2 -

STIPULATION AND [PROPOSED] ORDER SETTING PAGE
LIMITS FOR MOTION TO DISMISS AND STRIKE
BRIEFING
Case No. 3:19-cv-07651-EMC

1.    Defendants may have 40 pages collectively for their motions to dismiss and strike Plaintiffs' AC to be allocated amongst Defendants however they choose;

2.    Plaintiffs may have 40 pages collectively for their oppositions to Defendants' motions to be allocated among Plaintiffs however they choose;

3.    Defendants may have 24 pages collectively for their replies to be allocated among Defendants however they choose.

IT IS SO STIPULATED.

Dated: September 9, 2020                        Respectfully submitted,

By: */s/ A. Matthew Ashley*
A. Matthew Ashley
*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, VLSI TECHNOLOGY LLC

*/s/ Christopher A. Seidl*
Christopher A. Seidl (*pro hac vice*)
CSeidl@RobinsKaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone:  612 349 8468
Facsimile:  612 339-4181
*Counsel for Defendants*
INVT SPE LLC
INVENTERGY GLOBAL, INC.

*/s/ Jason D. Cassady*
Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
CALDWELL CASSADY & CURRY
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: 214 888-4841
Facsimile:  214-888-4849
*Counsel for Defendant*
IXI IP, LLC

*/s/ James J. Foster*
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP

By: */s/ Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363

*Attorneys for Plaintiffs*
INTEL CORPORATION and APPLE INC.

| | |
|---|---|
| 1 | One International Place, Suite 3700 |
| 2 | Boston, MA 02110<br>Telephone:  617 456-8022 |
| 3 | Facsimile:  617 456-8100<br>*Counsel for Defendant* |
| 4 | UNILOC 2017 LLC |
| 5 | */s/ Daniel. R. Shulman* |
| 6 | Daniel R. Shulman (*pro hac vice*)<br>dan@shulmanbuske.com |
| 7 | SHULMAN & BUSKE PLLC<br>126 North Third Street, Suite 402 |
| 8 | Minneapolis, MN 55401<br>Telephone: 612 870 7410 |
| 9 | *Counsel for Defendants*<br>UNILOC LUXEMBOURG S.A.R.L. |
|   | UNILOC USA, INC |
| 10 | |
| 11 | */s/ Dean C. Eyler* |
| 12 | Dean C. Eyler (*pro hac vice*)<br>dean.eyler@lathropgpm.com |
| 13 | LATHROP GPM LLP<br>500 IDS Center |
| 14 | 80 South 8th Street<br>Minneapolis, MN 55402 |
| 15 | Telephone: 612 632-3335<br>Facsimile: 612 632-4000 |
| 16 | *Counsel for Defendants*<br>UNILOC LUXEMBOURG S.A.R.L. |
|   | UNILOC USA, INC |
| 17 | |
| 18 | */s/ Samuel F. Baxter* |
| 19 | Samuel F. Baxter (*pro hac vice*)<br>sbaxter@mckoolsmith.com |
| 20 | John Briody (*pro hac vice*)<br>jbriody@mckoolsmith.com |
| 21 | MCKOOL SMITH<br>104 East Houston, Suite 100 |
| 22 | Marshall, TX 75670<br>Telephone:  903 923-9001 |
| 23 | Facsimile:  903 923-9099 |
| 24 | One Manhattan West<br>395 9th Avenue, 50th Floor |
| 25 | New York, NY 10001-8603<br>Telephone: 212.402.9438 |
| 26 | *Counsel for Defendant*<br>SEVEN NETWORKS, LLC |
| 27 | |
| 28 | |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: September 10, 2020    _____
The Honorable Edward M. Chen
United States District Judge

STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR MOTION TO DISMISS AND STRIKE BRIEFING
Case No. 3:19-cv-07651-EMC

10875182    - 5 -