**Brian Scarpelli (*pro hac vice*)**
bscarpelli@actonline.org
**ACT | THE APP ASSOCIATION**
1401 K Street NW
Washington, DC 20005
Telephone: + 1 202 331-2130
Facsimile: +1 202 331-2130

Attorney for *Amicus Curiae* ACT | The App Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiff, | **ACT \| THE APP ASSOCIATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT UNION CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | Date: December 17, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 8<br>Judge: The Hon. Edward M. Chen |
| Defendants. | |

ACTIVE 221714190

## Certification of Interested Parties

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. ACT | The App Association:  the allegations leveled in the Intel Corporation and Apple, Inc.'s Complaint have serious implications for small businesses that rely on a fair and consistent patent system, and on reasonable patent licensing negotiations and fees.  Many of these businesses make up ACT | The App Association's membership.

ACT | The App Association is a business association with no parent companies or stock.

Dated: October 27, 2020                     ACT | The App Association
                                            Brian Scarpelli


                                            By: *Brian Scarpelli*

                                            Brian Scarpelli
                                            Attorney for *Amicus Curiae*
                                            ACT | The App Association

1