| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Mark D. Selwyn (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br>Fax: (650) 858-6100<br><br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Leon B. Greenfield (*pro hac vice*)<br>leon.greenfield@wilmerhale.com<br>Amanda L. Major (*pro hac vice*)<br>amanda.major@wilmerhale.com<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>William F. Lee (*pro hac vice*)<br>william.lee@wilmerhale.com<br>Joseph J. Mueller (*pro hac vice*)<br>joseph.mueller@wilmerhale.com<br>Timothy D. Syrett (*pro hac vice*)<br>timothy.syrett@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000 |

*Attorneys for Plaintiffs*
*Intel Corporation and Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>                Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC,<br><br>                Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**INTEL CORPORATION AND APPLE INC.'S ADMINISTRATIVE MOTION TO FILE OPPOSITION TO MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' AMENDED COMPLAINT UNDER SEAL** |

In accordance with Civil Local Rules 7-11 and 79-5, Intel Corporation ("Intel") and Apple Inc. ("Apple") submit this motion for an order to seal limited portions of their Opposition to Defendants' Joint Motion to Dismiss and Strike Plaintiffs' Amended Complaint ("Opposition").

As set forth in the Declaration of Mark D. Selwyn in Support of Intel and Apple's Administrative Motion to File Opposition to Motion to Dismiss Under Seal ("Selwyn Decl."), portions of the Opposition contain information about Intel's license and/or patent purchase agreements with third parties, which the Court sealed in Intel and Apple's Amended Complaint. *See* Selwyn Decl. ¶¶ 2-3; ECF No. 193 at 1.  Public disclosure of information regarding the types of patents licensed or purchased and payment terms from Intel's license agreements could negatively affect Intel's future licenses and settlements. *Id.* ¶ 4; *see, e.g.*, *Electronic Arts, Inc. v. United States District Court for the Northern District of California*, 298 Fed. App'x 568, 569 (9th Cir. 2008) (pricing terms, royalty rates, guaranteed minimum payment terms of licensing agreement constituted trade secret); *Powertech Tec., Inc., v. Tessera, Inc.*, No. C 11-6121 CW, 2012 U.S. Dist. LEXIS 75831, at *5 (N.D. Cal. May 31, 2012) (compelling reasons to seal license agreement).

Portions of the Opposition also contain information regarding licensing negotiations between either Intel or Apple and one or more defendants or non-parties ("Interested Parties"), which the Court sealed in Intel and Apple's Original Complaint and/or in Intel and Apple's Amended Complaint.  ECF No. 54 at 1; ECF No. 193 at 1; Selwyn Decl. ¶¶ 5-7.

For the foregoing reasons, Intel and Apple move to file under seal portions of the Opposition containing previously sealed information.

DATED:  October 27, 2020

Respectfully submitted,

By:  /s/ *Mark D. Selwyn*

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94304
Telephone: (650) 858-6000

1

Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs*
INTEL CORPORATION, APPLE INC.

2

Case No. 3:19-cv-07651-EMC    Intel Corporation and Apple Inc.'s Administrative
Motion to File Opposition to Motion to Dismiss Under Seal

# CERTIFICATE OF SERVICE

On this 27th day of October 2020, I hereby certify that I caused the foregoing document entitled Intel Corporation and Apple Inc.'s Administrative Motion to File Opposition to Motion to Dismiss Under Seal to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED:  October 27, 2020

Respectfully submitted,

By: /s/ Mark D. Selwyn

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Plaintiffs*
INTEL CORPORATION, APPLE INC.

3

Case No. 3:19-cv-07651-EMC    Intel Corporation and Apple Inc.'s Administrative Motion to File Opposition to Motion to Dismiss Under Seal