IAN SIMMONS (admitted *pro hac vice*)
isimmons@omm.com
MATT SCHOCK (admitted *pro hac vice*)
mschock@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
T: +1-202-383-5300
F: +1-202-383-5414

ANNA T. PLETCHER (Bar #239730)
apletcher@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
T: +1-415-984-8700
F: +1-415-984-8701

*Attorneys for* Amici Curiae
*Fair Standards Alliance*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF FOR *AMICI CURIAE* FAIR STANDARDS ALLIANCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE PLAINTIFFS' AMENDED COMPLAINT** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | |
| | Hon. Edward M. Chen |
| Defendants. | Date: December 17, 2020<br>Time: 1:30 p.m.<br>Dept.: Courtroom 5 |

1 | Good cause appearing, the motion of Fair Standards Alliance for leave to file a brief of
2 | *amici curiae* is hereby GRANTED.

Dated: _____, 2020

> _____
> Hon. Edward M. Chen
> UNITED STATES DISTRICT JUDGE