JENKS IP LAW PLLC
William Jenks (SBN 212,609)
1629 K St NW, Suite 300
Washington DC 20016
Telephone: (202) 412-7964

Attorney for Amici Curiae

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br>   Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC <br><br>   Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **RULE 7.1 DISCLOSURE STATEMENTS AND LOCAL RULE 3-15 CERTIFICATIONS FOR AMICI UNIFIED PATENTS, LLC AND CABLELABS** <br><br> Hon. Edward M. Chen |

Amici Unified Patents and CableLabs's Corporate Disclosure Statement And
Local Rule 3-15 Certification of Interested Entities or Persons

## Unified Patents, LLC Disclosure Statement and
## Certificate of Interested Entities or Persons

Pursuant to Federal Rule of Civil Procedure 7.1, Amicus Unified Patents, LLC states that it has parent corporations: Unified Patents Management, LLC, UP HOLDCO INC., Unified Patents Holdings, LLC, and Unified Patents Acquisition, LLC and that there are no publicly held corporation that owns 10% or more of stock in Amicus.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

## CableLabs Disclosure Statement and
## Certificate of Interested Entities or Persons

Pursuant to Federal Rule of Civil Procedure 7.1, Amicus CableLabs states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of stock in Amicus.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

Nov. 3, 2020

/s/  William Jenks
William Jenks (SBN 212,609)
JENKS IP LAW PLLC
1629 K St NW, Suite 300
Washington DC 20016
Telephone: (202) 412-7964

Attorney for *Amici Curiae*