**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **[P~~ROPOSED~~] ORDER GRANTING INTEL CORPORATION AND APPLE INC.'S ADMINISTRATIVE MOTION TO FILE OPPOSITION TO MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' AMENDED COMPLAINT UNDER SEAL** |

Having considered the motion filed by plaintiffs Intel Corporation and Apple Inc. and the accompanying declarations, the Court grants Intel and Apple's Administrative Motion to File Opposition to Motion to Dismiss Under Seal with respect to the following portions of Intel and Apple's Opposition to Defendants' Joint Motion to Dismiss and Strike Plaintiffs' Amended Complaint:

| Page | Line Number(s) |
|---|---|
| 6 | 10-11, 20-21 |
| 24 | 16-18 |
| 40 | 19 |

**IT IS SO ORDERED.**

Date:  November 30, 2020              By: _____
                                             Edward M. Chen
                                             United States District Judge