WILMER CUTLER PICKERING
  HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Fax: (650) 858-6100

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

WILMER CUTLER PICKERING
  HALE AND DORR LLP
William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiffs*
*Intel Corporation and Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **INTEL CORPORATION AND APPLE INC.'S NOTICE OF ERRATA REGARDING THEIR OPPOSITION TO MOTION TO DISMISS** |

Intel Corporation ("Intel") and Apple Inc. ("Apple") hereby file this Notice of Errata Regarding their Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion to Dismiss and to Strike Plaintiffs' Amended Complaint ("Opposition").

In their Opposition, Plaintiffs inadvertently cited the dissenting opinion in *United States v. LSL Biotechnologies*, 379 F.3d 672 (9th Cir. 2004), without identifying it as such.  Dkt. No. 208. at 10-11.  Plaintiffs became aware of this error from Defendants' Reply Brief.  Dkt. No. 213, at 10-11.

Plaintiffs cited *LSL Biotechnologies*, 379 F.3d at 699, in their Opposition as support for the statement that "Plaintiffs' new allegations plainly put Defendants on notice regarding the contours of the markets in which the challenged patent transfers have harmed competition."  Dkt. No. 208 at 10-11.  Plaintiffs hereby replace the citation to *LSL Biotechnologies* on page 11 at lines 2-5 with a citation to *Newcal Indus., Inc. v. Ikon Office Sol.*, 513 F.3d 1038 (9th Cir. 2008).

- Original sentence: As a result of these new allegations, the 13 exemplar patent markets are much narrower and more clearly defined than the Electronics Patents Market described in the original Complaint and thus remedy the Court's finding that the Electronics Patents Market was overbroad and insufficiently precise.  Order at 14-15.  Plaintiffs' new allegations plainly put Defendants on notice regarding the contours of the markets in which the challenged patent transfers have harmed competition.  *See, e.g.*, *United States v. LSL Biotechnologies*, 379 F.3d 672, 699 (9th Cir. 2004) (explaining plaintiffs' "short and plain statement" defining the relevant market "was more than sufficient to put the defendants on fair notice of the claim and relevant market and enable them to frame responsive pleadings").

- New sentence: As a result of these new allegations, the 13 exemplar patent markets are much narrower and more clearly defined than the Electronics Patents Market described in the original Complaint and thus remedy the Court's finding that the Electronics Patents Market was overbroad and insufficiently precise.  Order at 14-15.  Plaintiffs' new allegations plainly put Defendants on notice regarding the contours of the markets in which the challenged patent transfers have harmed competition.  *See,*

*e.g.*, *Newcal Indus., Inc. v. Ikon Office Sol.*, 513 F.3d 1038, 1044-45 (9th Cir. 2008) ("[T]he plaintiff must allege both that a 'relevant market' exists and that the defendant has power within that market.  There is no requirement that these elements of the antitrust claim be pled with specificity.  An antitrust complaint therefore survives a Rule 12(b)(6) motion unless it is apparent from the face of the complaint that the alleged market suffers a fatal legal defect.") (citation omitted).

Plaintiffs are filing a Notice of Errata instead of a Motion for Leave to File a Corrected Opposition to avoid the need for Defendants to submit a corrected reply brief with updated page and line number citations to Plaintiffs' Opposition.

Defendants have confirmed that they do not object to Plaintiffs filing this Notice of Errata.

DATED:  November 30, 2020               Respectfully submitted,

                                        By: */s/ Mark D. Selwyn*

                                        Mark D. Selwyn (SBN 244180)
                                        mark.selwyn@wilmerhale.com
                                        WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                        2600 El Camino Real, Suite 400
                                        Palo Alto, CA 94306
                                        Telephone: (650) 858-6000
                                        Facsimile: (650) 858-6100

                                        William F. Lee (*pro hac vice*)
                                        william.lee@wilmerhale.com
                                        Joseph J. Mueller (*pro hac vice*)
                                        joseph.mueller@wilmerhale.com
                                        Timothy Syrett (*pro hac vice*)
                                        timothy.syrett@wilmerhale.com
                                        WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                        60 State Street
                                        Boston, MA 02109
                                        Telephone: (617) 526-6000
                                        Facsimile: (617) 526-5000

                                        Leon B. Greenfield (*pro hac vice*)
                                        leon.greenfield@wilmerhale.com
                                        Amanda L. Major (*pro hac vice*)
                                        amanda.major@wilmerhale.com

1  
2  
3  
4  
5  

WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs*
INTEL CORPORATION, APPLE INC.

6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

3

Case No. 3:19-cv-07651-EMC      Intel Corporation and Apple Inc.'s Notice of Errata

# CERTIFICATE OF SERVICE

On this 30th day of November 2020, I hereby certify that I caused the foregoing document entitled Intel Corporation and Apple Inc.'s Notice of Errata Regarding Their Opposition to Motion to Dismiss to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED:  November 30, 2020            Respectfully submitted,

By: */s/ Mark D. Selwyn*

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Plaintiffs*
INTEL CORPORATION, APPLE INC.