WILMER CUTLER PICKERING HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650 858 6000
Facsimile: 650 858 6100

*Attorneys for Plaintiff*
Apple Inc.

MCKOOL SMITH P.C.
Samuel F. Baxter (pro hac vice)
sbaxter@mckoolsmith.com
104 East Houston, Suite 100
Marshall, TX 75670
Telephone: 903 923 9001
Facsimile: 903 923 9099

*Counsel for Defendant*
Seven Networks, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **PLAINTIFF APPLE INC.'S AND DEFENDANT SEVEN NETWORKS, LLC'S JOINT MOTION TO DISMISS WITH PREJUDICE APPLE'S CLAIMS AGAINST SEVEN NETWORKS** |

Pursuant to the terms of a settlement agreement between Plaintiff Apple Inc. ("Apple") and Defendant SEVEN Networks, LLC ("SEVEN"), Apple and SEVEN hereby jointly move this Court pursuant to Federal Rule of Civil Procedure 41(a)(2) to: (i) dismiss from this action with prejudice all of Apple's claims and requests for damages, injunctive relief, rescission, divesture and any and all other relief sought or that could have been sought in this action by Apple against SEVEN, and (ii) dismiss with prejudice those portions of Apple's claims and requests for damages, injunctive relief, rescission, divesture and any and all other relief sought or that could have been sought in this action by Apple against Defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.A.R.L., VLSI Technology LLC, INVT SPE LLC, Inventergy Global, Inc., and IXI IP, LLC (collectively, "Co-Defendants") that are based on allegations or conduct involving SEVEN or any SEVEN Patents (i.e., any patents assigned to, owned by, or controlled by SEVEN), including but not limited to the acquisition of SEVEN and/or the SEVEN Patents and the licensing, enforcement and litigation of any SEVEN Patents (collectively, "SEVEN Matters"). For avoidance of doubt, the dismissal of such claims and requests for relief will cover only the portions of those claims and requests for relief that are based on allegations or conduct involving SEVEN Matters; any portions of those claims and requests for relief that are not based on allegations or conduct involving SEVEN Matters shall not be dismissed. Nothing herein requires dismissal by Apple of any count in the Amended Complaint.

Apple and SEVEN further agree that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

Dated:  December 2, 2020

By: /s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100

Joseph J. Mueller (*pro hac vice*)

Respectfully submitted,

By: /s/ Samuel F. Baxter
Samuel F. Baxter (*pro hac vice*)
sbaxter@mckoolsmith.com
MCKOOL SMITH
104 East Houston, Suite 100
Marshall, TX 75670
Telephone:  903 923-9001
Facsimile:  903 923-9099

*Counsel for Defendant*
SEVEN NETWORKS, LLC

PLAINTIFF APPLE INC.'S AND DEFENDANT SEVEN NETWORKS,
LLC'S JOINT MOTION TO DISMISS WITH PREJUDICE APPLE'S CLAIMS
AGAINST SEVEN NETWORKS,
Case No. 3:19-cv-07651-EMC

- 1 -

- 2 -

1. joseph.mueller@wilmerhale.com
2. William F. Lee (*pro hac vice*)
3. william.lee@wilmerhale.com
4. Timothy Syrett (pro hac vice)
5. timothy.syrett@wilmerhale.com
6. WILMER CUTLER PICKERING HALE AND DORR LLP
7. 60 State Street
8. Boston, MA 02109
9. Telephone: +1 617 526 6000
10. Facsimile: +1 617 526 5000

Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
Leon B. Greenfield (pro hac vice)
leon.greenfield@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363

*Attorneys for Plaintiff* Apple Inc.

## ECF ATTESTATION

I, Samuel F. Baxter, am the ECF user whose ID and password are being used to file PLAINTIFF APPLE INC. AND DEFENDANT SEVEN NETWORKS, LLC JOINT MOTION TO DISMISS WITH PREJUDICE PLAINTIFF APPLE INC.'S CLAIMS AGAINST DEFENDANT SEVEN NETWORKS, LLC. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Samuel F. Baxter*

PLAINTIFF APPLE INC.'S AND DEFENDANT SEVEN NETWORKS,
LLC'S JOINT MOTION TO DISMISS WITH PREJUDICE APPLE'S CLAIMS
AGAINST SEVEN NETWORKS,
Case No. 3:19-cv-07651-EMC

- 3 -

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S AND DEFENDANT SEVEN NETWORKS, LLC'S JOINT MOTION TO DISMISS WITH PREJUDICE APPLE'S CLAIMS AGAINST SEVEN NETWORKS** |

Case No. 3:19-cv-07651-EMC

[PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S AND DEFENDANT SEVEN NETWORKS, LLC'S JOINT MOTION TO DISMISS WITH PREJUDICE APPLE'S CLAIMS AGAINST SEVEN NETWORKS

Presently before the Court is the JOINT MOTION TO DISMISS WITH PREJUDICE APPLE'S CLAIMS AGAINST SEVEN NETWORKS, filed by Plaintiff Apple Inc. ("Apple") and Defendant SEVEN Networks, LLC ("SEVEN"). Apple and SEVEN have advised the Court that they have settled their claims against each other in this matter pursuant to the terms of a settlement agreement between Apple and SEVEN. The Court GRANTS the Joint Motion, and hereby (i) dismisses from this action with prejudice all of Apple's claims and requests for damages, injunctive relief, rescission, divesture and any and all other relief sought or that could have been sought in this action by Apple against SEVEN, and (ii) dismisses with prejudice those portions of Apple's claims and requests for damages, injunctive relief, rescission, divesture and any and all other relief sought or that could have been sought in this action in this action by Apple against Defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.A.R.L., VLSI Technology LLC, INVT SPE LLC, Inventergy Global, Inc., and IXI IP, LLC (collectively, "Co-Defendants") that are based on allegations or conduct involving SEVEN or any SEVEN Patents (i.e., any patents assigned to, owned by, or controlled by SEVEN), including but not limited to the acquisition of SEVEN and/or the SEVEN Patents and the licensing, enforcement and litigation of any SEVEN Patents (collectively, "SEVEN Matters"). For avoidance of doubt, the dismissal of such claims and requests for relief will cover only the portions of those claims and requests for relief that are based on allegations or conduct involving SEVEN Matters; any portions of those claims and requests for relief that are not based on allegations or conduct involving SEVEN Matters shall not be dismissed. Nothing herein requires dismissal by Apple of any count in the Amended Complaint.

All attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

**IT IS SO ORDERED.**

DATED: _____

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE