IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Michael D. Harbour (SBN 298185)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199
Email: mchu@irell.com
Email: bhattenbach@irell.com
Email: mharbour@irell.com

A. Matthew Ashley (SBN 198235)
Olivia L. Weber (SBN 319918)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:   (949) 760-5200
Email: mashley@irell.com
Email: oweber@irell.com

*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC,
VLSI TECHNOLOGY LLC

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br>Plaintiffs, <br><br>v. <br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br>Defendants. | Case No. 3:19-cv-07651-EMC <br><br>**DEFENDANTS' L.R. 7-3 STATEMENT OF RECENT DECISION IN SUPPORT OF JOINT MOTION TO DISMISS AND TO STRIKE THE AMENDED COMPLAINT** <br><br>Hon. Edward M. Chen <br><br>Date:  December 17, 2020 <br>Time:  1:30 p.m. <br>Dept.:  Courtroom 5 |

Pursuant to Civil Local Rule 7-3(d)(2), and in connection with Defendants' Joint Motion to Dismiss and to Strike the Amended Complaint (Dkt. 203), Defendants hereby inform the Court of supplemental authority granting Apple Inc.'s motion to dismiss antitrust claims brought against it. *See Blix Inc. v. Apple, Inc.*, CV 19-1869-LPS, 2020 WL 7027494, at *1 (D. Del. Nov. 30, 2020) ("Exhibit 1").  The relevant portion addresses deficiencies in allegations of "direct evidence" of supracompetitive prices and restricted output.  *See* Ex. 1 at *6 ("While Blix's Complaint asserts several times that Apple charges 'supracompetitive prices,' it does not plead any facts to support this assertion. . . Further . . . allegations that Apple has the ***power*** to restrict output are not equivalent to allegations that Apple ***actually restricted*** output.  Blix does not identify any additional facts in its Complaint that support an allegation that Apple restricted output.") (emphasis in original) (granting dismissal); *see also* Apple's Reply Brief in Support of its Motion to Dismiss, *Blix Inc. v. Apple, Inc.*, C.A. No. 19-1869-LPS (D. Del. Nov. 30, 2020), Dkt. 22 at 7 ("To start with, Blix pleads nothing but conclusions and generalities about pricing.  Blix states that 'Apple prices its devices and default apps supracompetitively,' [cite] but this bald assertion is unsupported by any facts about email client app prices . . . As already noted, Blix does not plead facts—much less direct evidence—showing that Apple's app review has either raised prices or restricted market output.").

Dated:  December 7, 2020

Respectfully submitted,

IRELL & MANELLA LLP

By: */s/ A. Matthew Ashley*
A. Matthew Ashley
*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC,
VLSI TECHNOLOGY LLC

*/s/ Christopher A. Seidl*
Christopher A. Seidl (*pro hac vice*)
CSeidl@RobinsKaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402

Telephone: 612 349 8468
Facsimile: 612 339-4181
*Counsel for Defendants*
INVT SPE LLC
INVENTERGY GLOBAL, INC.

*/s/ Jason D. Cassady*
Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
CALDWELL CASSADY & CURRY
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: 214 888-4841
Facsimile: 214-888-4849
*Counsel for Defendant*
IXI IP, LLC

*/s/ James J. Foster*
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone: 617 456-8022
Facsimile: 617 456-8100
*Counsel for Defendant*
UNILOC 2017 LLC

*/s/ Daniel. R. Shulman*
Daniel R. Shulman (*pro hac vice*)
dan@shulmanbuske.com
SHULMAN & BUSKE PLLC
126 North Third Street, Suite 402
Minneapolis, MN 55401
Telephone: 612 870 7410
*Counsel for Defendants*
UNILOC LUXEMBOURG S.A.R.L.
UNILOC USA, INC

*/s/ Dean C. Eyler*
Dean C. Eyler (*pro hac vice*)
dean.eyler@lathropgpm.com
LATHROP GPM LLP
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612 632-3335
Facsimile: 612 632-4000
*Counsel for Defendants*
UNILOC LUXEMBOURG S.A.R.L.
UNILOC USA, INC

*/s/ Samuel F. Baxter*
Samuel F. Baxter (*pro hac vice*)
sbaxter@mckoolsmith.com
John Briody (*pro hac vice*)

| | |
|---|---|
| 1 | jbriody@mckoolsmith.com |
| 2 | MCKOOL SMITH<br>104 East Houston, Suite 100 |
| 3 | Marshall, TX 75670<br>Telephone:  903 923-9001 |
| 4 | Facsimile:  903 923-9099<br>One Manhattan West |
| 5 | 395 9th Avenue, 50th Floor<br>New York, NY 10001-8603 |
| 6 | Telephone: 212.402.9438<br>*Counsel for Defendant* |
| 7 | SEVEN NETWORKS, LLC |

**ECF ATTESTATION**

I, Olivia Lauren Weber, am the ECF user whose ID and password are being used to file DEFENDANTS' L.R. 7-3 STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS AND TO STRIKE THE AMENDED COMPLAINT.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/   Olivia Lauren Weber*
Olivia Lauren Weber