WILMER CUTLER PICKERING
    HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Fax: (650) 858-6100

WILMER CUTLER PICKERING
    HALE AND DORR LLP
Leon B. Greenfield (admitted *pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (admitted *pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

WILMER CUTLER PICKERING
    HALE AND DORR LLP
William F. Lee (admitted *pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (admitted *pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (admitted *pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiffs*
*Intel Corporation, Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION, APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **PLAINTIFFS' L.R. 7-3 STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' AMENDED COMPLAINT** <br><br> Hon. Edward M. Chen <br><br> Date:  December 15, 2020 <br> Time: 1:30 p.m. |

Pursuant to Civil Local Rule 7-3(d)(2), and in connection with Plaintiffs' Opposition to Defendants' Joint Motion to Strike the Amended Complaint (Dkt. 208), Plaintiffs hereby inform the Court of supplemental authority providing further detail regarding the Uniloc Defendants' licensing revenue. *See Uniloc USA, Inc. v. Apple, Inc.*, No. C 18-00358 WHA, Dkt. 186 at 7 (N.D. Cal. Dec. 4, 2020) (attached as Exhibit 1). The relevant portions indicate that the Uniloc Defendants had approximately $14 million in revenue from March 31, 2016 to March 31, 2017, a period during which Plaintiffs have alleged the existence of settlement agreements by the Uniloc Defendants of patents in Relevant Patents Markets, including for patents subsequently determined to be unpatentable. *See* Ex. 1 at 7 ("On March 31, 2017, the Unilocs had only gathered $14 million in revenue over the previous year."); Am. Compl. ¶¶ 143-144 (identifying, regarding the '5890, '433, '723, and '622 patents, "*Uniloc USA, Inc. et al. v. TangoMe, Inc. d/b/a Tango*, No. 2:16-cv-00733 (E.D. Tex.), was dismissed pursuant to a settlement in January 2017; . . . *Uniloc USA, Inc. et al. v. Viber Media S.a.r.l.*, No. 2:16-cv-00643 (E.D. Tex.), was dismissed pursuant to a settlement in January 2017; and *Uniloc USA, Inc. et al. v. VoxerNet LLC*, No. 2:16-cv-00644 (E.D. Tex.), was dismissed pursuant to a settlement in December 2016"), ¶ 150 & n.61 (indicating that the PTAB ultimately declared all asserted claims of the '5890, '433, '723, and '622 patents to be unpatentable), ¶ 343 (identifying "*Uniloc USA, Inc. et al. v. Mojang AB*, No. 6:12-cv-00470 (E.D. Tex.) was dismissed pursuant to a settlement in August 2016; and *Uniloc USA, Inc. et al. v. Chief Architect, Inc.*, No. 6:14-cv-00421 (E.D. Tex.) was dismissed pursuant to a settlement in March 2017").

Dated: December 9, 2020                                      Respectfully submitted,

By: */s/ Mark D. Selwyn*
    Mark D. Selwyn (SBN 244180)
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    2600 El Camino Real, Suite 400
    Palo Alto, CA  94306

Telephone: (650) 858-6000
Fax: (650) 585-6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Leon G. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Plaintiffs*
INTEL CORPORATION and APPLE INC.

# CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, I electronically filed the foregoing documents using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

DATED: December 9, 2020                            */s/ Mark D. Selwyn*
                                                                        Mark D. Selwyn