# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** December 15, 2020   **Time:** 1:34-3:10=     **Judge:** EDWARD M. CHEN
                                      1 Hour; 36 Minutes

**Case No.**: 19-cv-07651-EMC   **Case Name:** Intel Corporation v. Fortress Investment Group LLC

**Attorneys for Plaintiff:** Bill Lee, Mark Selwyn, Amanda Major
**Attorneys for Defendant:** Matt Ashley, Olivia Weber, Michael Harbour, Sam Baxter, Chris Seidl, Jason Cassady

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Belle Ball

### PROCEEDINGS HELD BY ZOOM WEBINAR

[203] Motion to Dismiss held.
Further Case Management Conference – not held.

### SUMMARY

Parties stated appearances and proffered argument.

Court takes motion under submission.