# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **STIPULATION AND [PROPOSED ORDER] ENLARGING TIME FOR APPLE AND INTEL TO FILE A SECOND AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-2 and 7-12, plaintiffs Intel Corporation and Apple Inc. (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy Global, Inc., INVT SPE LLC, IXI IP, LLC, and Seven Networks, LLC (collectively, "Defendants") by and through their undersigned counsel hereby stipulate as follows:

WHEREAS, on January 6, 2021, the Court entered an Order dismissing the amended complaint ("Order") and stating that "Plaintiffs shall have 30 days to file a second amended complaint." Dkt. No. 230 at 29.

WHEREAS, since the Court issued its Order, Apple and Intel have sought relief from the protective orders entered in five underlying infringement suits, and expects it may also do so in one other case this week or early next week, in order to obtain further evidence to incorporate into their second amended complaint.

WHEREAS, Defendants oppose these motions and contend that Plaintiffs' requests from relief from the protective orders in the underlying infringement suits are improper.

WHEREAS, on January 22, Intel (1) filed a motion for relief in *VLSI Technology, LLC v. Intel Corporation*, 5:17-cv-05671-BLF (N.D. Cal.), Dkt. No. 292, (2) filed a joint letter requesting a teleconference in *VLSI Technology, LLC v. Intel Corporation*, C.A. No. 18-966-CFC-CJB (D. Del.), Dkt. No. 678, and (3) emailed the court to request a teleconference in *VLSI Technology, LLC v. Intel Corporation*, Case No. 1:19-CV-977-ADA (W.D. Tex.).

WHEREAS, VLSI's opposition in *VLSI Technology, LLC v. Intel Corporation*, 5:17-cv-05671-BLF (N.D. Cal.), was filed on January 26 and Intel's motion remains pending. *VLSI Technology, LLC v. Intel Corporation*, 5:17-cv-05671-BLF (N.D. Cal.), Dkt. No. 294.

WHEREAS, the court has set a hearing in *VLSI Technology, LLC v. Intel Corporation*, C.A. No. 18-966-CFC-CJB (D. Del.), for February 1, 2021. *VLSI Technology, LLC v. Intel Corporation*, C.A. No. 18-966-CFC-CJB (D. Del.), Dkt. No. 681.

WHEREAS, the court has stated it will set a teleconference in *VLSI Technology, LLC v. Intel Corporation*, Case No. 1:19-CV-977-ADA (W.D. Tex.), for February 1, 2021.

WHEREAS, on January 25, Apple filed a motion for relief in *Uniloc 2017 LLC v. Apple Inc.*, 3:19-cv-01905-JD (N.D. Cal.), Dkt. No. 168.  Apple's motion remains pending.

WHEREAS, on January 28, Apple filed a motion for relief in *Uniloc 2017 LLC v. Apple Inc.*, 5:19-cv-01929-EJD (N.D. Cal.), Dkt. No. 105.  Apple's motion remains pending.

WHEREAS, Apple may file an additional motion for relief this week or early next week.

WHEREAS, the parties have agreed, subject to Court approval, that Apple and Intel may have a 31-day extension of time to March 8, 2021 to file a second amended complaint.

WHEREAS, this extension of time will allow the courts time to rule on Intel and Apple's pending and forthcoming motions for relief.

WHEREAS, this Court has granted five prior stipulations by the parties to extend time:

- On December 5, 2019, the Court granted a stipulation to extend the time for Defendants to file a declaration supporting Plaintiffs' motion to seal the original complaint from November 25, 2019 to December 6, 2019.  *See* Dkt. No. 43.

- On December 13, 2019, the Court granted a stipulation to extend the time for Defendants to respond to the original complaint from December 16, 2019 to February 4, 2020 and extended the corresponding briefing schedule on Defendants' motion to dismiss.  *See* Dkt. No. 75.

- On March 31, 2020, the Court granted a stipulation to extend the time for Defendants to file a reply in support of their motions to dismiss, strike, and/or stay the action from April 6, 2020 to April 13, 2020.  *See* Dkt. No. 161.

- On August 12, 2020, the Court granted a stipulation to extend the time for Defendants to respond to the amended complaint from August 25, 2020 to September 15, 2020 and extended the corresponding briefing schedule on Defendants' motion to dismiss.  *See* Dkt. No. 196.

- On August 28, 2020, the Court granted a stipulation to continue the Case Management Conference from September 17, 2020 to December 17, 2020.  *See* Dkt. No. 199.

WHEREAS, there are no pending deadlines in this case other than the deadline to file a second amended complaint.  Therefore, the requested time modification would not affect the case schedule other than the deadline to file a second amended complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the Court's approval:

1. Plaintiffs may have until March 8, 2021 to file a second amended complaint.

IT IS SO STIPULATED.

DATED: January 29, 2021                    Respectfully submitted,

By: /s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone: (650) 858-6000
Fax: (650) 585-6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Leon G. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Plaintiffs*
INTEL CORPORATION and APPLE INC.

```
                              By: /s/ A. Matthew Ashley
                                  A. Matthew Ashley
                                  Counsel for Defendants
                                  FORTRESS INVESTMENT GROUP LLC,
                                  FORTRESS CREDIT CO. LLC,
                                  VLSI TECHNOLOGY LLC



                                  /s/ Christopher A. Seidl
                                  Christopher A. Seidl (pro hac vice)
                                  CSeidl@RobinsKaplan.com
                                  ROBINS KAPLAN LLP
                                  800 LaSalle Avenue, Suite 2800
                                  Minneapolis, MN 55402
                                  Telephone:  612 349 8468
                                  Facsimile:  612 339-4181
                                  Counsel for Defendants
                                  INVT SPE LLC
                                  INVENTERGY GLOBAL, INC.


                                  /s/ Jason D. Cassady
                                  Jason D. Cassady (pro hac vice)
                                  jcassady@caldwellcc.com
                                  CALDWELL CASSADY & CURRY
                                  2121 N. Pearl Street, Suite 1200
                                  Dallas, TX 75201
                                  Telephone: 214 888-4841
                                  Facsimile:  214-888-4849
                                  Counsel for Defendant
                                  IXI IP, LLC


                                  /s/ James J. Foster
                                  James J. Foster
                                  jfoster@princelobel.com
                                  PRINCE LOBEL TYE LLP
                                  One International Place, Suite 3700
                                  Boston, MA 02110
                                  Telephone:  617 456-8022
                                  Facsimile:  617 456-8100
                                  Counsel for Defendant
                                  UNILOC 2017 LLC
```

/s/ Daniel. R. Shulman
Daniel R. Shulman (*pro hac vice*)
dan@shulmanbuske.com
SHULMAN & BUSKE PLLC
126 North Third Street, Suite 402
Minneapolis, MN 55401
Telephone: 612 870 7410
*Counsel for Defendants*
UNILOC LUXEMBOURG S.A.R.L.
UNILOC USA, INC


/s/ Dean C. Eyler
Dean C. Eyler (*pro hac vice*)
dean.eyler@lathropgpm.com
LATHROP GPM LLP
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612 632-3335
Facsimile: 612 632-4000
*Counsel for Defendants*
UNILOC LUXEMBOURG S.A.R.L.
UNILOC USA, INC


/s/ Samuel F. Baxter
Samuel F. Baxter (*pro hac vice*)
sbaxter@mckoolsmith.com
John Briody (*pro hac vice*)
jbriody@mckoolsmith.com
MCKOOL SMITH
104 East Houston, Suite 100
Marshall, TX 75670
Telephone:  903 923-9001
Facsimile:  903 923-9099

One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001-8603
Telephone: 212.402.9438
*Counsel for Defendant*
SEVEN NETWORKS, LLC

# CERTIFICATE OF SERVICE

On this 29th day of January 2021, I hereby certify that I caused the foregoing document entitled Intel Corporation and Apple Inc.'s Administrative Motion to File Amended Complaint Under Seal to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED: January 29, 2021

Respectfully submitted,

By: /s/ Mark D. Selwyn

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Plaintiffs*
INTEL CORPORATION and APPLE INC.

1
2
## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

3
4
5     DATED:_____          _____
                                     The Honorable Edward M. Chen
6                                    United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ECF ATTESTATION**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Mark D. Selwyn*
Mark D. Selwyn