| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Mark D. Selwyn (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br>Fax: (650) 858-6100<br><br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Leon B. Greenfield (*pro hac vice*)<br>leon.greenfield@wilmerhale.com<br>Amanda L. Major (*pro hac vice*)<br>amanda.major@wilmerhale.com<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>William F. Lee (*pro hac vice*)<br>william.lee@wilmerhale.com<br>Joseph J. Mueller (*pro hac vice*)<br>joseph.mueller@wilmerhale.com<br>Timothy D. Syrett (*pro hac vice*)<br>timothy.syrett@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000 |

*Attorneys for Plaintiffs*
*Intel Corporation and Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>            Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC,<br><br>            Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF STIPULATION ENLARGING TIME FOR APPLE AND INTEL TO FILE A SECOND AMENDED COMPLAINT** |

I, Mark D. Selwyn, do hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Intel Corporation ("Intel") and Apple Inc. ("Apple") in the above-captioned case. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath. I submit this declaration in support of the parties' Stipulation Enlarging Time for Apple and Intel to File a Second Amended Complaint pursuant to N.D. Cal. Civil L.R. 6-1 and 6-2.

2. In order to submit to this Court under seal further evidence to incorporate into their second amended complaint, Apple and/or Intel have sought relief from the protective orders in *VLSI Technology, LLC v. Intel Corporation*, 5:17-cv-05671-BLF (N.D. Cal.), ECF No. 292 (filing an administrative motion for relief); *VLSI Technology, LLC v. Intel Corporation*, C.A. No. 18-966-CFC-CJB (D. Del.), ECF No. 678 (filing a joint motion requesting a teleconference); *VLSI Technology, LLC v. Intel Corporation*, Case No. 1:19-CV-977-ADA (W.D. Tex.) (requesting a teleconference via email pursuant to the court's discovery rules); *Uniloc 2017 LLC v. Apple Inc.*, 3:19-cv-01905-JD (N.D. Cal.), ECF No. 168 (filing a motion for relief); and *Uniloc 2017 LLC v. Apple Inc.*, 5:19-cv-01929-EJD (N.D. Cal.), Dkt. No. 105 (filing a motion for relief).

3. VLSI's opposition in *VLSI Technology, LLC v. Intel Corporation*, 5:17-cv-05671-BLF (N.D. Cal.), was filed on January 26. Intel's motion remains pending.

4. The court has set a hearing in *VLSI Technology, LLC v. Intel Corporation*, C.A. No. 18-966-CFC-CJB, for February 1, 2021. *VLSI Technology, LLC v. Intel Corporation*, C.A. No. 18-966-CFC-CJB (D. Del.), ECF No. 681.

5. The court has stated it will set a teleconference for February 1, 2021 in *VLSI Technology, LLC v. Intel Corporation*, Case No. 1:19-CV-977-ADA (W.D. Tex.).

6. Counsel for Apple may file an additional motion for relief this week or early next week.

1

Case No. 3:19-cv-07651-EMC                                  Declaration of Mark D. Selwyn in Support of Stipulation
                                                            Enlarging Time for Apple and Intel to File a Second Amended Complaint

7. Counsel for Defendants do not oppose the relief requested.

8. This Court has granted five prior stipulations by the parties to extend time:

- On December 5, 2019, the Court granted a stipulation to extend the time for Defendants to file a declaration supporting Plaintiffs' motion to seal the original complaint from November 25, 2019 to December 6, 2019. *See* Dkt. No. 43.

- On December 13, 2019, the Court granted a stipulation to extend the time for Defendants to respond to the original complaint from December 16, 2019 to February 4, 2020 and extended the corresponding briefing schedule on Defendants' motion to dismiss. *See* Dkt. No. 75.

- On March 31, 2020, the Court granted a stipulation to extend the time for Defendants to file a reply in support of their motions to dismiss, strike, and/or stay the action from April 6, 2020 to April 13, 2020. *See* Dkt. No. 161.

- On August 12, 2020, the Court granted a stipulation to extend the time for Defendants to respond to the amended complaint from August 25, 2020 to September 15, 2020 and extended the corresponding briefing schedule on Defendants' motion to dismiss. *See* Dkt. No. 196.

- On August 28, 2020, the Court granted a stipulation to continue the Case Management Conference from September 17, 2020 to December 17, 2020. *See* Dkt. No. 199.

9. There are no pending deadlines in this case other than the deadline to file a second amended complaint. Therefore, the requested time modification would not affect the case schedule other than the deadline to file a second amended complaint.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 29th day of January 2021.

2

Case No. 3:19-cv-07651-EMC   Declaration of Mark D. Selwyn in Support of Stipulation Enlarging Time for Apple and Intel to File a Second Amended Complaint

By: /s/ Mark D. Selwyn
    Mark D. Selwyn

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

3

Case No. 3:19-cv-07651-EMC      Declaration of Mark D. Selwyn in Support of Stipulation
Enlarging Time for Apple and Intel to File a Second Amended Complaint