| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Morgan Chu (SBN 70446) |
| 2 | Benjamin W. Hattenbach (SBN 186455) |
|   | Michael D. Harbour (SBN 298185) |
| 3 | 1800 Avenue of the Stars, Suite 900 |
|   | Los Angeles, California 90067-4276 |
| 4 | Telephone:   (310) 277-1010 |
|   | Facsimile:    (310) 203-7199 |
| 5 | Email: mchu@irell.com |
|   | Email: bhattenbach@irell.com |
| 6 | Email: mharbour@irell.com |
| 7 | A. Matthew Ashley (SBN 198235) |
|   | 840 Newport Center Drive, Suite 400 |
| 8 | Newport Beach, California 92660-6324 |
|   | Telephone:   (949) 760-0991 |
| 9 | Facsimile:    (949) 760-5200 |
|   | Email: mashley@irell.com |
| 10 | |
|   | *Counsel for Defendants* |
| 11 | FORTRESS INVESTMENT GROUP LLC, |
|   | FORTRESS CREDIT CO. LLC, |
| 12 | VLSI TECHNOLOGY LLC |
| 13 | Additional counsel listed on signature page |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF OLIVIA L. WEBER AS COUNSEL FOR DEFENDANTS** |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, | Hon. Edward M. Chen |
| Defendants. | |

1    PLEASE TAKE NOTICE that Olivia L. Weber is no longer associated with the firm of
2  Irell & Manella, LLP and is hereby withdrawn as counsel of record for Defendants Fortress
3  Investment Group LLC, Fortress Credit Co. LLC, and VLSI Technology LLC (collectively,
4  "Defendants"). Defendants will continue to be represented by Irell & Manella LLP, and all future
5  correspondence and papers in this action should continue to be directed as such.

7  Dated: March 05, 2021                          Respectfully submitted,

8                                                 IRELL & MANELLA LLP

10                                                By:  */s/ Michael D. Harbour*
11                                                    Michael D. Harbour
                                                      *Counsel for Defendants*
12                                                    FORTRESS INVESTMENT GROUP LLC,
                                                      FORTRESS CREDIT CO. LLC,
13                                                    VLSI TECHNOLOGY LLC

15                                                By:  */s/ Olivia L. Weber*
16                                                    Olivia L. Weber
                                                      *Counsel for Defendants*
17                                                    FORTRESS INVESTMENT GROUP LLC,
                                                      FORTRESS CREDIT CO. LLC,
18                                                    VLSI TECHNOLOGY LLC

**ECF ATTESTATION**

I, Michael D. Harbour, am the ECF user whose ID and password are being used to file the NOTICE OF WITHDRAWAL OF OLIVIA L. WEBER AS COUNSEL FOR DEFENDANTS. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/   Michael D. Harbour*