```
IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Michael D. Harbour (SBN 298185)
Lucas S. Oxenford (SBN 328152)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199
Email:  mchu@irell.com
Email:  bhattenbach@irell.com
Email:  mharbour@irell.com
Email:  loxenford@irell.com

A. Matthew Ashley (SBN 198235)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:    (949) 760-5200
Email: mashley@irell.com
```

*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC,
VLSI TECHNOLOGY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC,<br><br>Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, and VLSI TECHNOLOGY LLC** |

1  TO THE CLERK OF THE COURT AND TO ALL THE PARTIES IN THIS ACTION:

2  PLEASE TAKE NOTICE THAT:  Lucas S. Oxenford will appear in this matter, in

3  addition to those who have previously appeared as counsel on behalf of Defendants Fortress

4  Investment Group LLC, Fortress Credit Co. LLC, and VLSI Technology LLC.

6  Dated:  March 5, 2021                                  Respectfully submitted,

7                                                                            IRELL & MANELLA LLP

9
                                                                      By:     /s/ Lucas S. Oxenford
10                                                                        Lucas S. Oxenford (SBN 328152)
                                                                          loxenford@irell.com
11                                                                        Irell & Manella LLP
                                                                          1800 Avenue of the Stars, Suite 900
12                                                                        Los Angeles, California 90067-4276
                                                                          Telephone:  (310) 277-1010
13                                                                        Facsimile:  (310) 203-7199
                                                                          *Counsel for Defendants*
14                                                                        FORTRESS INVESTMENT GROUP LLC,
                                                                          FORTRESS CREDIT CO. LLC,
15                                                                        VLSI TECHNOLOGY LLC

- 1 -

DEF. NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANTS FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC, VLSI TECHNOLOGY LLC
Case No. 3:19-cv-07651-EMC