*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# EXHIBIT A

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

## Summary of Relevant Patents Markets

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| **(1) Network-based Voice Messaging** | | | | | | | | |
| 7,020,252 | Uniloc 2017 | Koninklijke Philips Elecs. N.V. (3/28/2006-1/30/2009)<br><br>IPG Elecs. (1/30/2009-4/10/2012)<br><br>Pendragon Wireless (4/10/2012-1/31/2018)<br><br>Uniloc Luxembourg (1/31/2018-5/3/2018) | Substitute | 3/28/2006 | 5/3/2018 | Fortress paid **$33.6M** in March 2018 for the entire Uniloc Luxembourg portfolio including this patent (hereinafter "$33.6M").<br><br>Uniloc 2017 refused permission to provide information on purchase price. | Yes | **$489.6M** damages demand |
| 7,535,890 | Uniloc 2017 | Ayalogic, Inc. (5/19/2009-7/16/2013)<br><br>Empire IP (7/16/2013-6/10/2016)<br><br>Uniloc Luxembourg (6/10/2016-5/3/2018) | Substitute | 5/19/2009 | 5/3/2018 | Included in June 2017 valuation of Uniloc Luxembourg assets at **$6.25M** (hereinafter "$6.25M"); **$33.6M** | Yes | -- |
| 8,243,723 | Uniloc 2017 | Ayalogic, Inc. (5/19/2009-7/16/2013)<br><br>Empire IP (7/16/2013-6/10/2016)<br><br>Uniloc Luxembourg (6/10/2016-5/3/2018) | Substitute | 8/14/2012 | 5/3/2018 | **$6.25M**; **$33.6M** | Yes | -- |

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| 8,724,622 | Uniloc 2017 | Ayalogic, Inc. (5/19/2009-7/16/2013)<br><br>Empire IP (7/16/2013-6/10/2016)<br><br>Uniloc Luxembourg (6/10/2016-5/3/2018) | Substitute | 5/13/2014 | 5/23/2018 | **$6.25M;$33.6M** | Yes | -- |
| 8,995,433 | Uniloc 2017 | Ayalogic, Inc. (5/19/2009-7/16/2013)<br><br>Empire IP (7/16/2013-6/10/2016)<br><br>Uniloc Luxembourg (6/10/2016-5/3/2018) | Substitute | 3/31/2015 | 5/3/2018 | **$6.25M; $33.6M** | Yes | -- |
| 8,838,744 | Seven Networks | N/A | Complement | 9/16/2014 | -- | -- | No | -- |
| 7,920,579 | INVT | Huawei (4/5/2011-5/15/2013)<br><br>Inventergy (5/15/2013-4/27/2017) | Complement | 4/5/2011 | 4/27/2017 | Inventergy acquired the '579 patent as one of 740 patents for **$30M**. After acquiring the patent, Inventergy's market capitalization was **$15M** (hereinafter "$30M; $15M") | No | -- |
| **(2) Remote Software Updates** | | | | | | | | |
| 8,239,852 | Uniloc 2017 | Uniloc Luxembourg (8/7/2012-5/3/2018) | Substitute | 8/7/2012 | 5/3/2018 | **$6.25M; $33.6M** | Yes | **$757M - $1.48B** damages demand |
| 6,467,088 | Uniloc 2017 | Koninklijke Philips Elecs. N.V. (10/15/2002-1/30/2009) | Substitute | 10/15/2002 | 5/31/2018 | **$33.6M** | Yes | -- |

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| | | IPG Elecs. 503 (1/30/2009-4/10/2012)<br><br>Pendragon Wireless (4/10/2012-1/31/2018)<br><br>Uniloc Luxembourg (1/31/2018-5/3/2018) | | | | | | |
| 6,110,228 | Uniloc 2017 | International Business Machines Corp. (8/29/2000-2/17/2017)<br><br>Uniloc Luxembourg (2/17/2017-5/3/2018) | Substitute | 8/29/2000 | 5/31/2018 | $33.6M | No | N/A |
| 8,078,158 | Seven Networks | N/A | Substitute | 12/23/2011 | N/A | N/A | No | N/A |
| **(3) Mobile Device-to-Device Communication Through Network-Coupled Intermediary Device** | | | | | | | | |
| 6,446,127 | Uniloc 2017 | 3Com Corporation (9/3/2002-4/28/2010)<br><br>Hewlett-Packard (4/28/2010-10/10/2011)<br><br>Hewlett Packard Dev. (10/10/2011-10/27/2015)<br><br>Hewlett Packard Enter. Dev. (10/27/2015-5/16/2017)<br><br>Uniloc Luxembourg (5/16/2017-5/3/2018) | Substitute | 9/3/2002 | 5/3/2018 | $6.25M; $33.6M | Yes | -- |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| 6,161,134 | Uniloc 2017 | 3Com Corporation (12/12/2000-4/28/2010)<br>Hewlett-Packard (4/28/2010-10/10/2011)<br>Hewlett Packard Dev. (10/10/2011-10/27/2015)<br>Hewlett Packard Enter. Dev. (10/27/2015-5/16/2017)<br>Uniloc Luxembourg (5/16/2017-5/3/2018) | Substitute | 12/12/2000 | 5/3/2018 | $6.25M; $33.6M | Yes | -- |
| 7,299,008 | IXI IP | IXI Mobile, Ltd (later IXI R&D) (11/20/2007-6/5/2014) | Substitute | 11/20/2007 | 6/5/2014 | N/A | No | N/A |
| 6,845,097 | IXI IP | IXI R&D (12/18/2005-6/5/2014) | Substitute | 12/18/2005 | 6/5/2014 | N/A | No | N/A |
| 7,551,593 | IXI IP | IXI R&D (6/23/2009-6/5/2014) | Substitute | 6/23/2009 | 6/5/2014 | N/A | No | N/A |
| 9,712,986 | Seven Networks | N/A | Substitute | 7/18/2017 | N/A | N/A | Yes | -- |
| 7,136,999 | Uniloc 2017 | Koninklijke Philips Elecs. N.V. (11/14/2006-1/30/2009)<br>IPG Elecs. (1/30/2009-4/10/2012)<br>Pendragon Wireless (4/10/2012-1/31/2018)<br>Uniloc Luxembourg (1/31/2018-5/3/2018) | Complement | 11/14/2006 | 5/3/2018 | $33.6M | Yes | $162M damages demand |

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| 8,018,877 | Uniloc 2017 | Daniel Lin (9/13/2011-4/27/2012) Pendragon Wireless (4/27/2012-1/31/2018) Uniloc Luxembourg (1/31/2018-5/3/2018) | Complement | 9/13/2011 | 5/3/2018 | $33.6M | Yes | -- |
| 9,769,176 | Seven Networks | Seven Networks (9/19/2017) | Complement | 9/19/2017 | N/A | N/A | Yes | ▮ damages demand |
| **(4) Preventing Stalls for Cache Misses** | | | | | | | | |
| 6,058,437 | Uniloc 2017 | Elecs. & Telecomms. Research Institute (5/5/2000-4/10/2012) IPG Elecs. 502 (12/26/2008-4/10/2012) Pendragon Elecs. and Telecomms. Research (4/10/2012-1/31/2018) Uniloc Luxembourg (1/31/2018-5/3/2018) | Substitute | 5/2/2000 | 5/3/2018 | $33.6M | No | N/A |
| 7,434,009 | VLSI | Freescale (10/7/2008-11/7/2016) NXP USA Inc. (11/7/2016-2/1/2019) | Substitute | 10/7/2008 | 2/1/2019 | No | No | N/A |

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| 6,301,641 | Uniloc 2017 | Koninklijke Philips Elecs. N.V. (11/14/2006-1/30/2009)<br><br>IPG Elecs. (1/30/2009-4/10/2012)<br><br>Pendragon Wireless LLC (4/10/2012-1/31/2018)<br><br>Uniloc Luxembourg (1/31/2018-5/3/2018) | Complement | 10/9/2001 | 5/3/2018 | **$33.6M** | No | N/A |
| 8,219,761 | VLSI | Freescale (7/10/2012-11/7/2016)<br><br>NXP USA Inc. (11/7/2016-2/1/2019) | Complement | 7/10/2012 | 2/1/2019 | No | No | N/A |
| 7,523,331 | VLSI | NXP B.V. (4/21/2009-12/15/2013)<br><br>Breakwaters Innovations LLC (12/15/2013-3/3/2015)<br><br>NXP B.V. (3/3/2015-8/16/2016) | Complement | 4/21/2009 | 8/16/2016 | [REDACTED] | Yes | [REDACTED] damages demand |
| 8,020,014 | VLSI | Freescale (9/13/2011-8/16/2016) | Complement | 9/13/2011 | 8/16/2016 | [REDACTED]<br><br>SoftBank acquired Fortress for **$3.3B** in | Yes | **$7.1B** damages demand for alleged infringement of eight patents, including the '014 patent<br><br>VLSI refused permission to disclose its exact damages demand |

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 2017, after VLSI acquired the '331 patent | | |
| 8,156,357 | VLSI | Freescale (4/10/2012-11/7/2016) NXP (11/7/2016-12/22/2018) | Complement | 4/10/2012 | 12/22/2018 | VLSI refused permission to disclose purchase information ▮▮▮ | Yes | **$11B** damages demand for eight patents, including the '357 patent<br><br>VLSI refused permission to disclose its exact damages demand |
| **(5) Arbitrating Multiple Requests to Access a Memory Bus** | | | | | | | | |
| 5,659,687 | Uniloc 2017 | Elecs. & Telecomms. Research Institute (8/19/1997-4/10/2012)<br><br>IPG Elecs. 502 Limited (12/26/2008-4/10/2012)<br><br>Pendragon Elecs. and Telecomms. Research LLC (4/10/2012-10/31/2012)<br><br>Phoenicia Innovations LLC (10/31/2012-1/31/2018)<br><br>Uniloc Luxembourg (1/31/2018-5/3/2018) | Substitute | 8/19/1997 | 5/5/2018 | $33.6M | No | N/A |

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| 7,606,983 | VLSI | NXP B.V. (10/20/2009-2/1/2019) | Substitute | 10/20/2009 | 2/1/2019 | VLSI refused permission to disclose purchase information | Yes | **$11B** damages demand for eight patents, including the '983 patent |
| 7,023,850 | Uniloc 2017 | Elecs. & Telecomms. Research Institute (4/4/2006-4/10/2012)<br><br>IPG Elecs. 502 Limited (12/26/2008-4/10/2012)<br><br>Pendragon Elecs. and Telecomms. Research (4/10/2012-1/31/2018)<br><br>Uniloc Luxembourg (1/31/2018-5/3/2018) | Complement | 4/4/2006 | 1/31/2018 | **$33.6M** | No | N/A |
| **(6) Third-party Device Authorization Through Limitation of Information Exchanged** | | | | | | | | |
| 7,900,242 | INVT | Nokia Corporation (3/1/2011-6/9/2014) | Substitute | 3/1/2011 | 6/9/2014 | **$30M; $15M** | No | N/A |
| 7,917,620 | INVT | Nokia Corporation (3/29/2011-6/9/2014) | Substitute | 3/29/2011 | 6/9/2014 | **$30M; $15M** | No | N/A |
| 9,094,395 | Seven Networks | N/A | Substitute | 7/28/2015 | N/A | N/A | No | N/A |

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| 6,212,633 | VLSI | VLSI Technology, Inc. (later Philips Semiconductors VLSI Inc.) (4/3/2001-9/28/2006)<br><br>Philips Semiconductors International B.V. (later NXP B.V.) (9/28/2006-12/4/2017) | Substitute | 4/3/2001 | 12/4/2017 | ▮ | Yes | Damages demand of **"billions"** for alleged infringement of the '633 patent and four additional patents |
| 8,838,976 | Uniloc 2017 | Uniloc Luxembourg NetAuthority (1/2/2013-7/23/2013)<br><br>Uniloc Luxembourg (7/23/2013-5/3/2018) | Substitute | 9/16/2014 | 5/3/2018 | $6.25M; $33.6M | Yes | -- |
| 8,213,907 | Uniloc 2017 | Uniloc Luxembourg (7/3/2012-1/2/2013)<br><br>NetAuthority (1/2/2013-8/27/2013)<br><br>Uniloc Luxembourg (8/27/2013-5/3/2018) | Substitute | 7/3/2012 | 5/3/2018 | $6.25M; $33.6M | No | N/A |
| 6,856,616 | Uniloc 2017 | 3Com Corporation (9/3/2002-4/28/2010)<br><br>Hewlett-Packard Co. (4/28/2010-10/10/2011)<br><br>Hewlett Packard Dev. Co. (10/10/2011-10/27/2015)<br><br>Hewlett Packard Enter. Dev. (10/27/2015-5/16/2017) | Substitute | 2/15/2005 | 5/3/2018 | $6.25M; $33.6M | Yes | Uniloc refused permission to disclose its damages demand |

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| | | Uniloc Luxembourg (5/16/2017-5/3/2018) | | | | | | |
| 8,316,421 | Uniloc 2017 | Uniloc Luxembourg (11/20/2012-1/2/2013) NetAuthority (1/2/2013-8/27/2013) Uniloc Luxembourg (8/27/2013-5/3/2018) | Complement | 11/20/2012 | 5/3/2018 | $6.25M; $33.6M | No | N/A |
| 7,987,362 | Uniloc 2017 | Uniloc USA (7/26/2011-5/25/2012) Uniloc Luxembourg (5/25/2012-1/2/2013) NetAuthority (1/2/2013-7/23/2013) Uniloc Luxembourg (7/23/2013-5/3/2018) | Complement | 7/26/2011 | 5/3/2018 | $6.25M; $33.6M | No | N/A |
| 9,286,466 | Uniloc 2017 | Uniloc Luxembourg (3/15/2016-5/3/2018) | Complement | 3/15/2016 | 5/3/2018 | $6.25M; $33.6M | No | N/A |
| 7,934,250 | Uniloc 2017 | Uniloc USA (4/26/2011-5/25/2012) Uniloc Luxembourg (5/25/2012-1/2/2013) | Complement | 4/26/2011 | 5/3/2018 | $6.25M; $33.6M | No | N/A |

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| | | NetAuthority (1/2/2013-7/23/2013) Uniloc Luxembourg (7/23/2013-5/3/2018) | | | | | | |
| 9,578,502 | Uniloc 2017 | Uniloc Luxembourg (2/21/2017-5/3/2018) | Complement | 2/21/2017 | 5/3/2018 | $6.25M; $33.6M | No | N/A |
| 8,695,068 | Uniloc 2017 | Uniloc Luxembourg (4/8/2014-5/3/2018) | Complement | 4/8/2014 | 5/3/2018 | $6.25M; $33.6M | No | N/A |
| 9,143,496 | Uniloc 2017 | Uniloc Luxembourg (9/22/2015-5/3/2018) | Complement | 9/22/2015 | 5/3/2018 | $6.25M; $33.6M | No | N/A |
| 8,881,280 | Uniloc 2017 | Uniloc Luxembourg (11/4/2014-5/3/2018) | Complement | 11/4/2014 | 5/3/2018 | $6.25M; $33.6M | No | N/A |
| 7,039,033 | IXI | IXI Mobile (Israel) Ltd. (later IXI R&D) (11/13/2007-5/5/2014) IXI IP (6/5/2014-6/5/2014) | Complement | 5/2/2006 | 6/5/2014 | IXI refused permission to disclose purchase information | Yes | IXI refused permission to disclose its damages demand |
| 7,295,532 | IXI | IXI R&D (11/13/2007-5/5/2014) IXI IP (6/5/2014-6/5/2014) | Complement | 11/13/2007 | 6/5/2014 | IXI refused permission to disclose purchase information | Yes | IXI refused permission to disclose its damages demand |

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| **(7) Generating Alerts Based on Blood Oxygen Level** | | | | | | | | |
| 7,220,220 | Uniloc 2017 | Kevin Schwieger & Jack Stubbs (5/22/2007-6/9/2017)<br><br>Paragon Solutions LLC (6/9/2017-7/28/2017)<br><br>Red Dragon Innovations (7/28/2017-8/10/2017)<br><br>Uniloc Luxembourg (8/10/2017-5/3/2018) | Substitute | 5/22/2007 | 5/3/2018 | **$33.6M** | No | N/A |
| 6,736,759 | Uniloc 2017 | Paragon Solutions (5/18/2004-7/28/2017)<br><br>Red Dragon Innovations (7/28/2017-8/10/2017)<br><br>Uniloc Luxembourg (8/10/2017-5/3/2018) | Substitute | 5/18/2004 | 5/3/2018 | **$33.6M** | Yes | -- |
| 6,215,403 | Uniloc 2017 | International Business Machines Corporation (4/10/2001-9/26/2007)<br><br>IPG Healthcare 501 Limited (9/26/2007-4/10/2012)<br><br>Pengdragon Networks (4/10/2012-1/31/2018)<br><br>Uniloc Luxembourg (1/31/2018-5/3/2018) | Substitute | 4/10/2001 | 5/3/2018 | **$33.6M** | No | N/A |

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| 7,653,508 | Uniloc 2017 | DP Technologies, Inc. (1/26/2010-5/17/2017)<br><br>Uniloc Luxembourg (5/17/2017-5/3/2018) | Complement | 1/26/2010 | 5/3/2018 | $6.25M; $33.6M | Yes | $375M - $731M damages demand |
| 7,690,556 | Uniloc 2017 | DP Technologies, Inc. (4/6/2010-5/17/2017)<br><br>Uniloc Luxembourg (5/17/2017-5/3/2018) | Complement | 4/6/2010 | 5/3/2018 | $6.25M; $33.6M | Yes | $375M - $731M damages demand |
| 7,881,902 | Uniloc 2017 | DP Technologies, Inc. (2/1/2011-5/17/2017)<br><br>Uniloc Luxembourg (5/17/2017-5/3/2018) | Complement | 2/1/2011 | 5/3/2018 | $6.25M; $33.6M | Yes | $375M - $731M damages demand |
| 8,712,723 | Uniloc 2017 | DP Technologies, Inc. (4/29/2014-5/17/2017)<br><br>Uniloc Luxembourg (5/17/2017-5/3/2018) | Complement | 4/29/2014 | 5/3/2018 | $6.25M; $33.6M | Yes | $375M - $731M damages demand |
| 8,872,646 | Uniloc 2017 | DP Technologies, Inc. (10/28/2014-5/17/2017)<br><br>Uniloc Luxembourg (5/17/2017-5/3/2018) | Complement | 10/28/2014 | 5/3/2018 | $6.25M; $33.6M | Yes | $167M - $326M damages demand |
| **(8) MOSFET Channel Fabrication** | | | | | | | | |
| 6,995,452 | Uniloc 2017 | Elecs. & Telecomms. Research Institute (2/7/2006-4/10/2012)<br><br>IPG Elecs. 502 Limited (12/26/2008-4/10/2012) | Substitute | 2/7/2006 | 5/31/2018 | $33.6M | No | N/A |

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| | | Pendragon Elecs. and Telecomms. Research LLC (4/10/2012-1/31/2018)<br><br>Uniloc Luxembourg (1/31/2018-5/3/2018) | | | | | | |
| 6,541,319 | Uniloc 2017 | Elecs. & Telecomms. Research Institute (4/1/2003-4/10/2012)<br><br>IPG Elecs. 502 Limited (12/26/2008-4/10/2012)<br><br>Pendragon Elecs. and Telecomms. Research LLC (4/10/2012-1/31/2018)<br><br>Uniloc Luxembourg (1/31/2018-5/3/2018) | Substitute | 4/1/2003 | 5/31/2018 | **$33.6M** | No | N/A |
| 6,087,232 | Uniloc 2017 | Elecs. & Telecomms. Research Institute (7/11/2000-4/10/2012)<br><br>IPG Elecs. 502 Limited (12/26/2008-4/10/2012)<br><br>Pendragon Elecs. and Telecomms. Research LLC (4/10/2012-1/31/2018)<br><br>Uniloc Luxembourg (1/31/2018-5/3/2018) | Substitute | 7/11/2000 | 5/31/2018 | **$33.6M** | No | N/A |

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| 7,183,149 | Uniloc 2017 | Elecs. & Telecomms. Research Institute (2/27/2007-4/10/2012)<br><br>IPG Elecs. 502 Limited (12/26/2008-4/10/2012)<br><br>Pendragon Elecs. and Telecomms. Research LLC (4/10/2012-1/31/2018)<br><br>Uniloc Luxembourg (1/31/2018-5/3/2018) | Substitute | 2/27/2007 | 5/31/2018 | $33.6M | No | N/A |
| 7,709,303 | VLSI | Freescale (5/3/2010-08/16/2016) | Substitute | 5/4/2010 | 8/16/2016 | [REDACTED]<br><br>SoftBank acquired Fortress for $3.3B in 2017, after VLSI acquired the '303 patent | Yes | $7.1B damages demand for alleged infringement of eight patents, including the '303 patent<br><br>VLSI refused permission to disclose its exact damages demand |
| **(9) Remote Enabling and Disabling of Software Components** | | | | | | | | |
| Prior to Fortress gaining control over Uniloc Luxembourg and Uniloc USA, they aggregated a number of substitute patents:<br>• U.S. Patent No. 5,579,222<br>• U.S. Patent No. 5,490,216<br>• U.S. Patent No. 9,633,183<br>• U.S. Patent No. 7,197,144<br>• U.S. Patent No. 8,769,296 | | | | | | | | |

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

| Patent | Fortress PAE | Prior Owner(s) | Role | Issue Date | Transfer to Current Fortress PAE | Pre-Aggregation Market Data | Asserted Against Apple/Intel | Post-Aggregation Demand |
|---|---|---|---|---|---|---|---|---|
| • U.S. Patent No. 6,857,067 | | | | | | | | |
| 6,446,069 | Uniloc 2017 | International Business Machine Co. (9/3/2002-9/27/2017) Uniloc Luxembourg (9/27/2017-5/3/2018) | Substitute | 9/3/2002 | 9/27/2017 | $33.6M | No | N/A |
| 7,016,648 | IXI IP | IXI Mobile (Israel) Ltd. (later IXI R&D) (3/21/2006-5/5/2014) IXI IP (6/5/2014-6/5/2014) | Complement | 3/21/2006 | 6/5/2014 | No | Yes | -- |