**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> [~~PROPOSED~~] ORDER GRANTING INTEL CORPORATION AND APPLE INC.'S ADMINISTRATIVE MOTION TO FILE SECOND AMENDED COMPLAINT UNDER SEAL |

Having considered the motion filed by plaintiffs Intel Corporation and Apple Inc. and the accompanying declarations, the Court grants Intel and Apple's Administrative Motion to File Second Amended Complaint Under Seal with respect to the following portions of the Amended Complaint:

| Page | Paragraph | Line Number(s) |
|---|---|---|
| 26 | 76 | 23-24 |
| 27 | 76-77 | 1-25 |
| 46 | 125 | 9-11 |
| 46 | 128 | 23-24 |
| 47 | 128 | 1 |
| 47 | 130 | 6-9 |
| 87 | 246 | 20 |
| 99 | 272 | 1-2, 4-6 |
| 99 | 273 | 11, 19-20 |
| 100 | 274 | 13-18 |
| 100 | 275 | 21-22 |
| 101 | 275 | 2-3, 8-9, 15-16 |
| 102 | 277 | 15 |
| 109 | 300 | 8-9, 13-14, 20-21 |
| 121 | 346 | 7-9 |
| 134 | 388 | 19-21 |
| 140 | 408 | 8-10, 12-13, 21-22 |
| Exhibit A, pages 5-6 | | Highlighted portions of "Post-Aggregation Demand" column |
| Exhibit A, pages 6, 7, 9, 15 | | Highlighted portions of "Pre-Aggregation Market Data" column |

**IT IS SO ORDERED.**

Plaintiffs are directed to file the redacted complaint as a separate entry consistent with the sealing order.

Date: March 15, 2021

By: _____
EDWARD M. CHEN
United States District Judge