1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO THE SECOND AMENDED COMPLAINT AND SET BRIEFING SCHEDULE ON RESPONSIVE MOTIONS** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC, | |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10919270

1    Pursuant to Civil Local Rules 6-1 and 6-2, plaintiffs Intel Corporation and Apple Inc.

2  (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co.

3  LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.A.R.L., VLSI Technology LLC,

4  Inventergy Global, Inc., INVT SPE LLC, and IXI IP, LLC (collectively, "Defendants") by and

5  through their undersigned counsel hereby stipulate to extend Defendants' deadline to respond to

6  Plaintiffs' Second Amended Complaint ("SAC") by 35 days and to set a briefing schedule.

7    WHEREAS, on January 6, 2021, the Court entered an Order dismissing the amended

8  complaint ("Order") with leave to amend.  Dkt. No. 230;

9    WHEREAS, Plaintiffs filed their second amended complaint ("SAC") on March 8, 2021.

10  Dkt. No. 236;

11    WHEREAS, Defendants' current deadline to respond to the SAC is March 22, 2021.  Fed.

12  R. Civ. P. 15(a)(3);

13    WHEREAS, the parties have met and conferred over a stipulation to extend Defendants'

14  deadlines to respond to the SAC;

15    WHEREAS, Defendants anticipate that they may respond to the SAC by way of motions to

16  dismiss and strike, and the parties have agreed on a briefing schedule that will govern such motion

17  practice, subject to the Court's approval;

18    WHEREAS, neither the parties' proposed extension of Defendants' deadlines to respond to

19  the SAC nor the proposed briefing schedule set forth below will change or alter the date of any

20  event or deadline already fixed by Court order;

21    IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the

22  Court's approval:

23    1.    Defendants' deadlines to answer or otherwise respond to Plaintiffs' SAC are

24       extended through and including April 26, 2021;

25    2.    If Defendants respond by way of motion practice, Plaintiffs may oppose by June

26       14, 2021 and Defendants may reply by July 8, 2021.

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES TO RESPOND TO THE SECOND AMENDED
COMPLAINT
Case No. 3:19-cv-07651-EMC

1 IT IS SO STIPULATED.

2 Dated:  March 15, 2021                                    Respectfully submitted,

3

4   By: */s/ A. Matthew Ashley*_____        By: */s/ Mark D. Selwyn*_____

5       A. Matthew Ashley                                        Mark D. Selwyn (SBN 244180)
        *Counsel for Defendants*                                 mark.selwyn@wilmerhale.com

6       FORTRESS INVESTMENT GROUP                         WILMER CUTLER PICKERING
        LLC, FORTRESS CREDIT CO. LLC,                       HALE AND DORR LLP

7       VLSI TECHNOLOGY LLC                               2600 El Camino Real, Suite 400
                                                          Palo Alto, CA 94306

8                                                         Telephone: +1 650 858 6000
        */s/ Christopher A. Seidl*_____               Facsimile: +1 650 858 6100

9       Christopher A. Seidl (*pro hac vice*)
        CSeidl@RobinsKaplan.com                           William F. Lee (*pro hac vice*)

10      ROBINS KAPLAN LLP                                 william.lee@wilmerhale.com
        800 LaSalle Avenue, Suite 2800                    Joseph J. Mueller (*pro hac vice*)

11      Minneapolis, MN 55402                             joseph.mueller@wilmerhale.com
        Telephone:  612 349 8468                          Timothy Syrett (*pro hac vice*)

12      Facsimile:  612 339-4181                          timothy.syrett@wilmerhale.com
        *Counsel for Defendants*                          WILMER CUTLER PICKERING

13      INVT SPE LLC                                        HALE AND DORR LLP
        INVENTERGY GLOBAL, INC.                           60 State Street

14                                                        Boston, MA 02109
                                                          Telephone: +1 617 526 6000

15      */s/ Jason D. Cassady*_____                      Facsimile: +1 617 526 5000
        Jason D. Cassady (*pro hac vice*)

16      jcassady@caldwellcc.com                           Leon B. Greenfield (*pro hac vice*)
        CALDWELL CASSADY & CURRY                          leon.greenfield@wilmerhale.com

17      2121 N. Pearl Street, Suite 1200                  Amanda L. Major (*pro hac vice*)
        Dallas, TX 75201                                  amanda.major@wilmerhale.com

18      Telephone: 214 888-4841                           WILMER CUTLER PICKERING
        Facsimile:  214-888-4849                            HALE AND DORR LLP

19      *Counsel for Defendant*                           1875 Pennsylvania Avenue, N.W.
        IXI IP, LLC                                       Washington, DC 20006

20                                                        Telephone: +1 202 663 6000
                                                          Facsimile: +1 202 663 6363

21      */s/ James J. Foster*_____
        James J. Foster                                   *Attorneys for Plaintiffs*

22      jfoster@princelobel.com                           INTEL CORPORATION and APPLE INC.
        PRINCE LOBEL TYE LLP

23      One International Place, Suite 3700
        Boston, MA 02110

24      Telephone:  617 456-8022
        Facsimile:  617 456-8100

25      *Counsel for Defendant*
        UNILOC 2017 LLC

26      //
        //

27      //
        //

28      //

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES TO RESPOND TO THE SECOND AMENDED
COMPLAINT
Case No. 3:19-cv-07651-EMC

10919270                                    - 2 -

1

2  /s/ Daniel. R. Shulman
   Daniel R. Shulman (*pro hac vice*)
3  dan@shulmanbuske.com
   SHULMAN & BUSKE PLLC
4  126 North Third Street, Suite 402
   Minneapolis, MN 55401
5  Telephone: 612 870 7410
   *Counsel for Defendants*
6  UNILOC LUXEMBOURG S.A.R.L.
   UNILOC USA, INC
7

8  /s/ Dean C. Eyler
   Dean C. Eyler (*pro hac vice*)
9  dean.eyler@lathropgpm.com
   LATHROP GPM LLP
10 500 IDS Center
   80 South 8th Street
11 Minneapolis, MN 55402
   Telephone: 612 632-3335
12 Facsimile: 612 632-4000
   *Counsel for Defendants*
13 UNILOC LUXEMBOURG S.A.R.L.
   UNILOC USA, INC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES TO RESPOND TO THE SECOND AMENDED
COMPLAINT
Case No. 3:19-cv-07651-EMC

10919270                          - 3 -

1

## <u>**ORDER**</u>

2

      Pursuant to stipulation, IT IS SO ORDERED.

3

4

DATED:_____

                                          _____

5

                                          The Honorable Edward M. Chen
                                          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10919270

- 4 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES TO RESPOND TO THE SECOND AMENDED
COMPLAINT
Case No. 3:19-cv-07651-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

I, Michael D. Harbour, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO THE FIRST AMENDED COMPLAINT AND SET BRIEFING SCHEDULE ON RESPONSIVE MOTIONS.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Michael D. Harbour*
Michael D. Harbour

10919270

- 5 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES TO RESPOND TO THE SECOND AMENDED
COMPLAINT
Case No. 3:19-cv-07651-EMC