1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO THE SECOND AMENDED COMPLAINT AND SET BRIEFING SCHEDULE ON RESPONSIVE MOTIONS** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC, | |
| Defendants. | |

10919270

1    Pursuant to Civil Local Rules 6-1 and 6-2, plaintiffs Intel Corporation and Apple Inc.

2    (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co.

3    LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.A.R.L., VLSI Technology LLC,

4    Inventergy Global, Inc., INVT SPE LLC, and IXI IP, LLC (collectively, "Defendants") by and

5    through their undersigned counsel hereby stipulate to extend Defendants' deadline to respond to

6    Plaintiffs' Second Amended Complaint ("SAC") by 35 days and to set a briefing schedule.

7    WHEREAS, on January 6, 2021, the Court entered an Order dismissing the amended

8    complaint ("Order") with leave to amend.  Dkt. No. 230;

9    WHEREAS, Plaintiffs filed their second amended complaint ("SAC") on March 8, 2021.

10   Dkt. No. 236;

11   WHEREAS, Defendants' current deadline to respond to the SAC is March 22, 2021.  Fed.

12   R. Civ. P. 15(a)(3);

13   WHEREAS, the parties have met and conferred over a stipulation to extend Defendants'

14   deadlines to respond to the SAC;

15   WHEREAS, Defendants anticipate that they may respond to the SAC by way of motions to

16   dismiss and strike, and the parties have agreed on a briefing schedule that will govern such motion

17   practice, subject to the Court's approval;

18   WHEREAS, neither the parties' proposed extension of Defendants' deadlines to respond to

19   the SAC nor the proposed briefing schedule set forth below will change or alter the date of any

20   event or deadline already fixed by Court order;

21   IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the

22   Court's approval:

23   1.    Defendants' deadlines to answer or otherwise respond to Plaintiffs' SAC are

24         extended through and including April 26, 2021;

25   2.    If Defendants respond by way of motion practice, Plaintiffs may oppose by June

26         14, 2021 and Defendants may reply by July 8, 2021.

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES TO RESPOND TO THE SECOND AMENDED
COMPLAINT
Case No. 3:19-cv-07651-EMC

10919270                                         - 1 -

1   IT IS SO STIPULATED.

2   Dated:  March 15, 2021                    Respectfully submitted,

3

4   By: */s/ A. Matthew Ashley*                  By: */s/ Mark D. Selwyn*
5       A. Matthew Ashley                            Mark D. Selwyn (SBN 244180)
        *Counsel for Defendants*                     mark.selwyn@wilmerhale.com
6       FORTRESS INVESTMENT GROUP                    WILMER CUTLER PICKERING
        LLC, FORTRESS CREDIT CO. LLC,                    HALE AND DORR LLP
7       VLSI TECHNOLOGY LLC                          2600 El Camino Real, Suite 400
                                                     Palo Alto, CA 94306
8                                                    Telephone: +1 650 858 6000
        */s/ Christopher A. Seidl*                   Facsimile: +1 650 858 6100
9       Christopher A. Seidl (*pro hac vice*)
        CSeidl@RobinsKaplan.com                      William F. Lee (*pro hac vice*)
10      ROBINS KAPLAN LLP                            william.lee@wilmerhale.com
        800 LaSalle Avenue, Suite 2800               Joseph J. Mueller (*pro hac vice*)
11      Minneapolis, MN 55402                        joseph.mueller@wilmerhale.com
        Telephone:  612 349 8468                     Timothy Syrett (*pro hac vice*)
12      Facsimile:  612 339-4181                     timothy.syrett@wilmerhale.com
        *Counsel for Defendants*                     WILMER CUTLER PICKERING
13      INVT SPE LLC                                     HALE AND DORR LLP
        INVENTERGY GLOBAL, INC.                      60 State Street
14                                                   Boston, MA 02109
                                                     Telephone: +1 617 526 6000
15      */s/ Jason D. Cassady*                       Facsimile: +1 617 526 5000
        Jason D. Cassady (*pro hac vice*)
16      jcassady@caldwellcc.com                      Leon B. Greenfield (*pro hac vice*)
        CALDWELL CASSADY & CURRY                     leon.greenfield@wilmerhale.com
17      2121 N. Pearl Street, Suite 1200             Amanda L. Major (*pro hac vice*)
        Dallas, TX 75201                             amanda.major@wilmerhale.com
18      Telephone: 214 888-4841                      WILMER CUTLER PICKERING
        Facsimile:  214-888-4849                         HALE AND DORR LLP
19      *Counsel for Defendant*                      1875 Pennsylvania Avenue, N.W.
        IXI IP, LLC                                  Washington, DC 20006
20                                                   Telephone: +1 202 663 6000
                                                     Facsimile: +1 202 663 6363
21      */s/ James J. Foster*
        James J. Foster                              *Attorneys for Plaintiffs*
22      jfoster@princelobel.com                      INTEL CORPORATION and APPLE INC.
        PRINCE LOBEL TYE LLP
23      One International Place, Suite 3700
        Boston, MA 02110
24      Telephone:  617 456-8022
        Facsimile:  617 456-8100
25      *Counsel for Defendant*
        UNILOC 2017 LLC
26      //
        //
27      //
        //
28      //

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES TO RESPOND TO THE SECOND AMENDED
COMPLAINT
Case No. 3:19-cv-07651-EMC

10919270                    - 2 -

1

2 */s/ Daniel. R. Shulman*
 Daniel R. Shulman (*pro hac vice*)
3 dan@shulmanbuske.com
 SHULMAN & BUSKE PLLC
4 126 North Third Street, Suite 402
 Minneapolis, MN 55401
5 Telephone: 612 870 7410
 *Counsel for Defendants*
6 UNILOC LUXEMBOURG S.A.R.L.
 UNILOC USA, INC

7

8 */s/ Dean C. Eyler*
 Dean C. Eyler (*pro hac vice*)
9 dean.eyler@lathropgpm.com
 LATHROP GPM LLP
10 500 IDS Center
 80 South 8th Street
11 Minneapolis, MN 55402
 Telephone: 612 632-3335
12 Facsimile: 612 632-4000
 *Counsel for Defendants*
13 UNILOC LUXEMBOURG S.A.R.L.
 UNILOC USA, INC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2          Pursuant to stipulation, IT IS SO ORDERED.

3

4  DATED: March 16, 2021                    _____

5                                            The Honorable Edward M. Chen
                                             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10919270                          - 4 -