UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR MOTION TO DISMISS AND STRIKE BRIEFING** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER SETTING PAGE
LIMITS FOR MOTION TO DISMISS AND STRIKE
BRIEFING
Case No. 3:19-cv-07651-EMC

10875182

1       Pursuant to Civil Local Rule 7-12, plaintiffs Intel Corporation and Apple Inc. (collectively,

2 "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc

3 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy

4 Global, Inc., INVT SPE LLC, and IXI IP, LLC (collectively, "Defendants") by and through their

5 undersigned counsel hereby stipulate as follows:

6       WHEREAS, on March 8, 2021, Plaintiffs filed a 160-page Second Amended Complaint

7 ("SAC") asserting claims for violation of Section 1 of the Sherman Act, Section 7 of the Clayton

8 Act, and Section 17200 of the California Business and Professions Code (Dkt. 236);

9       WHEREAS, Defendants intend to file motions to dismiss and strike Plaintiffs' SAC in

10 accordance with the Court's order approving an extended briefing schedule (Dkt. 240), and seek to

11 coordinate their motion practice in order to reduce redundancy and total pages submitted to the

12 Court;

13       WHEREAS, the parties have agreed, subject to Court approval, that: (i) all Defendants

14 collectively will be entitled to 45 total pages for their motions to dismiss and strike moving briefs,

15 (ii) both Plaintiffs collectively will be entitled to 45 total pages for their oppositions, and (iii) all

16 Defendants collectively will be entitled to 27 total pages for their replies.  Should Defendants

17 respond by way of multiple motions, the parties have further agreed that they may allocate the

18 pages for their respective motions, oppositions, and replies however they choose;

19       WHEREAS, absent this stipulation, each Defendant would be entitled to file a motion to

20 dismiss and strike of up to 25 pages, and Plaintiffs would be entitled 25 pages to oppose each such

21 motion (L.R. 7-2, 7-3), which would result in potentially hundreds of pages of briefing on the

22 motions to dismiss and strike;

23       WHEREAS, the requested page limits herein will allow the parties to coordinate their

24 collective briefing and more efficiently present the motion to dismiss and strike issues to the

25 Court;

26       IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the

27 Court's approval:

28       1.    Defendants may have 45 pages collectively for their motions to dismiss and strike

1 | Plaintiffs' SAC to be allocated amongst Defendants however they choose;

2 | 2. Plaintiffs may have 45 pages collectively for their oppositions to Defendants'

3 | motions to be allocated among Plaintiffs however they choose;

4 | 3. Defendants may have 27 pages collectively for their replies to be allocated among

5 | Defendants however they choose.

6 | IT IS SO STIPULATED.

7 | Dated:  April 16, 2021                          Respectfully submitted,

10 | By: */s/ A. Matthew Ashley*                     By: */s/ Mark D. Selwyn*
A. Matthew Ashley                               Mark D. Selwyn (SBN 244180)
*Counsel for Defendants*                        mark.selwyn@wilmerhale.com
FORTRESS INVESTMENT GROUP                       WILMER CUTLER PICKERING
LLC, FORTRESS CREDIT CO. LLC,                     HALE AND DORR LLP
VLSI TECHNOLOGY LLC                             2600 El Camino Real, Suite 400
                                                Palo Alto, CA 94306
                                                Telephone: +1 650 858 6000
*/s/ Christopher A. Seidl*                      Facsimile: +1 650 858 6100
Christopher A. Seidl (*pro hac vice*)
CSeidl@RobinsKaplan.com                         William F. Lee (*pro hac vice*)
ROBINS KAPLAN LLP                               william.lee@wilmerhale.com
800 LaSalle Avenue, Suite 2800                  Joseph J. Mueller (*pro hac vice*)
Minneapolis, MN 55402                           joseph.mueller@wilmerhale.com
Telephone:  612 349 8468                        Timothy Syrett (*pro hac vice*)
Facsimile:  612 339-4181                        timothy.syrett@wilmerhale.com
*Counsel for Defendants*                        WILMER CUTLER PICKERING
INVT SPE LLC                                      HALE AND DORR LLP
INVENTERGY GLOBAL, INC.                         60 State Street
                                                Boston, MA 02109
                                                Telephone: +1 617 526 6000
*/s/ Jason D. Cassady*                          Facsimile: +1 617 526 5000
Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com                         Leon B. Greenfield (*pro hac vice*)
CALDWELL CASSADY & CURRY                        leon.greenfield@wilmerhale.com
2121 N. Pearl Street, Suite 1200                Amanda L. Major (*pro hac vice*)
Dallas, TX 75201                                amanda.major@wilmerhale.com
Telephone: 214 888-4841                         WILMER CUTLER PICKERING
Facsimile:  214-888-4849                          HALE AND DORR LLP
*Counsel for Defendant*                         1875 Pennsylvania Avenue, N.W.
IXI IP, LLC                                     Washington, DC 20006
                                                Telephone: +1 202 663 6000
*/s/ James J. Foster*                           Facsimile: +1 202 663 6363
James J. Foster
jfoster@princelobel.com                         *Attorneys for Plaintiffs*
PRINCE LOBEL TYE LLP                            INTEL CORPORATION and APPLE INC.
One International Place, Suite 3700
Boston, MA 02110

|   |   |
|---|---|
| 1 | Telephone:  617 456-8022 |
|   | Facsimile:  617 456-8100 |
| 2 | *Counsel for Defendant* |
|   | UNILOC 2017 LLC |
| 3 |   |
| 4 | */s/ Daniel. R. Shulman* |
|   | Daniel R. Shulman (*pro hac vice*) |
| 5 | dan@shulmanbuske.com |
|   | SHULMAN & BUSKE PLLC |
| 6 | 126 North Third Street, Suite 402 |
|   | Minneapolis, MN 55401 |
| 7 | Telephone: 612 870 7410 |
|   | *Counsel for Defendants* |
| 8 | UNILOC LUXEMBOURG S.A.R.L. |
|   | UNILOC USA, INC |
| 9 |   |
| 10 | */s/ Dean C. Eyler* |
|   | Dean C. Eyler (*pro hac vice*) |
| 11 | dean.eyler@lathropgpm.com |
|   | LATHROP GPM LLP |
| 12 | 500 IDS Center |
|   | 80 South 8th Street |
| 13 | Minneapolis, MN 55402 |
|   | Telephone: 612 632-3335 |
| 14 | Facsimile: 612 632-4000 |
|   | *Counsel for Defendants* |
| 15 | UNILOC LUXEMBOURG S.A.R.L. |
|   | UNILOC USA, INC |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

10875182 - 4 -

STIPULATION AND [PROPOSED] ORDER SETTING PAGE
LIMITS FOR MOTION TO DISMISS AND STRIKE
BRIEFING
Case No. 3:19-cv-07651-EMC

1  **<u>ORDER</u>**

2      Pursuant to stipulation, IT IS SO ORDERED.

4  DATED:_____      _____

                                                      The Honorable Edward M. Chen
5                                                        United States District Judge

**ECF ATTESTATION**

I, Michael D. Harbour, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR MOTION TO DISMISS AND STRIKE BRIEFING. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Michael D. Harbour*