1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

11

## NORTHERN DISTRICT OF CALIFORNIA

12

13 INTEL CORPORATION and APPLE INC.,

14          Plaintiffs,

15      v.

16 FORTRESS INVESTMENT GROUP LLC,
   FORTRESS CREDIT CO. LLC, UNILOC
17 2017 LLC, UNILOC USA, INC., UNILOC
   LUXEMBOURG S.A.R.L., VLSI
18 TECHNOLOGY LLC, INVT SPE LLC,
   INVENTERGY GLOBAL, INC., and IXI IP,
19 LLC,

20          Defendants.

Case No. 3:19-cv-07651-EMC

**STIPULATION AND [PROPOSED]
ORDER SETTING PAGE LIMITS FOR
MOTION TO DISMISS AND STRIKE
BRIEFING**

21

22

23

24

25

26

27

28

10875182

1      Pursuant to Civil Local Rule 7-12, plaintiffs Intel Corporation and Apple Inc. (collectively,

2  "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc

3  2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy

4  Global, Inc., INVT SPE LLC, and IXI IP, LLC (collectively, "Defendants") by and through their

5  undersigned counsel hereby stipulate as follows:

6      WHEREAS, on March 8, 2021, Plaintiffs filed a 160-page Second Amended Complaint

7  ("SAC") asserting claims for violation of Section 1 of the Sherman Act, Section 7 of the Clayton

8  Act, and Section 17200 of the California Business and Professions Code (Dkt. 236);

9      WHEREAS, Defendants intend to file motions to dismiss and strike Plaintiffs' SAC in

10  accordance with the Court's order approving an extended briefing schedule (Dkt. 240), and seek to

11  coordinate their motion practice in order to reduce redundancy and total pages submitted to the

12  Court;

13      WHEREAS, the parties have agreed, subject to Court approval, that:  (i) all Defendants

14  collectively will be entitled to 45 total pages for their motions to dismiss and strike moving briefs,

15  (ii) both Plaintiffs collectively will be entitled to 45 total pages for their oppositions, and (iii) all

16  Defendants collectively will be entitled to 27 total pages for their replies.  Should Defendants

17  respond by way of multiple motions, the parties have further agreed that they may allocate the

18  pages for their respective motions, oppositions, and replies however they choose;

19      WHEREAS, absent this stipulation, each Defendant would be entitled to file a motion to

20  dismiss and strike of up to 25 pages, and Plaintiffs would be entitled 25 pages to oppose each such

21  motion (L.R. 7-2, 7-3), which would result in potentially hundreds of pages of briefing on the

22  motions to dismiss and strike;

23      WHEREAS, the requested page limits herein will allow the parties to coordinate their

24  collective briefing and more efficiently present the motion to dismiss and strike issues to the

25  Court;

26      IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the

27  Court's approval:

28      1.      Defendants may have 45 pages collectively for their motions to dismiss and strike

STIPULATION AND [PROPOSED] ORDER SETTING PAGE
LIMITS FOR MOTION TO DISMISS AND STRIKE
BRIEFING
Case No. 3:19-cv-07651-EMC

10875182           - 2 -

1          Plaintiffs' SAC to be allocated amongst Defendants however they choose;

2     2.   Plaintiffs may have 45 pages collectively for their oppositions to Defendants'

3          motions to be allocated among Plaintiffs however they choose;

4     3.   Defendants may have 27 pages collectively for their replies to be allocated among

5          Defendants however they choose.

6   IT IS SO STIPULATED.

7   Dated:  April 16, 2021                    Respectfully submitted,

8

9

10  By: */s/ A. Matthew Ashley*                By: */s/ Mark D. Selwyn*
        A. Matthew Ashley                          Mark D. Selwyn (SBN 244180)
11      *Counsel for Defendants*                   mark.selwyn@wilmerhale.com
        FORTRESS INVESTMENT GROUP                  WILMER CUTLER PICKERING
12      LLC, FORTRESS CREDIT CO. LLC,                 HALE AND DORR LLP
        VLSI TECHNOLOGY LLC                        2600 El Camino Real, Suite 400
13                                                 Palo Alto, CA 94306
                                                   Telephone: +1 650 858 6000
14      */s/ Christopher A. Seidl*                 Facsimile: +1 650 858 6100
        Christopher A. Seidl (*pro hac vice*)
15      CSeidl@RobinsKaplan.com
        ROBINS KAPLAN LLP                          William F. Lee (*pro hac vice*)
16      800 LaSalle Avenue, Suite 2800            william.lee@wilmerhale.com
        Minneapolis, MN 55402                      Joseph J. Mueller (*pro hac vice*)
17      Telephone:  612 349 8468                  joseph.mueller@wilmerhale.com
        Facsimile:  612 339-4181                  Timothy Syrett (*pro hac vice*)
18      *Counsel for Defendants*                   timothy.syrett@wilmerhale.com
        INVT SPE LLC                               WILMER CUTLER PICKERING
19      INVENTERGY GLOBAL, INC.                      HALE AND DORR LLP
                                                   60 State Street
20                                                 Boston, MA 02109
        */s/ Jason D. Cassady*                     Telephone: +1 617 526 6000
21      Jason D. Cassady (*pro hac vice*)         Facsimile: +1 617 526 5000
        jcassady@caldwellcc.com
22      CALDWELL CASSADY & CURRY                   Leon B. Greenfield (*pro hac vice*)
        2121 N. Pearl Street, Suite 1200          leon.greenfield@wilmerhale.com
23      Dallas, TX 75201                           Amanda L. Major (*pro hac vice*)
        Telephone: 214 888-4841                   amanda.major@wilmerhale.com
24      Facsimile:  214-888-4849                  WILMER CUTLER PICKERING
        *Counsel for Defendant*                      HALE AND DORR LLP
25      IXI IP, LLC                                1875 Pennsylvania Avenue, N.W.
                                                   Washington, DC 20006
26      */s/ James J. Foster*                      Telephone: +1 202 663 6000
        James J. Foster                            Facsimile: +1 202 663 6363
27      jfoster@princelobel.com
        PRINCE LOBEL TYE LLP                       *Attorneys for Plaintiffs*
28      One International Place, Suite 3700        INTEL CORPORATION and APPLE INC.
        Boston, MA 02110

STIPULATION AND [PROPOSED] ORDER SETTING PAGE
LIMITS FOR MOTION TO DISMISS AND STRIKE
BRIEFING
Case No. 3:19-cv-07651-EMC

10875182                          - 3 -

1   Telephone:  617 456-8022
    Facsimile:  617 456-8100
2   *Counsel for Defendant*
    UNILOC 2017 LLC
3

4   */s/ Daniel. R. Shulman*
    Daniel R. Shulman (*pro hac vice*)
5   dan@shulmanbuske.com
    SHULMAN & BUSKE PLLC
6   126 North Third Street, Suite 402
    Minneapolis, MN 55401
7   Telephone: 612 870 7410
    *Counsel for Defendants*
8   UNILOC LUXEMBOURG S.A.R.L.
    UNILOC USA, INC
9

10  */s/ Dean C. Eyler*
    Dean C. Eyler (*pro hac vice*)
11  dean.eyler@lathropgpm.com
    LATHROP GPM LLP
12  500 IDS Center
    80 South 8th Street
13  Minneapolis, MN 55402
    Telephone: 612 632-3335
14  Facsimile: 612 632-4000
    *Counsel for Defendants*
15  UNILOC LUXEMBOURG S.A.R.L.
    UNILOC USA, INC
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING PAGE
LIMITS FOR MOTION TO DISMISS AND STRIKE
BRIEFING
Case No. 3:19-cv-07651-EMC

10875182                              - 4 -

1

<u>**ORDER**</u>

2          Pursuant to stipulation, IT IS SO ORDERED.

3

4    DATED: April 16, 2021

          _____
          The Honorable Edward M. Chen
5          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28