IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Michael D. Harbour (SBN 298185)
Lucas S. Oxenford (SBN 328152)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199
Email:  mchu@irell.com
Email:  bhattenbach@irell.com
Email:  mharbour@irell.com
Email:  loxenford@irell.com

A. Matthew Ashley (SBN 198235)
Olivia L. Weber (SBN 319918)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:    (949) 760-0991
Facsimile:    (949) 760-5200
Email:  mashley@irell.com
Email:  oweber@irell.com

*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC,
VLSI TECHNOLOGY LLC

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' JOINT MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE** <br><br> Hon. Edward M. Chen |

DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
DEFENDANTS' MOTION TO DISMISS AND TO STRIKE
PLAINTIFFS' SAC AND RJN
Case No. 3:19-cv-07651-EMC

10938089

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.A.R.L., VLSI Technology LLC, INVT SPE LLC, Inventergy Global, Inc., And IXI IP, LLC, (collectively "Defendants") submit an administrative motion ("Administrative Motion") for an order to file under seal limited portions of Defendants' Joint Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint ("Motion to Dismiss the SAC") as well as two documents attached to Defendants' contemporaneously-filed Request for Judicial Notice in support of the Motion to Dismiss the SAC ("RJN").

As set forth in the Declaration of Olivia Weber in support of the Administrative Motion, portions of the Motion to Dismiss the SAC discuss or quote information contained in the Second Amended Complaint ("SAC") that the Court already ordered sealed. Dkt. No. 238. Specifically, this information includes the following:

- Information relating to VLSI's patent purchase and cooperation agreement and amendment (collectively, "PPCA") with NXP B.V., Motion to Dismiss the SAC at 20:22-24; Weber Decl. ¶ 2; *see also* Dkt. No. 238 (sealing SAC ¶¶ 76-77, 274-275).

- Information concerning damages claims made by Defendant VLSI Technology LLC in *VLSI Technology LLC v. Intel Corporation*, 1:18-cv-00966-CFC-CJB (D. Del.), Motion to Dismiss the SAC at 25:13-16; Weber Decl. ¶ 4; *see also* Dkt. No. 238 (sealing SAC ¶ 274).

- Information relating to a third party's patent licensing offer to plaintiff Intel. *See* Motion to Dismiss the SAC at 20:13-14; Weber Decl. ¶ 6; *see also* Dkt. No. 238 (sealing SAC ¶ 125).

This information constitutes the proprietary and highly-confidential business information of defendant VLSI and other non-parties. Defendants respectfully request that the Court seal this information for the same reason it sealed the exact same information contained in the SAC. *See* Dkt. No. 238.

In addition, in Defendants' contemporaneously-filed RJN, they seek judicial notice of,

10938089 - 1 -

DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' SAC AND RJN
Case No. 3:19-cv-07651-EMC

*inter alia*, the following two documents that concern the same above-listed information that the Court has already sealed:

- **VLSI/NXP B.V. PPCA** – Defendants seek to file other portions of the highly confidential PPCA. *See* RJN & Ex. 23; Weber Decl. ¶¶ 2-3; Motion to Dismiss the SAC at 20:25-21:4.

- **Intel's Damages Expert's Report** – Defendants seek to file under seal information that Intel has designated as "highly-confidential, outside counsel's eyes only" pursuant to a protective order in another matter. Weber Decl. ¶ 5; *VLSI Technology LLC v. Intel Corporation*, 1:18-cv-00966-CFC-CJB (D. Del.) (the "Delaware Action"). Specifically, Defendants seek to seal discrete portions from paragraphs 147, 149, and 1227 of Intel's damages expert's report from this litigation. *See* RJN & Ex. 22; Motion to Dismiss the SAC at 25:16-19. Intel agreed that these excerpts could be disclosed to the Court provided that they were filed under seal. Weber Decl. ¶ 4.

Defendants request the Court to seal these two documents because they contain sensitive and highly-confidential patent purchase agreement terms and damages report excerpts. *See, e.g.*, *In re Elec. Arts, Inc.*, 298 Fed. Appx. 568, 569 (9th Cir. 2008) (ordering sealing where documents could be used "'as sources of business information that might harm a litigant's competitive standing'"); *In re Koninklijke Philips Pat. Litig.*, No. 18-CV-01885-HSG, 2020 WL 1865294, at *1 (N.D. Cal. Apr. 13, 2020) (recognizing that "'confidential business information' in the form of 'license agreements, financial terms, details of confidential licensing negotiations, and business strategies'" are compelling reasons to warrant sealing). Damages assessments from the Delaware action and the terms contained in the PPCA contain, *inter alia*, confidential financial terms, trade secrets, and business strategies. These assessments also reflect confidential patent valuations, and their disclosure could prejudice VLSI in future licensing negotiations. Weber Decl. ¶ 5.

For the foregoing reasons, Defendants respectfully move to file under seal portions of the Motion to Dismiss the SAC and the contemporaneously-filed RJN.

10938089 - 2 -

DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' SAC AND RJN
Case No. 3:19-cv-07651-EMC

| | |
|---|---|
| 1  Dated:  April 26, 2021 | Respectfully submitted, |
| 2 | IRELL & MANELLA LLP |
| 4 | By: */s/ A. Matthew Ashley* |
| 5 | A. Matthew Ashley<br>*Counsel for Defendants* |
| 6 | FORTRESS INVESTMENT GROUP LLC,<br>FORTRESS CREDIT CO. LLC,<br>VLSI TECHNOLOGY LLC |
| 8 | */s/ Christopher A. Seidl* |
| 9 | Christopher A. Seidl (*pro hac vice*)<br>CSeidl@RobinsKaplan.com |
| 10 | ROBINS KAPLAN LLP<br>800 LaSalle Avenue, Suite 2800 |
| 11 | Minneapolis, MN 55402<br>Telephone:  612 349 8468 |
| 12 | Facsimile:  612 339-4181<br>*Counsel for Defendants* |
| 13 | INVT SPE LLC<br>INVENTERGY GLOBAL, INC. |
| 15 | */s/ Jason D. Cassady* |
| | Jason D. Cassady (*pro hac vice*)<br>jcassady@caldwellcc.com |
| 16 | CALDWELL CASSADY & CURRY<br>2121 N. Pearl Street, Suite 1200 |
| 17 | Dallas, TX 75201<br>Telephone: 214 888-4841 |
| 18 | Facsimile:  214-888-4849<br>*Counsel for Defendant* |
| 19 | IXI IP, LLC |
| 21 | */s/ James J. Foster* |
| | James J. Foster<br>jfoster@princelobel.com |
| 22 | PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700 |
| 23 | Boston, MA 02110<br>Telephone:  617 456-8022 |
| 24 | Facsimile:  617 456-8100<br>*Counsel for Defendant* |
| 25 | UNILOC 2017 LLC |
| 27 | */s/ Daniel. R. Shulman* |
| | Daniel R. Shulman (*pro hac vice*)<br>dan@shulmanbuske.com |
| 28 | SHULMAN & BUSKE PLLC |

| | |
|---|---|
| 1 | 126 North Third Street, Suite 402 |
| 2 | Minneapolis, MN 55401<br>Telephone: 612 870 7410 |
| 3 | *Counsel for Defendants*<br>UNILOC LUXEMBOURG S.A.R.L. |
| 4 | UNILOC USA, INC |
| 5 | */s/ Dean C. Eyler* |
| 6 | Dean C. Eyler (*pro hac vice*)<br>dean.eyler@lathropgpm.com |
| 7 | LATHROP GPM LLP<br>500 IDS Center |
| 8 | 80 South 8th Street<br>Minneapolis, MN 55402 |
| 9 | Telephone: 612 632-3335<br>Facsimile: 612 632-4000 |
| 10 | *Counsel for Defendants*<br>UNILOC LUXEMBOURG S.A.R.L. |
| 11 | UNILOC USA, INC |

10938089 - 4 -

DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
DEFENDANTS' MOTION TO DISMISS AND TO STRIKE
PLAINTIFFS' SAC AND RJN
Case No. 3:19-cv-07651-EMC

**ECF ATTESTATION**

I, Lucas S. Oxenford, am the ECF user whose ID and password are being used to file DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' JOINT MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Lucas S. Oxenford*
Lucas S. Oxenford

# **CERTIFICATE OF SERVICE**

On this 26th day of April 2021, I hereby certify that I caused the document entitled Defendants' Administrative Motion To Seal Defendants' Joint Motion To Dismiss And To Strike Plaintiffs' Second Amended Complaint And Request For Judicial Notice, along with the Declaration of Olivia Weber in support of Defendants' Administrative Motion to Seal, to be filed via the Court's CM/ECF system, which shall send notice to the counsel of record for the parties.

Dated: April 26, 2021

Respectfully submitted,

IRELL & MANELLA LLP

By: */s/ Lucas S. Oxenford*
Lucas S. Oxenford
*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC,
VLSI TECHNOLOGY LLC