| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Morgan Chu (SBN 70446) |
| 2 | Benjamin W. Hattenbach (SBN 186455) |
|   | Michael D. Harbour (SBN 298185) |
| 3 | Lucas S. Oxenford (SBN 328152) |
|   | 1800 Avenue of the Stars, Suite 900 |
| 4 | Los Angeles, California 90067-4276 |
|   | Telephone:   (310) 277-1010 |
| 5 | Facsimile:   (310) 203-7199 |
|   | Email:  mchu@irell.com |
| 6 | Email:  bhattenbach@irell.com |
|   | Email:  mharbour@irell.com |
| 7 | Email:  loxenford@irell.com |
| 8 | A. Matthew Ashley (SBN 198235) |
|   | Olivia L. Weber (SBN 319918) |
| 9 | 840 Newport Center Drive, Suite 400 |
|   | Newport Beach, California 92660-6324 |
| 10 | Telephone:   (949) 760-0991 |
|   | Facsimile:   (949) 760-5200 |
| 11 | Email:  mashley@irell.com |
|   | Email:  oweber@irell.com |
| 12 | |
|   | *Counsel for Defendants* |
| 13 | FORTRESS INVESTMENT GROUP LLC, |
|   | FORTRESS CREDIT CO. LLC, |
| 14 | VLSI TECHNOLOGY LLC |
| 15 | Additional counsel listed on signature page |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | |
| v. | **DECLARATION OF OLIVIA WEBER IN SUPPORT OF FORTRESS INVESTMENT GROUP LLC'S, FORTRESS CREDIT CO. LLC'S, AND VLSI TECHNOLOGY LLC'S ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' JOINT MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE** |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC, | |
| Defendants. | Hon. Edward M. Chen |

I, Olivia L. Weber, declare as follows:

1. I am an attorney at law, admitted to practice in the United States District Court, Northern District of California, and I am an associate with the law firm of Irell & Manella LLP, counsel for defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, and VLSI Technology LLC in this matter. I am familiar with the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath. I submit this declaration in support of Defendants' Administrative Motion for an order to file under seal limited portions of Defendants' Joint Motion to Dismiss and to Strike the Second Amended Complaint ("Motion to Dismiss the SAC") as well as two documents attached to Defendants' contemporaneously-filed Request for Judicial Notice in support of the Motion to Dismiss the SAC ("RJN").

2. The Court previously sealed portions of Plaintiffs Apple Inc.'s and Intel Corporation's Second Amended Complaint ("SAC") containing information about Defendant VLSI Technology LLC's ("VLSI") patent purchase and cooperation agreement and amendment (collectively, "PPCA") with NXP B.V. SAC ¶¶ 76-77, 274-275; *see* Dkt. No. 238. Page 20, line numbers 22-24 of the Motion to Dismiss the SAC contain this same information. In addition, page 20 line number 25 and page 21 line numbers 1-4 of the Motion to Dismiss the SAC as well as Exhibit 23 of Defendants' RJN contain other information from VLSI's PPCA.

3. Public disclosure of the information contained in the PPCA, including purchase and payment terms could pose a serious risk to VLSI (as well as other non-parties to the agreement). This information constitutes highly confidential trade secrets. VLSI takes steps to ensure that this information remains confidential, including by designating this information as "Outside Counsel Eyes Only" when it has been produced in litigation. Competitors and potential counterparties would gain an unfair insight into VLSI's business and negotiation strategies and if they had access to this information, which they could then use to their commercial advantage.

4. The Court also sealed portions of the SAC containing information about damages assessments made by VLSI in another litigation, *VLSI Technology LLC v. Intel Corporation*, 1:18-cv-00966-CFC-CJB (D. Del.) (the "Delaware Action"). SAC ¶ 274; *see* Dkt. No. 238. Page 25 line numbers 13-16 of the Motion to Dismiss the SAC contain this same information. In addition,

page 25 line numbers 16-19 of the Motion to Dismiss the SAC as well as Exhibit 22 of Defendants' RJN contain excerpts of information from Intel's damages expert's report in the same litigation.  Intel has designated this information as "highly confidential, outside counsel's eyes only" pursuant to a protective order in the Delaware Action.  Intel has agreed that Defendants can disclose this information to the Court provided that it is filed under seal.

5. Public disclosure of VLSI's damages assessments in the Delaware action are likewise confidential trade secrets.  These assessments reflect VLSI's confidential patent valuations, and their disclosure could prejudice VLSI in future licensing negotiations.  Intel may also seek to file a declaration in support of sealing information from its damages expert's report.

6. The Court also sealed portions of the SAC containing information about a third party's patent licensing offer to Intel.  *See* SAC ¶ 125; Dkt. No. 238.  Page 20 line numbers 13-14 of the Motion to Dismiss the SAC contain this same information, which constitutes confidential licensing negotiation information.  Intel may also seek to file a declaration in support of sealing this information.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed on April 26, 2021 at Newport Beach, California.

By: ___*/s/ Olivia L. Weber*___
      Olivia L. Weber