**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC,<br><br>Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' JOINT MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**<br><br>Hon. Edward M. Chen |

Having considered the motion filed by Defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.A.R.L., VLSI Technology LLC, INVT SPE LLC, Inventergy Global, Inc., and IXI IP, LLC, as well as the accompanying declaration, the Court **GRANTS** Defendants' Administrative Motion to Seal Defendants' Joint Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint and Request for Judicial Notice in Support of Defendants' Joint Motion with respect to the following:

**Defendants' Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint**

| Page | Line Number |
| --- | --- |
| 20 | 13-14 |
| 20 | 22-25 |
| 21 | 1-4 |
| 25 | 13-19 |

**Request for Judicial Notice in Support of Defendants' Motion to Dismiss and Strike**

| Exhibit |
| --- |
| 22 |
| 23 |

**IT IS SO ORDERED.**

Date:                                                    By: _____

10938106

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL
Case No. 3:19-cv-07651-EMC