1   IRELL & MANELLA LLP
    Morgan Chu (SBN 70446)
2   Benjamin W. Hattenbach (SBN 186455)
    Michael D. Harbour (SBN 298185)
3   Lucas S. Oxenford (SBN 328152)
    1800 Avenue of the Stars, Suite 900
4   Los Angeles, California 90067-4276
    Telephone:   (310) 277-1010
5   Facsimile:    (310) 203-7199
    Email:  mchu@irell.com
6   Email:  bhattenbach@irell.com
    Email:  mharbour@irell.com
7   Email:  loxenford@irell.com

8   A. Matthew Ashley (SBN 198235)
    Olivia L. Weber (SBN 319918)
9   840 Newport Center Drive, Suite 400
    Newport Beach, California 92660-6324
10  Telephone:   (949) 760-0991
    Facsimile:    (949) 760-5200
11  Email:  mashley@irell.com
    Email:  oweber@irell.com

12
    *Counsel for Defendants*
13  FORTRESS INVESTMENT GROUP LLC,
    FORTRESS CREDIT CO. LLC,
14  VLSI TECHNOLOGY LLC

15              **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17

18  INTEL CORPORATION and APPLE INC.,          Case No. 3:19-cv-07651-EMC

19              Plaintiffs,                      **DECLARATION OF LUCAS S.
                                                 OXENFORD IN SUPPORT OF**
20       v.                                      **DEFENDANTS' JOINT MOTION TO
                                                 DISMISS AND STRIKE PLAINTIFFS'**
21  FORTRESS INVESTMENT GROUP LLC,              **SECOND AMENDED COMPLAINT**
    FORTRESS CREDIT CO. LLC, UNILOC
22  2017 LLC, UNILOC USA, INC., UNILOC          Hon. Edward M. Chen
    LUXEMBOURG S.A.R.L., VLSI
23  TECHNOLOGY LLC, INVT SPE LLC,
    INVENTERGY GLOBAL, INC., IXI IP, LLC,
24  and SEVEN NETWORKS, LLC,

25              Defendants.

26

27

28

10937895

I, Lucas S. Oxenford, declare as follows:

1.      I am an attorney at law, admitted to practice in the United States District Court, Northern District of California. I am an associate with the law firm of Irell & Manella LLP, and I am counsel for defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, and VLSI Technology LLC in this matter.  I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

2.      I submit this declaration in support of Defendants' Joint Motion to Dismiss and Strike Plaintiffs' Second Amended Complaint.

3.      Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,653,508.

4.      Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,690,556.

5.      Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 7,881,902.

6.      Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 8,712,723.

7.      Attached as Exhibit 5 is a true and correct copy of U.S. Patent No. 8,872,646.

8.      Attached as Exhibit 6 is a true and correct copy of U.S. Patent No. 9,712,986.

9.      Attached as Exhibit 7 is a true and correct copy of U.S. Patent No. 7,299,008.

10.     Attached as Exhibit 8 is a true and correct copy of U.S. Patent No. 7,523,331.

11.     Attached as Exhibit 9 is a true and correct copy of U.S. Patent No. 7,434,009.

12.     Attached as Exhibit 10 is a true and correct copy of U.S. Patent No. 6,058,437.

13.     Attached as Exhibit 11 is a true and correct copy of U.S. Patent No. 6,856,616.

14.     Attached as Exhibit 12 is a true and correct copy of U.S. Patent No. 9,286,466.

15.     Attached as Exhibit 13 is a true and correct copy of U.S. Patent No. 7,606,983.

16.     Attached as Exhibit 14 is a true and correct copy of U.S. Patent No. 5,659,687.

17.     Attached as Exhibit 15 is a true and correct copy of U.S. Patent No. 8,769,296.

18.     Attached as Exhibit 16 is a true and correct copy of U.S. Patent No. 5,579,222.

19.     Attached as Exhibit 17 is a true and correct copy of U.S. Patent No. 7,220,220.

20.     Attached as Exhibit 18 is a true and correct copy of U.S. Patent No. 6,736,759.

21.     Attached as Exhibit 19 is a true and correct copy of U.S. Patent No. 6,215,403.

22.     Attached as Exhibit 20 is a true and correct copy of U.S. Patent No. 8,995,433.

23.     On April 22, 2021, I performed a search for all patents that have issued from January 1, 2000 until April 22, 2021 containing some variation of the words "cache," "miss," and "stall," within the claims.  I used the Patent Full-Text Database ("PaFT") which is maintained by the United States Patent and Trademark Office ("USPTO").  I accessed the PaFT Database at the following web address:  http://patft.uspto.gov/.  A true and correct screenshot of the first page of this search is attached as Exhibit 21 at 2-3.

24.     On April 22, 2021, I performed a search for all patents that have issued from January 1, 2000 until April 22, 2021 containing some variation of the phrase "voice message" and some variation of the word "network" within the claims.  I used the PaFT Database.  A true and correct screenshot of the first page of this search is attached as Exhibit 21 at 4-5.

25.     Attached as Exhibit 22 is a true and correct copy of excerpts of Hance Huston's September 30, 2020 Rebuttal Expert Report in *VLSI Technology LLC v. Intel Corporation*, 1:18-cv-00966-CFC-CJB (D. Del.).

26.     Attached as Exhibit 23 is a true and correct copy of excerpts of the patent purchase agreement between Defendant VLSI Technology LLC and NXP B.V, dated June 30, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Executed on April 26, 2021 in Los Angeles, California.


By:     */s/ Lucas S. Oxenford*
        Lucas S. Oxenford