# EXHIBIT 21

4/22/2021 — Patent Database Search Results: ACLM/(((cache OR caches) AND (((miss OR misses) OR missed) OR missing)) AND (((stall OR stallin…

Case 3:13-cv-07651-EMC Document 244-23 Filed 04/26/21 Page 2 of 5

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(ACLM/(((cache OR caches) AND (((miss OR misses) OR missed) OR missing)) AND (((stall OR stalling) OR stalls) OR stalled)) AND ISD/20000101->20210422)**: 219 patents.
*Hits 1 through 50 out of 219*

[Next 50 Hits]

[Jump To] [        ]

[Refine Search] [ACLM/(((cache OR caches) AND (((miss OR misses) OR missed]

| PAT. NO. | Title |
|---|---|
| 1 10,963,380 | T Cache miss thread balancing |
| 2 10,782,977 | T Fault detecting and fault tolerant multi-threaded processors |
| 3 10,740,261 | T System and method for early data pipeline lookup in large cache design |
| 4 10,698,813 | T Memory allocation system for multi-tier memory |
| 5 10,613,859 | T Triple-pass execution using a retire queue having a functional unit to independently execute long latency instructions and dependent instructions |
| 6 10,551,896 | T Method and apparatus for dynamic clock and voltage scaling in a computer processor based on program phase |
| 7 10,521,390 | T Systems and method for mapping FIFOs to processor address space |
| 8 10,353,817 | T Cache miss thread balancing |
| 9 10,309,838 | T Temporal temperature sensor position offset error correction |
| 10 10,296,671 | T Method of and apparatus for performing simulation using plurality of processors in parallel |
| 11 10,268,481 | T Load/store unit for a processor, and applications thereof |
| 12 10,261,835 | T Hardware thread scheduling |
| 13 10,185,659 | T Memory allocation system for multi-tier memory |
| 14 10,175,984 | T Apparatus and method to preclude non-core cache-dependent load replays in an out-of-order processor |
| 15 10,162,641 | T Highly integrated scalable, flexible DSP megamodule architecture |
| 16 10,146,691 | T System and method for performing partial cache line writes without fill-reads or byte enables |
| 17 10,146,547 | T Apparatus and method to preclude non-core cache-dependent load replays in an out-of-order processor |
| 18 10,146,546 | T Load replay precluding mechanism |
| 19 10,146,540 | T Apparatus and method to preclude load replays dependent on write combining memory space access in an out-of-order processor |

20 10,146,539 T Load replay precluding mechanism
21 10,133,580 T Apparatus and method to preclude load replays dependent on write combining memory space access in an out-of-order processor
22 10,133,579 T Mechanism to preclude uncacheable-dependent load replays in out-of-order processor
23 10,127,046 T Mechanism to preclude uncacheable-dependent load replays in out-of-order processor
24 10,108,428 T Mechanism to preclude load replays dependent on long load cycles in an out-of-order processor
25 10,108,420 T Mechanism to preclude load replays dependent on long load cycles in an out-of-order processor
26 10,095,647 T Accelerator architecture on a programmable platform
27 10,095,514 T Mechanism to preclude I/O-dependent load replays in an out-of-order processor
28 10,088,881 T Mechanism to preclude I/O-dependent load replays in an out-of-order processor
29 10,083,038 T Mechanism to preclude load replays dependent on page walks in an out-of-order processor
30 10,078,763 T Programmable unit for metadata processing
31 10,067,813 T Method of analyzing a fault of an electronic system
32 10,043,230 T Approach to reducing voltage noise in a stalled data pipeline
33 10,031,849 T Tracking alternative cacheline placement locations in a cache hierarchy
34 9,965,889 T Ray tracing core and ray tracing chip having the same
35 9,946,547 T Load/store unit for a processor, and applications thereof
36 9,915,998 T Power saving mechanism to reduce load replays in out-of-order processor
37 9,892,050 T Multi-stage translation of prefetch requests
38 9,851,774 T Method and apparatus for dynamic clock and voltage scaling in a computer processor based on program phase
39 9,846,646 T Methods and devices for layered performance matching in memory systems using C-AMAT ratios
40 9,804,845 T Apparatus and method to preclude X86 special bus cycle load replays in an out-of-order processor
41 9,754,103 T Micro-architecturally delayed timer
42 9,753,735 T Thread issue control
43 9,740,271 T Apparatus and method to preclude X86 special bus cycle load replays in an out-of-order processor
44 9,703,945 T Secured computing system with asynchronous authentication
45 9,703,681 T Performance optimization tip presentation during debugging
46 9,703,359 T Power saving mechanism to reduce load replays in out-of-order processor
47 9,697,124 T Systems and methods for providing dynamic cache extension in a multi-cluster heterogeneous processor architecture
48 9,659,251 T Systems and methods of autonomic virtual network management
49 9,652,392 T Using L1 cache as re-order buffer
50 9,645,837 T Methods for compilation, a compiler and a system

[Next List] [Top] [View Cart]
[Home] [Quick] [Advanced] [Pat Num] [Help]

4/22/2021 Patent Database Search Results: ACLM/((("voice message" or "voice messages") OR "voice messaging") A...

Case 3:13-cv-07651-EMC Document 244-23 Filed 04/26/21 Page 4 of 5

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(ACLM/((("voice message" OR "voice messages") OR "voice messaging") AND (network OR networks)) AND ISD/20000101->20210422)**: 1639 patents.
*Hits 1 through 50 out of 1639*

[Next 50 Hits]

[Jump To] [____]

[Refine Search] [ACLM/((("voice message" or "voice messages") OR "voice mess]

| PAT. NO. | Title |
|---|---|
| 1 10,976,926 | T Virtual smart phone |
| 2 10,956,761 | T Control apparatus, control method agent apparatus, and computer readable storage medium |
| 3 10,952,455 | T Machine for making food products in liquid or semi-liquid form |
| 4 10,951,764 | T Issue resolution script generation and usage |
| 5 10,944,864 | T Methods and apparatus for identification and optimization of artificial intelligence calls |
| 6 10,944,726 | T Method and application for communicating sensitive information |
| 7 10,924,417 | T Cognitive communication channel-adaptation based on context |
| 8 10,917,241 | T System and method for customizing inmate communication notification |
| 9 10,904,392 | T System and method for facilitating setup and joining of conference calls |
| 10 10,896,429 | T Method and system for auditing and verifying vehicle identification numbers (VINs) with crowdsourcing |
| 11 10,893,040 | T Access control with authentication |
| 12 10,891,959 | T Voice message capturing system |
| 13 10,881,871 | T Remote medical device alarm |
| 14 10,869,005 | T Electronic doorbell system with reduced latency |
| 15 10,854,110 | T Automated real time interpreter service |
| 16 10,853,579 | T Mixed-initiative dialog automation with goal orientation |
| 17 10,820,162 | T Method and system for mobile user-initiated LTE broadcast |
| 18 10,817,518 | T Implicit profile for use with recommendation engine and/or question router |
| 19 10,811,001 | T Network-based background expert |
| 20 10,809,974 | T Voice commands for online social networking systems |
| 21 10,798,242 | T Call volume reduction based upon a propensity to call in connection with a reason code |
| 22 10,796,346 | T Method and system for unusual usage reporting |

4/22/2021　Patent Database Search Results: ACLM(("voice message" or "voice messages" OR "voice messaging") AND (network or networks)) A…

Case 3:13-cv-07651-FMO Document 244-23 Filed 04/26/21 Page 5 of 5

| # | Patent | Title |
|---|---|---|
| 23 | 10,796,317 | Method and system for auditing and verifying vehicle identification numbers (VINs) with audit fraud detection |
| 24 | 10,785,721 | Energy saving control of mobile equipment |
| 25 | 10,782,043 | User interaction with building controller device using a remote server and a duplex connection |
| 26 | 10,778,793 | Proactive environment-based chat information system |
| 27 | 10,776,615 | System and method of social networks for dogs or other pets |
| 28 | 10,776,588 | Smartphone-based telephone translation system |
| 29 | 10,771,629 | System and method for transforming a voicemail into a communication session |
| 30 | 10,771,474 | Systems and methods for communication control in a restricted environment |
| 31 | 10,771,256 | Method for generating an electronic signature |
| 32 | 10,769,923 | Digitized voice alerts |
| 33 | 10,757,210 | System and a method of direct communication and engagement within an organization |
| 34 | 10,750,014 | Management of call connection attempt |
| 35 | 10,748,209 | System and method for providing time to cure negative balances in financial accounts while encouraging rapid curing of those balances to a positive net position |
| 36 | 10,741,071 | Systems and methods for proxy communication in a shared transport system |
| 37 | 10,737,182 | System and method for managing fantasy sports teams and leagues |
| 38 | 10,735,598 | System and method for providing voice communication between sender users, recipient users and external network entities |
| 39 | 10,733,622 | Application user interface monetization system |
| 40 | 10,733,226 | Systems and methods for a scalable collaborative, real-time, graphical life-management interface |
| 41 | 10,719,275 | Methods and systems for detecting and formatting sensitive information in a multi-function printer through natural language text or voice messages |
| 42 | 10,708,727 | Method and apparatus to manage messaging providing different communication modes using one identifier and not requiring to disclose contact information |
| 43 | 10,700,923 | Network disturbance notification system |
| 44 | 10,686,951 | Methods and systems for accessing printing and scanning functions of a multi-function printer through natural language text or voice messages |
| 45 | 10,674,019 | Methods and systems for accessing troubleshooting functions of a multi-function printer through a mobile device |
| 46 | 10,673,865 | Systems and methods for communication control in a restricted environment |
| 47 | 10,652,117 | Automation of customer support sorting process |
| 48 | 10,651,984 | Method for controlling access to an in-vehicle wireless network |
| 49 | 10,650,657 | Smart wearable accessory as a rescue and tracking device |
| 50 | 10,645,665 | Profile management for provisioning access to an alternative service provider |

[Next List] [Top] [View Cart]
[Home] [Quick] [Advanced] [Pat Num] [Help]