# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS AND STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC, | Hon. Edward M. Chen |
| Defendants. | |

10937305

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT
MOTION TO DISMISS AND STRIKE PLAINTIFFS'
SECOND AMENDED COMPLAINT
Case No. 3:19-cv-07651-EMC

1  Defendants' Joint Motion to Dismiss and Strike Plaintiffs' Second Amended Complaint
2  came on for hearing before the above-entitled Court on _____, 2021, at _____,
3  the Hon. Edward M. Chen United States District Court Judge, presiding.

4  Having considered Defendants' Motion, Request For Judicial Notice, the papers filed in
5  support of and in opposition to the motion, and arguments by counsel, the Court finds that there is
6  good cause to **GRANT** Defendants' Joint Motion to Dismiss and Strike and Defendants' Request
7  For Judicial Notice.

8  **THEREFORE, IT IS HEREBY ORDERED** as follows:

9  1. Defendants' Joint Motion to Strike Plaintiffs' California Business and Professional
10    Code Section 17200 claim (Count 3) is **GRANTED with prejudice**.  This count is
11    hereby stricken from Plaintiffs' Second Amended Complaint;
12  2. Defendants' Joint Motion to Dismiss the remaining counts in the Second Amended
13    Complaint is **GRANTED with prejudice**;
14  3. Defendants' Request for Judicial Notice is **GRANTED**;
15  4. Defendants' request to brief the attorneys' fee award pursuant to Cal. Civ. Proc.
16    Code § 425.16(c)(1) is **GRANTED**.

17  **IT IS SO ORDERED**.

19  Dated:  _____

Hon. Edward M. Chen
Judge, United States District Court