Christopher A. Seidl (*pro hac vice*)
CSeidl@RobinsKaplan.com
John K. Harting (*pro hac vice*)
JHarting@RobinsKaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-349-4181
*Counsel for Defendants*
INVT SPE LLC
INVENTERGY GLOBAL, INC.

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **DECLARATION OF CHRISTOPHER A. SEIDL IN SUPPORT OF DEFENDANTS INVT SPE LLC AND INVENTERGY GLOBAL, INC.'S ADMINISTRATIVE MOTION TO SEAL** <br><br> Hon. Edward M. Chen |

1    I, Christopher A. Seidl, hereby state:

2    1.    I am an attorney at law and partner of the law firm Robins Kaplan LLP, attorneys

3    for Defendants INVT SPE LLC ("INVT") and Inventergy Global, Inc. ("Inventergy") in the

4    above-referenced action.  The following statements are based on my own personal knowledge, and

5    if called as a witness, I could testify thereto.

6    2.    Pursuant to Civil Local Rule 79-5, I make this declaration in support of Defendants

7    INVT SPE LLC and Inventergy Global, Inc.'s Supplemental Brief in Support of Defendants Joint

8    Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint ("Supplemental Brief")

9    and certain exhibits to the Declaration of Christopher A. Seidl ("Seidl Decl.").

10    3.    Specifically, INVT and Inventergy seek an order sealing the following materials:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Supplemental Brief | Page 2, lines 12-13, 14-15, 24-page 3, lines 1, 2-4, 6-7, 7-9, 10-14, figure at lines 15-20, lines 21-22, figure at lines 23-27, page 4, lines 1-3 |
| Exhibit 24 to the Seidl Decl. | In its entirety |
| Exhibit 25 to the Seidl Decl. | In its entirety |

16    4.    INVT and Inventergy file this motion because the concurrently filed Supplemental

17    Brief and certain corresponding exhibits to the Seidl Decl. contain information that is "privileged,

18    protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b).

19    5.    The requested relief is necessary and narrowly tailored to protect the confidentiality

20    of the materials and information used in support of INVT and Inventergy's Supplemental Brief.

21    Additionally, there is both "good cause" and "compelling reasons" in the present matter to rebut

22    the presumption of access to judicial records. *Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092,

23    1101 (9th Cir. 2016) (discussing "good cause" and "compelling reasons" standards with respect to

24    the merits of the motion to the underlying case). Sealing is proper as the aforementioned

25    documents contain information relating to INVT and Inventergy's financial information, as well as

26    business strategies and negotiations, which are all protectable as trade secrets.  Indeed, this Court

27

28

DECLARATION OF SEIDL ISO INVT AND INVENTERGY
SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO
DISMISS AND STRIKE
Case No. 3:19-cv-07651-EMC

- 1 -

1   previously sealed portions of earlier versions of Plaintiffs' complaint that referenced the letters

2   and information INVT and Inventergy seek to seal. Dkt. 238.

3          I declare that the foregoing is true and correct.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SEIDL ISO INVT AND INVENTERGY
SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO
DISMISS AND STRIKE
Case No. 3:19-cv-07651-EMC

Dated:  April 26, 2021

Respectfully submitted,

ROBINS KAPLAN LLP


By: */s/ Christopher A. Seidl*
    Christopher A. Seidl (*pro hac vice*)
    CSeidl@RobinsKaplan.com
    John K. Harting (*pro hac vice*)
    JHarting@RobinsKaplan.com
    Taylor Moore-Willis (*pro hac vice*)
    TMoore-Willis@RobinsKaplan.com
    **ROBINS KAPLAN LLP**
    800 LaSalle Avenue, Suite 2800
    Minneapolis, MN 55402
    Telephone:  612 349 8468
    Facsimile:  612 339-4181
    *Counsel for Defendants*
    INVT SPE LLC
    INVENTERGY GLOBAL, INC.

    Steven Carlson
    SCarlson@RobinsKaplan.com
    **ROBINS KAPLAN LLP**
    2440 West El Camino Real, Suite 100
    Mountain View, California 94040
    Telephone: (650) 784-4012
    Facsimile: (650) 784-4041

    William V. Reiss (*pro hac vice*)
    WReiss@RobinsKaplan.com
    **ROBINS KAPLAN LLP**
    399 Park Avenue. Suite 3600
    New York, NY 10022
    Telephone: 212-980-7400
    Facsimile: 212-980-7499

    *Counsel for Defendants*
    INVT SPE LLC
    INVENTERGY GLOBAL, INC.

DECLARATION OF SEIDL ISO INVT AND INVENTERGY
SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO
DISMISS AND STRIKE
Case No. 3:19-cv-07651-EMC

- 3 -