Christopher A. Seidl (*pro hac vice*)
CSeidl@RobinsKaplan.com
John K. Harting (*pro hac vice*)
JHarting@RobinsKaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-349-4181
*Counsel for Defendants*
INVT SPE LLC
INVENTERGY GLOBAL, INC.

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS INVT SPE LLC AND INVENTERGY GLOBAL, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATED TO ITS SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS JOINT MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT** <br><br> Hon. Edward M. Chen |

Having considered Defendants INVT SPE LLC ("INVT") and Inventergy Global, Inc.'s ("Inventergy") Administrative Motion to File Under Seal Their Supplemental Brief in Support of Defendants Joint Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint ("Supplemental Brief") and certain exhibits to the Declaration of Christopher A. Seidl ("Seidl Decl."), INVT and Inventergy have established 1) that the documents and portions of documents considered are privileged, protectable as a trade secret or otherwise entitled to protection under the law under Civil L.R. 79-5(b), and 2) "good cause" and "compelling reasons" that the strong presumption of access to judicial records is rebutted. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3rd 1092, 1101 (9th Cir. 2016).

**IT IS HEREBY ORDERED THAT**: INVT and Inventergy's Administrative Motion to File Under Seal Their Supplemental Brief in Support of Defendants Joint Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint and certain exhibits to the Declaration of Christopher A. Seidl is **GRANTED**. The Clerk of Court shall file under seal the following materials:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Supplemental Brief | Page 2, lines 12-13, 14-15, 24-page 3, lines 1, 2-4, 6-7, 7-9, 10-14, figure at lines 15-20, lines 21-22, figure at lines 23-27, page 4, lines 1-3 |
| Exhibit 24 to the Seidl Decl. | In its entirety |
| Exhibit 25 to the Seidl Decl. | In its entirety |

**IT IS SO ORDERED**

Dated: _____

HON. EDWARD M. CHEN

United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING INVT AND INVENTERGY SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS AND STRIKE
Case No. 3:19-cv-07651-EMC