1  Christopher A. Seidl (*pro hac vice*)
   CSeidl@RobinsKaplan.com
2  John K. Harting (*pro hac vice*)
   JHarting@RobinsKaplan.com
3  **ROBINS KAPLAN LLP**
4  800 LaSalle Avenue, Suite 2800
   Minneapolis, MN 55402
5  Telephone: 612-349-8500
   Facsimile: 612-349-4181
6  *Counsel for Defendants*
7  INVT SPE LLC
   INVENTERGY GLOBAL, INC.
8
   *Additional Counsel Listed on Signature Page*
9

10                          **UNITED STATES DISTRICT COURT**

11                          **NORTHERN DISTRICT OF CALIFORNIA**

12

13  INTEL CORPORATION and APPLE INC.,          Case No. 3:19-cv-07651-EMC

14              Plaintiffs,
                                                **DECLARATION OF CHRISTOPHER A.
15     v.                                       SEIDL IN SUPPORT OF DEFENDANTS
                                                INVT SPE LLC AND INVENTERGY
16  FORTRESS INVESTMENT GROUP LLC,              GLOBAL, INC.'S SUPPLEMENTAL
    FORTRESS CREDIT CO. LLC, UNILOC             BRIEF IN SUPPORT OF DEFENDANTS'
17  2017 LLC, UNILOC USA, INC., UNILOC          JOINT MOTION TO DISMISS AND TO
    LUXEMBOURG S.A.R.L., VLSI                   STRIKE PLAINTIFFS' SECOND
18  TECHNOLOGY LLC, INVT SPE LLC,               AMENDED COMPLAINT
    INVENTERGY GLOBAL, INC., and IXI IP,
19  LLC,                                        Hon. Edward M. Chen
20              Defendants.
                                                **[REDACTED VERSION]**
21

22

23

24

25

26

27

28

I, Christopher A. Seidl, hereby state:

1. I am an attorney at law and partner of the law firm Robins Kaplan LLP, attorneys for Defendants INVT SPE LLC ("INVT") and Inventergy Global, Inc. ("Inventergy") in the above-referenced action. As such, I have personal knowledge regarding the documents attached to this Declaration and the underlying facts.

2. I am providing this declaration in support of Defendants INVT SPE LLC and Inventergy Global, Inc.'s Supplemental Brief in Support of Defendants Joint Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint.

3. Attached hereto as Exhibit 24 is a true and correct copy of a January 2015 letter from Inventergy to Plaintiff Apple Inc. ("Apple"), and Attachment A thereto. Upon information and belief, Exhibit 24 hereto is the referenced by Plaintiffs Apple and Intel Corporation (collectively "Plaintiffs") at paragraph 128 of Plaintiffs' Second Amended Complaint.

4. Attached hereto as Exhibit 25 is a true and correct copy of a June 2018 letter from INVT to Apple. Upon information and belief, Exhibit 25 hereto is referenced by Plaintiffs at paragraph 130 of Plaintiffs' Second Amended Complaint.

I declare that the foregoing is true and correct.

- 1 -

DECLARATION OF SEIDL ISO INVT AND INVENTERGY
SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO
DISMISS AND STRIKE
Case No. 3:19-cv-07651-EMC

| | | |
|---|---|---|
| 1 | Dated: April 26, 2021 | Respectfully submitted, |
| 2 | | ROBINS KAPLAN LLP |

By: */s/ Christopher A. Seidl*
   Christopher A. Seidl (*pro hac vice*)
   CSeidl@RobinsKaplan.com
   John K. Harting (*pro hac vice*)
   JHarting@RobinsKaplan.com
   Taylor Moore-Willis (*pro hac vice*)
   TMoore-Willis@RobinsKaplan.com
   **ROBINS KAPLAN LLP**
   800 LaSalle Avenue, Suite 2800
   Minneapolis, MN 55402
   Telephone:  612 349 8468
   Facsimile:  612 339-4181
   *Counsel for Defendants*
   INVT SPE LLC
   INVENTERGY GLOBAL, INC.

   Steven Carlson
   SCarlson@RobinsKaplan.com
   **ROBINS KAPLAN LLP**
   2440 West El Camino Real, Suite 100
   Mountain View, California 94040
   Telephone: (650) 784-4012
   Facsimile: (650) 784-4041

   William V. Reiss (*pro hac vice*)
   WReiss@RobinsKaplan.com
   **ROBINS KAPLAN LLP**
   399 Park Avenue. Suite 3600
   New York, NY 10022
   Telephone: 212-980-7400
   Facsimile: 212-980-7499

   *Counsel for Defendants*
   INVT SPE LLC
   INVENTERGY GLOBAL, INC.

- 2 -

DECLARATION OF SEIDL ISO INVT AND INVENTERGY SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS AND STRIKE
Case No. 3:19-cv-07651-EMC

# Exhibit 24

# Redacted in Entirety

# Exhibit 25

# Redacted in Entirety