**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER] CONTINUING HEARING ON MOTION TO DISMISS** |

Pursuant to Civil Local Rule 7-12 and the Court's Notice Scheduling a Hearing Regarding Defendants' Joint Motion to Dismiss (Dkt No. 248), plaintiffs Intel Corporation and Apple Inc. (collectively, "Plaintiffs") and defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy Global, Inc., INVT SPE LLC, and IXI IP, LLC (collectively, "Defendants") by and through their undersigned counsel hereby request and stipulate as follows:

WHEREAS, on April 27, 2021, the Court entered an Order scheduling a hearing on Defendants' Joint Motion to Dismiss for August 26, 2021 at 1:30 PM ("Motion to Dismiss Hearing").  Dkt. No. 248.

WHEREAS, the parties hereby request and stipulate that the Motion to Dismiss Hearing be rescheduled from August 26, 2021 at 1:30 PM to one of September 8, 2021, September 9, 2021, September 14, 2021, September 15, 2021, or September 16, 2021.

WHEREAS, there is good cause for this request because Plaintiffs' lead counsel has a scheduling conflict on August 26, 2021.

WHEREAS, Plaintiffs' lead counsel and all lead counsel for the five separately represented groups of Defendants will be available to appear on September 8, 2021, September 9, 2021, September 14, 2021, September 15, 2021, and September 16, 2021.

WHEREAS, this Court has granted eight prior stipulations by the parties to extend time:

- On December 5, 2019, the Court granted a stipulation to extend the time for Defendants to file a declaration supporting Plaintiffs' motion to seal the original complaint from November 25, 2019 to December 6, 2019.  *See* Dkt. No. 43.

- On December 13, 2019, the Court granted a stipulation to extend the time for Defendants to respond to the original complaint from December 16, 2019 to February 4, 2020 and extended the corresponding briefing schedule on Defendants' motion to dismiss.  *See* Dkt. No. 75.

- On February 10, 2020, the Court granted a stipulation to continue the Case Management Conference from February 20, 2020 to April 23, 2020.  *See* Dkt. No. 124.

- On March 31, 2020, the Court granted a stipulation to extend the time for Defendants to file a reply in support of their motions to dismiss, strike, and/or stay the action from April 6, 2020 to April 13, 2020.  *See* Dkt. No. 161.

1

- On August 12, 2020, the Court granted a stipulation to extend the time for Defendants to respond to the amended complaint from August 25, 2020 to September 15, 2020 and extended the corresponding briefing schedule on Defendants' motion to dismiss. *See* Dkt. No. 196.

- On August 28, 2020, the Court granted a stipulation to continue the Case Management Conference from September 17, 2020 to December 17, 2020. *See* Dkt. No. 199.

- On February 2, 2021, the Court granted a stipulation to enlarge the time for Plaintiffs to file a second amended complaint from February 5, 2021 to to March 8, 2021. *See* Dkt. No. 232.

- On March 16, 2021, the Court granted a stipulation to extend the time for Defendants to respond to the second amended complaint from March 8, 2021 to April 26, 2021 and extended the corresponding briefing schedule on Defendants' motion to dismiss. *See* Dkt. No. 240.

WHEREAS, the requested time modification would not affect the case schedule other than the date of the Motion to Dismiss Hearing.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the Court's approval:

1. The Motion to Dismiss Hearing, currently set for August 26, 2021 at 1:30 PM, shall be continued to September 8, 2021, September 9, 2021, September 14, 2021, September 15, 2021, or September 16, 2021.

IT IS SO STIPULATED.

DATED: May 12, 2021                              Respectfully submitted,

| | |
|---|---|
| 1 | By: */s/ Mark D. Selwyn* |
| 2 | Mark D. Selwyn (SBN 244180) |
|  | mark.selwyn@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING |
|  |   HALE AND DORR LLP |
| 4 | 2600 El Camino Real, Suite 400 |
|  | Palo Alto, CA  94306 |
| 5 | Telephone: (650) 858-6000 |
|  | Fax: (650) 585-6100 |
| 6 | |
| 7 | William F. Lee (*pro hac vice*) |
|  | william.lee@wilmerhale.com |
| 8 | WILMER CUTLER PICKERING |
|  |   HALE AND DORR LLP |
| 9 | Joseph J. Mueller (*pro hac vice*) |
|  | joseph.mueller@wilmerhale.com |
| 10 | Timothy D. Syrett (*pro hac vice*) |
|  | timothy.syrett@wilmerhale.com |
| 11 | 60 State Street |
| 12 | Boston, MA 02109 |
|  | Telephone: (617) 526-6000 |
| 13 | Fax: (617) 526-5000 |
| 14 | |
|  | WILMER CUTLER PICKERING |
| 15 |   HALE AND DORR LLP |
|  | Leon G. Greenfield (*pro hac vice*) |
| 16 | leon.greenfield@wilmerhale.com |
|  | Amanda L. Major (*pro hac vice*) |
| 17 | amanda.major@wilmerhale.com |
|  | 1875 Pennsylvania Avenue N.W. |
| 18 | Washington, DC 20006 |
|  | Telephone: (202) 663-6000 |
| 19 | Fax: (202) 663-6363 |
| 20 | |
|  | *Attorneys for Plaintiffs* |
| 21 | INTEL CORPORATION and APPLE INC. |
| 22 | |
| 23 | By: */s/ A. Matthew Ashley* |
|  |    A. Matthew Ashley |
| 24 | *Counsel for Defendants* |
|  | FORTRESS INVESTMENT GROUP LLC, |
| 25 | FORTRESS CREDIT CO. LLC, |
|  | VLSI TECHNOLOGY LLC |
| 26 | |
| 27 | |
| 28 | |

/s/ *Christopher A. Seidl*
Christopher A. Seidl (*pro hac vice*)
CSeidl@RobinsKaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone:  612 349 8468
Facsimile:  612 339-4181
*Counsel for Defendants*
INVT SPE LLC
INVENTERGY GLOBAL, INC.


/s/ *Jason D.* Cassady
Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
CALDWELL CASSADY & CURRY
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: 214 888-4841
Facsimile:  214-888-4849
*Counsel for Defendant*
IXI IP, LLC


/s/ *James J. Foster*
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone:  617 456-8022
Facsimile:  617 456-8100
*Counsel for Defendant*
UNILOC 2017 LLC


/s/ *Daniel. R. Shulman*
Daniel R. Shulman (*pro hac vice*)
dan@shulmanbuske.com
SHULMAN & BUSKE PLLC
126 North Third Street, Suite 402
Minneapolis, MN 55401
Telephone: 612 870 7410
*Counsel for Defendants*
UNILOC LUXEMBOURG S.A.R.L.
UNILOC USA, INC

| | |
|---|---|
| 1 | |
| 2 | */s/ Dean C. Eyler* |
| 3 | Dean C. Eyler (*pro hac vice*)<br>dean.eyler@lathropgpm.com |
| 4 | LATHROP GPM LLP<br>500 IDS Center |
| 5 | 80 South 8th Street<br>Minneapolis, MN 55402 |
| 6 | Telephone: 612 632-3335<br>Facsimile: 612 632-4000 |
| 7 | *Counsel for Defendants*<br>UNILOC LUXEMBOURG S.A.R.L. |
| 8 | UNILOC USA, INC |

5

# CERTIFICATE OF SERVICE

On this 12th day of May 2021, I hereby certify that I caused the foregoing document entitled STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO DISMISS HEARING to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED: May 12, 2021

Respectfully submitted,

By: */s/ Mark D. Selwyn*

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Plaintiffs*
INTEL CORPORATION and APPLE INC.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:_____                 _____
                                                                 The Honorable Edward M. Chen
                                                                 United States District Judge

**ECF ATTESTATION**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO DISMISS HEARING. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Mark D. Selwyn*
Mark D. Selwyn