Dean C. Eyler (MN 267491)
LATHROP GPM LLP
80 S. Eighth Street, Suite 500
Minneapolis, MN 55402
Telephone: 612-632-3016
Facsimile: 612-632-4016
Email: dean.eyler@lathropgpm.com

Ronald A. Valenzuela (SBN 210025)
LATHROP GPM LLP
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067-1623
Telephone: 310-789-4600
Facsimile: 310-789-4601
Email: ronald.valenzuela@lathropgpm.com

Daniel R. Shulman (*pro hac vice*)
Shulman & Buske PLLC
126 North Third Street, Suite 402
Minneapolis, Minnesota 55401
Telephone: (612) 870-7410
Email: dan@shulmanbuske.com

*Counsel for Defendants*
UNILOC USA, INC.
UNILOC LUXEMBOURG S.A.R.L.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., DSS TECHNOLOGY MANAGEMENT, INC., IXI IP, LLC, and SEVEN NETWORKS, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 5-1(c)(2)(B), Ronald A. Valenzuela of Lathrop GPM LLP is hereby appearing for Defendants Uniloc USA, Inc., and Uniloc Luxembourg S.A.R.L. in this matter and substitutes as counsel of record in place of Erica J. Van Loon of Lathrop GPM LLP, who will no longer be associated with this case.

Please remove Erica J. Van Loon of Lathrop GPM LLP from your proof of service. Any notices, pleadings, correspondence, or other documents concerning Defendants Uniloc USA, Inc., and Uniloc Luxembourg S.A.R.L. should be directed to the following updated service list:

Dean C. Eyler (MN 267491)
LATHROP GPM LLP
80 S. Eighth Street, Suite 500
Minneapolis, MN 55402
Telephone: 612-632-3016
Facsimile: 612-632-4016
Email: dean.eyler@lathropgpm.com

Ronald A. Valenzuela (SBN 210025)
LATHROP GPM LLP
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067-1623
Telephone: 310-789-4600
Facsimile: 310-789-4601
Email: ronald.valenzuela@lathropgpm.com

Daniel R. Shulman (*pro hac vice*)
Shulman & Buske PLLC
126 North Third Street, Suite 402
Minneapolis, Minnesota 55401
Telephone: (612) 870-7410
Email: dan@shulmanbuske.com

| | |
|---|---|
| 1   DATED: May 26, 2021 | **LATHROP GPM LLP** |
| 2 | By: */s/ Ronald A. Valenzuela* |
| | Dean C. Eyler (MN 267491) |
| | LATHROP GPM LLP |
| | 80 S. Eighth Street, Suite 500 |
| | Minneapolis, MN 55402 |
| | Telephone: 612-632-3016 |
| | Facsimile: 612-632-4016 |
| | Email: dean.eyler@lathropgpm.com |
| | |
| | Ronald A. Valenzuela (SBN 210025) |
| | LATHROP GPM LLP |
| | 2049 Century Park East, Suite 3500S |
| | Los Angeles, CA 90067-1623 |
| | Telephone: 310-789-4600 |
| | Facsimile: 310-789-4601 |
| | Email: ronald.valenzuela@lathropgpm.com |
| | |
| | Daniel R. Shulman (*Pro Hac Vice*) |
| | Shulman & Buske PLLC |
| | 126 North Third Street, Suite 402 |
| | Minneapolis, Minnesota 55401 |
| | Telephone: (612) 870-7410 |
| | Facsimile: (612) 870-7462 |
| | Email: dan@shulmanbuske.com |
| | |
| | *Attorneys for Defendants* |
| | UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.R.L. |