WILMER CUTLER PICKERING
  HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Fax: (650) 858-6100

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

WILMER CUTLER PICKERING
  HALE AND DORR LLP
William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiffs*
*Intel Corporation and Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC,<br><br>Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**INTEL CORPORATION AND APPLE INC.'S ADMINISTRATIVE MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS UNDER SEAL** |

In accordance with Civil Local Rules 7-11 and 79-5, Intel Corporation ("Intel") and Apple Inc. ("Apple") submit this motion for an order to seal limited portions of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint ("Opposition to Motion to Dismiss").

As set forth in the Declaration of Mark D. Selwyn in Support of Intel and Apple's Administrative Motion to File Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion to Dismiss Under Seal ("Selwyn Decl."), portions of the Opposition to Motion to Dismiss contain information regarding licensing negotiations between Intel and one or more defendants or non-parties ("Interested Parties"), which the Court sealed in Intel and Apple's Amended Complaint and in Intel and Apple's Second Amended Complaint.  Selwyn Decl. ¶ 2.  Intel and Apple understand that the Interested Parties may seek to file further declarations in support of sealing this information.  Selwyn Decl. ¶ 3.

Portions of the Opposition to Motion to Dismiss contain information regarding damages claims made by Defendant VLSI Technology LLC ("VLSI") in other litigations.  Apple understands that VLSI may consider this information to be Highly Confidential – Attorneys' Eyes Only.  The Court previously sealed the information about VLSI's damages contentions in Intel and Apple's Second Amended Complaint.  ECF No. 238 at 2.  Intel agreed to file VLSI's damages contentions under seal when it sought relief from the protective order in *VLSI Technology LLC v. Intel Corporation*, Case No. 1;18-cv-00966-CFC-CJB.  *Id.*, ECF No. 687; *see also id.*, ECF No. 693 (granting Intel's motion for relief).  Intel and Apple understand that VLSI may seek to file further declarations in support of sealing this information.  Selwyn Decl., ¶¶ 4-5.

Portions of the Opposition to Motion to Dismiss contain information about VLSI's patent purchase agreements with third parties.  The Court previously sealed the information about VLSI's patent purchase agreements with third parties in Intel and Apple's Second Amended Complaint.  ECF No. 238 at 2.  Intel agreed to file this information under seal when it sought relief from the protective order in *VLSI Technology LLC v. Intel Corporation*, Case No. 1;18-cv-00966-CFC-CJB.  *Id.*, ECF No. 687; *see also id.*, ECF No. 693 (granting Intel's motion for relief).  Intel understands

that VLSI considers this information to be Highly Confidential – Attorneys' Eyes Only.  Intel and Apple expect that VLSI may seek to file a declaration in support of sealing this information.  Selwyn Decl., ¶¶ 6-7.

For the foregoing reasons, Intel and Apple move to file portions of the Opposition to Motion to Dismiss under seal.

DATED:  June 14, 2021

Respectfully submitted,

By:  /s/ *Mark D. Selwyn*

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs*
INTEL CORPORATION, APPLE INC.

# CERTIFICATE OF SERVICE

On this 14th day of June 2021, I hereby certify that I caused the foregoing document entitled Intel Corporation and Apple Inc.'s Administrative Motion to File Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion to Dismiss Under Seal to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED: June 14, 2021

Respectfully submitted,

By: */s/ Mark D. Selwyn*

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Plaintiffs*
INTEL CORPORATION, APPLE INC.