| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Mark D. Selwyn (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br>Fax: (650) 858-6100<br><br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Leon B. Greenfield (*pro hac vice*)<br>leon.greenfield@wilmerhale.com<br>Amanda L. Major (*pro hac vice*)<br>amanda.major@wilmerhale.com<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>William F. Lee (*pro hac vice*)<br>william.lee@wilmerhale.com<br>Joseph J. Mueller (*pro hac vice*)<br>joseph.mueller@wilmerhale.com<br>Timothy D. Syrett (*pro hac vice*)<br>timothy.syrett@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000 |

*Attorneys for Plaintiffs*
*Intel Corporation and Apple Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>                Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC,<br><br>                Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**INTEL CORPORATION AND APPLE INC.'S ADMINISTRATIVE MOTION TO FILE OPPOSITION TO INVT AND INVENTERGY'S SUPPLEMENTAL BRIEF UNDER SEAL** |

In accordance with Civil Local Rules 7-11 and 79-5, Intel Corporation ("Intel") and Apple Inc. ("Apple") submit this motion for an order to seal limited portions of Intel and Apple's Opposition to Defendants INVT SPE LLC and Inventergy Global, Inc.'s Supplemental Brief in Support of Defendants' Joint Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint ("Opposition to INVT and Inventergy Brief").

As set forth in the Declaration of Mark D. Selwyn in Support of Intel and Apple's Administrative Motion to File Opposition to INVT and Inventergy's Supplemental Brief Under Seal ("Selwyn Decl."), portions of the Opposition to INVT and Inventergy Brief contain information regarding licensing negotiations between Apple and either INVT or Inventergy, which the Court sealed in Intel and Apple's Original Complaint, Intel and Apple's Amended Complaint, and Intel and Apple's Second Amended Complaint.  Selwyn Decl. ¶ 2.  Intel and Apple understand that INVT and Inventergy may seek to file further declarations in support of sealing this information.  *Id.* at ¶ 3.

For the foregoing reasons, Intel and Apple move to file portions of the Opposition to INVT and Inventergy Brief under seal.

DATED: June 14, 2021                      Respectfully submitted,

By: /s/ *Mark D. Selwyn*

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP

60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs*
INTEL CORPORATION, APPLE INC.

# CERTIFICATE OF SERVICE

On this 14th day of June 2021, I hereby certify that I caused the foregoing document entitled Intel Corporation and Apple Inc.'s Administrative Motion to File Opposition to INVT and Inventergy's Supplemental Brief Under Seal to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED:  June 14, 2021

Respectfully submitted,

By:  /s/ Mark D. Selwyn_____

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Plaintiffs*
INTEL CORPORATION, APPLE INC.