# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., | Case No. 3:19-cv-07651-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO AMICUS BRIEF(S)** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC, | |
| Defendants. | |

Pursuant to Civil Local Rules 6-1 and 6-2, plaintiffs Intel Corporation and Apple Inc. (collectively, "Plaintiffs"), defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.A.R.L., VLSI Technology LLC, Inventergy Global, Inc., INVT SPE LLC, and IXI IP, LLC (collectively, "Defendants"), and amicus curiae ACT | The App Association ("App Association") by and through their undersigned counsel hereby stipulate to extend Defendants' deadline to respond to the App Association's amicus brief (Dkt. 257), along with any other amicus briefs that may be filed, to July 8, 2021.

WHEREAS, on June 15, 2021, the App Association filed a motion for leave to submit an amicus brief in support of Plaintiffs' motion to dismiss the Second Amended Complaint ("SAC"). Dkt. 258;

WHEREAS, the Court granted the App Association's motion for leave, noting that Defendants informed the Court that they did not oppose the motion, and setting a deadline for Defendants to respond to the amicus brief by June 23, 2021. Dkt. 260;

WHEREAS, Defendants' current deadline to file a reply in support of their motion to dismiss the SAC is July 8, 2021. Dkt. 240;

WHEREAS, Defendants have met and conferred with Plaintiffs and the App Association over a stipulation to extend Defendants' deadlines to respond to the App Association's amicus brief, along with any other amicus briefs that may be filed in this matter;

WHEREAS, Defendants are informed that at least one other entity, Unified Patents, intends to request leave to file an amicus brief in support of Plaintiffs' motion to dismiss the SAC;

WHEREAS, in order to streamline Defendants' reply briefing in support of their joint motion to dismiss and strike the SAC, and in order to facilitate a single consolidated response to any other amicus briefs that may be filed, the parties and the App Association have agreed to extend Defendants' amicus brief response deadline, subject to Court approval;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and the App Association, subject to the Court's approval:

1. Defendants' deadline to respond to the App Association's amicus brief, along with

any other amicus brief that may be filed in this matter, is extended through and including July 8, 2021.

IT IS SO STIPULATED.

Dated: June 18, 2021                                              Respectfully submitted,

By: */s/ A. Matthew Ashley*
    A. Matthew Ashley
    *Counsel for Defendants*
    FORTRESS INVESTMENT GROUP
    LLC, FORTRESS CREDIT CO. LLC,
    VLSI TECHNOLOGY LLC

*/s/ Christopher A. Seidl*
Christopher A. Seidl (*pro hac vice*)
CSeidl@RobinsKaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612 349 8468
Facsimile: 612 339-4181
*Counsel for Defendants*
INVT SPE LLC
INVENTERGY GLOBAL, INC.

*/s/ Jason D. Cassady*
Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
CALDWELL CASSADY & CURRY
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: 214 888-4841
Facsimile: 214-888-4849
*Counsel for Defendant*
IXI IP, LLC

*/s/ James J. Foster*
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone: 617 456-8022
Facsimile: 617 456-8100
*Counsel for Defendant*
UNILOC 2017 LLC

By: */Mark D. Selwyn*
    Mark D. Selwyn (SBN 244180)
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    2600 El Camino Real, Suite 400
    Palo Alto, CA 94306
    Telephone: +1 650 858 6000
    Facsimile: +1 650 858 6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363

*Attorneys for Plaintiffs*
INTEL CORPORATION and APPLE INC.

By: */Brian Scarpelli*
    Brian Scarpelli (*pro hac vice*)
    bscarpelli@actonline.org
    ACT | THE APP ASSOCIATION
    1401 K Street NW
    Washington, DC 20005

| | |
|---|---|
| 1 | Telephone: +1 202 331 2130 |
|  | Facsimile: +1 202 331 2130 |
| 2 | */s/ Daniel. R. Shulman* |
|  | Daniel R. Shulman (*pro hac vice*) |
|  | dan@shulmanbuske.com | *Attorney for Amicus Curiae ACT | The App Association* |

*/s/ Daniel. R. Shulman*
Daniel R. Shulman (*pro hac vice*)
dan@shulmanbuske.com
SHULMAN & BUSKE PLLC
126 North Third Street, Suite 402
Minneapolis, MN 55401
Telephone: 612 870 7410
*Counsel for Defendants*
UNILOC LUXEMBOURG S.A.R.L.
UNILOC USA, INC

Telephone: +1 202 331 2130
Facsimile: +1 202 331 2130

*Attorney for Amicus Curiae ACT | The App Association*

*/s/ Dean C. Eyler*
Dean C. Eyler (*pro hac vice*)
dean.eyler@lathropgpm.com
LATHROP GPM LLP
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612 632-3335
Facsimile: 612 632-4000
*Counsel for Defendants*
UNILOC LUXEMBOURG S.A.R.L.
UNILOC USA, INC

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to stipulation, IT IS SO ORDERED. |
| 3 | |
| 4 | DATED:_____                    _____ |
| 5 | The Honorable Edward M. Chen<br>United States District Judge |

| | |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Olivia L. Weber, am the ECF user whose ID and password are being used to file this |
| 3 | STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO |
| 4 | AMICUS BRIEF(S). I hereby attest that I received authorization to insert the signatures indicated |
| 5 | by a conformed signature (/s/) within this e-filed document. |
| 6 | |
| 7 | |
| 8 | By: */s/ Olivia L. Weber* |
| | Olivia L. Weber |