| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Mark D. Selwyn (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br>Fax: (650) 858-6100<br><br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Leon B. Greenfield (admitted *pro hac vice*)<br>leon.greenfield@wilmerhale.com<br>Amanda L. Major (admitted *pro hac vice*)<br>amanda.major@wilmerhale.com<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>William F. Lee (admitted *pro hac vice*)<br>william.lee@wilmerhale.com<br>Joseph J. Mueller (admitted *pro hac vice*)<br>joseph.mueller@wilmerhale.com<br>Timothy D. Syrett (admitted *pro hac vice*)<br>timothy.syrett@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000 |

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>                Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC,<br><br>                Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**PLAINTIFF APPLE INC.'S NOTICE OF DISMISSAL** |

Plaintiff Apple Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that it (1) dismisses from this action with prejudice its claims against defendants Fortress Investment Group LLC; Fortress Credit Co. LLC; Uniloc 2017 LLC; Uniloc USA, Inc.; Uniloc Luxembourg S.A.R.L.; INVT SPE LLC; Inventergy Global, Inc.; and IXI IP, LLC, and (2) dismisses from this action without prejudice its claims against defendant VLSI Technology LLC.

None of the defendants have filed an answer to the Second Amended Complaint (or as to any prior complaint) or for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(i) is therefore appropriate.

| | |
|---|---|
| DATED: June 21, 2021 | Respectfully submitted,<br><br>By: */s/ Mark D. Selwyn*<br>　　Mark D. Selwyn (SBN 244180)<br>　　mark.selwyn@wilmerhale.com<br>　　WILMER CUTLER PICKERING<br>　　　HALE AND DORR LLP<br>　　2600 El Camino Real, Suite 400<br>　　Palo Alto, CA 94306<br>　　Telephone: (650) 858-6000<br>　　Fax: (650) 585-6100<br><br>　　William F. Lee (*pro hac vice*)<br>　　william.lee@wilmerhale.com<br>　　WILMER CUTLER PICKERING<br>　　　HALE AND DORR LLP<br>　　Joseph J. Mueller (*pro hac vice*)<br>　　joseph.mueller@wilmerhale.com<br>　　Timothy D. Syrett (*pro hac vice*)<br>　　timothy.syrett@wilmerhale.com<br>　　60 State Street<br>　　Boston, MA 02109<br>　　Telephone: (617) 526-6000<br>　　Fax: (617) 526-5000<br><br>　　WILMER CUTLER PICKERING<br>　　　HALE AND DORR LLP<br>　　Leon G. Greenfield (*pro hac vice*)<br>　　leon.greenfield@wilmerhale.com<br>　　Amanda L. Major (*pro hac vice*)<br>　　amanda.major@wilmerhale.com<br>　　1875 Pennsylvania Avenue N.W.<br>　　Washington, DC 20006<br>　　Telephone: (202) 663-6000<br>　　Fax: (202) 663-6363<br><br>　　*Attorneys for Plaintiff*<br>　　APPLE INC. |

# CERTIFICATE OF SERVICE

On this 21st day of June 2021, I hereby certify that I caused the foregoing document entitled Plaintiff Apple Inc.'s Notice of Dismissal to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED: June 21, 2021

Respectfully submitted,

By: */s/ Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Plaintiff*
APPLE INC.