UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br>Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC,<br>FORTRESS CREDIT CO. LLC,<br>UNILOC 2017 LLC,<br>UNILOC USA, INC.,<br>UNILOC LUXEMBOURG S.A.R.L.,<br>VLSI TECHNOLOGY LLC,<br>INVT SPE LLC,<br>INVENTERGY GLOBAL, INC., and<br>IXI IP, LLC<br><br>Defendants. | Case No. 3:19-cv-07651-EMC<br><br>[~~PROPOSED~~] **ORDER AS MODIFIED GRANTING MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**<br><br>Hon. Edward M. Chen |

This matter having come before the court on motion of Unified Patents, LLC for leave to file an amicus curiae brief, it is HEREBY ORDERED:

1. The motion for leave is GRANTED; and

2. The Clerk of the Court shall file the brief of the amicus curiae on the docket. Opposition brief shall be filed on 7/8/2021 and there shall be no reply.

SO ORDERED.

Dated: June 22, 2021

_____
The Honorable Edward M. Chen
United States District Judge