**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION,<br><br>                        Plaintiff,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC,<br><br>                        Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**JOINT STATEMENT REGARDING IMPACT OF APPLE INC.'S NOTICE OF DISMISSAL** |

The Court's August 18, 2021 Order (D.I. 272) requires the parties to file a joint statement within one week regarding the impact of Apple Inc.'s notice of dismissal (D.I. 263) on the pending Motions to Dismiss (D.I. 244 and D.I. 246) filed by defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., VLSI Technology LLC, Inventergy Global, Inc., INVT SPE LLC, and IXI IP, LLC (collectively, "Defendants").

Plaintiff Intel Corporation ("Intel" or "Plaintiff") and Defendants (collectively, the "Parties") agree that the following markets alleged in the Second Amended Complaint are no longer at issue: Network-based Voice Messaging Patents Market, Remote Software Updates Patents Market, Mobile Device-to-Device Communication Through a Network-Coupled Intermediary Device Patents Market, Generating Alerts Based on Blood Oxygen Level Patents Market, and Remote Enabling and Disabling of Software Components Patents Market. Intel requests that any dismissal of claims based on these product markets be without prejudice to Intel initiating a new suit (including but not limited to a suit for declaratory relief) should circumstances change. Intel's position is that its request is consistent with the Court's January 6, 2021 Order. *See* ECF No. 229 at 15 ("The Court therefore dismisses all antitrust claims based on the product markets identified in (10)-(13). The Court dismisses with prejudice as Plaintiffs have provided no indication that they are capable of curing this deficiency on standing. This ruling, however, does not bar Plaintiffs from initiating a new suit (including but not limited to a suit for declaratory relief) should circumstances change."). Defendants' position is that any claims based on these product markets should be dismissed "with prejudice," in conformance with the Court's January 6, 2021 Order. *Id.*

The Parties also agree that Intel currently only has claims against Fortress Investment Group LLC, Fortress Credit Co. LLC and VLSI Technology LLC. Intel requests that any dismissal of its claims against Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.a.r.l., Inventergy Global, Inc., INVT SPE LLC, and IXI IP, LLC be dismissed without prejudice to Intel initiating a new suit (including but not limited to a suit for declaratory relief) should circumstances change. Intel's position is that its request is consistent with the Court's January 6, 2021 Order. *See* ECF No. 229 at

15 ("The Court therefore dismisses all antitrust claims based on the product markets identified in (10)-(13). The Court dismisses with prejudice as Plaintiffs have provided no indication that they are capable of curing this deficiency on standing. This ruling, however, does not bar Plaintiffs from initiating a new suit (including but not limited to a suit for declaratory relief) should circumstances change."). Defendants' position is that any claims against these parties should be dismissed "with prejudice," in conformance with the Court's January 6, 2021 Order. *Id.*

The Parties agree that in light of the Court's January 6, 2021 Order Granting Defendants' Motion to Dismiss (D.I. 229), the SEP Transfer Theory has already been dismissed with prejudice from the case. *See* D.I. 229 at 28.

Intel submits that the Court does not need to consider Defendants INVT SPE LLC and Inventergy Global, Inc.'s Supplemental Brief in Support of Defendants' Joint Motion to Dismiss and Strike Plaintiff's Second Amended Complaint (D.I. 246). Defendants INVT SPE LLC and Inventergy Global, Inc. respectfully submit that the Court should either: (1) dismiss Intel's claims against Defendants INVT SPE LLC and Inventergy Global, Inc. with prejudice, which would remove the need to consider Defendants INVT SPE LLC and Inventergy Global, Inc.'s Supplemental Brief in Support of Defendants' Joint Motion to Dismiss and Strike Plaintiff's Second Amended Complaint (D.I. 246); or (2) if Intel's claims are not dismissed with prejudice, consider Defendants INVT SPE LLC and Inventergy Global, Inc.'s Supplemental Brief in Support of Defendants' Joint Motion to Dismiss and Strike Plaintiff's Second Amended Complaint (D.I. 246) and rule on the merits of the motion to dismiss.

DATED: August 25, 2021                    Respectfully submitted,

By: */s/ Mark D. Selwyn*
    Mark D. Selwyn (SBN 244180)
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    2600 El Camino Real, Suite 400
    Palo Alto, CA 94306
    Telephone: (650) 858-6000
    Fax: (650) 585-6100

    William F. Lee (*pro hac vice*)
    william.lee@wilmerhale.com
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    Joseph J. Mueller (*pro hac vice*)
    joseph.mueller@wilmerhale.com
    Timothy D. Syrett (*pro hac vice*)
    timothy.syrett@wilmerhale.com
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Fax: (617) 526-5000

    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    Leon G. Greenfield (*pro hac vice*)
    leon.greenfield@wilmerhale.com
    Amanda L. Major (*pro hac vice*)
    amanda.major@wilmerhale.com
    1875 Pennsylvania Avenue N.W.
    Washington, DC 20006
    Telephone: (202) 663-6000
    Fax: (202) 663-6363

    *Attorneys for Plaintiff*
    INTEL CORPORATION


By: */s/ A. Matthew Ashley*
    A. Matthew Ashley
    *Counsel for Defendants*
    FORTRESS INVESTMENT GROUP LLC,
    FORTRESS CREDIT CO. LLC,
    VLSI TECHNOLOGY LLC

|     |                                                              |
| --- | ------------------------------------------------------------ |
| 1   |                                                              |
| 2   | /s/ Christopher A. Seidl                                     |
|     | Christopher A. Seidl (*pro hac vice*)                        |
| 3   | CSeidl@RobinsKaplan.com                                      |
|     | ROBINS KAPLAN LLP                                            |
| 4   | 800 LaSalle Avenue, Suite 2800                               |
|     | Minneapolis, MN 55402                                        |
| 5   | Telephone:  612 349 8468                                     |
|     | Facsimile:  612 339-4181                                     |
| 6   | *Counsel for Defendants*                                     |
| 7   | INVT SPE LLC                                                 |
|     | INVENTERGY GLOBAL, INC.                                      |
| 8   |                                                              |
| 9   | /s/ Jason D. Cassady                                         |
|     | Jason D. Cassady (*pro hac vice*)                            |
| 10  | jcassady@caldwellcc.com                                      |
| 11  | CALDWELL CASSADY & CURRY                                     |
|     | 2121 N. Pearl Street, Suite 1200                             |
| 12  | Dallas, TX 75201                                             |
|     | Telephone: 214 888-4841                                      |
| 13  | Facsimile:  214-888-4849                                     |
|     | *Counsel for Defendant*                                      |
| 14  | IXI IP, LLC                                                  |
| 15  |                                                              |
| 16  | /s/ James J. Foster                                          |
|     | James J. Foster                                              |
| 17  | jfoster@princelobel.com                                      |
| 18  | PRINCE LOBEL TYE LLP                                         |
|     | One International Place, Suite 3700                          |
| 19  | Boston, MA 02110                                             |
|     | Telephone:  617 456-8022                                     |
| 20  | Facsimile:  617 456-8100                                     |
|     | *Counsel for Defendant*                                      |
| 21  | UNILOC 2017 LLC                                              |
| 22  |                                                              |
| 23  | /s/ Daniel. R. Shulman                                       |
|     | Daniel R. Shulman (*pro hac vice*)                           |
| 24  | dan@shulmanbuske.com                                         |
| 25  | SHULMAN & BUSKE PLLC                                         |
|     | 126 North Third Street, Suite 402                            |
| 26  | Minneapolis, MN 55401                                        |
|     | Telephone: 612 870 7410                                      |
| 27  | *Counsel for Defendants*                                     |
|     | UNILOC LUXEMBOURG S.A.R.L.                                   |
| 28  |                                                              |

4

Case No. 3:19-cv-07651-EMC            Joint Statement Regarding Impact of
                                      Apple Inc.'s Notice of Dismissal

1 | UNILOC USA, INC
2 |
3 | /s/ Dean C. Eyler
4 | Dean C. Eyler (*pro hac vice*)
  | dean.eyler@lathropgpm.com
5 | LATHROP GPM LLP
  | 500 IDS Center
6 | 80 South 8th Street
  | Minneapolis, MN 55402
7 | Telephone: 612 632-3335
  | Facsimile: 612 632-4000
8 | *Counsel for Defendants*
  | UNILOC LUXEMBOURG S.A.R.L.
9 | UNILOC USA, INC

5

# CERTIFICATE OF SERVICE

On this 25th day of August 2021, I hereby certify that I caused the foregoing document entitled JOINT STATEMENT REGARDING IMPACT OF APPLE INC.'S NOTICE OF DISMISSAL to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED: August 25, 2021                          Respectfully submitted,

                                                By: /s/ Mark D. Selwyn

                                                Mark D. Selwyn (SBN 244180)
                                                mark.selwyn@wilmerhale.com
                                                WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
                                                2600 El Camino Real, Suite 400
                                                Palo Alto, CA 94306
                                                Telephone: (650) 858-6000
                                                Facsimile: (650) 858-6100

                                                *Attorney for Plaintiff*
                                                INTEL CORPORATION

## ECF ATTESTATION

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this JOINT STATEMENT REGARDING IMPACT OF APPLE INC.'S NOTICE OF DISMISSAL. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Mark D. Selwyn*
Mark D. Selwyn