**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION and APPLE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC,<br><br>Defendants. | Case No. 3:19-cv-07651-EMC<br><br>[~~PROPOSED~~] **ORDER GRANTING INTEL CORPORATION AND APPLE INC.'S ADMINISTRATIVE MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS UNDER SEAL** |

Having considered the motion filed by plaintiffs Intel Corporation and Apple Inc. and the accompanying declarations, the Court grants Intel and Apple's Administrative Motion to File Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion to Dismiss Under Seal with respect to the following portions of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint:

| Page | Line Number(s) |
|------|----------------|
| 7    | 13-17, 19-21   |
| 9    | 10-13, 15-18   |
| 10   | 11-12          |
| 21   | 6-8            |
| 24   | 19-21          |

**IT IS SO ORDERED.**

Date: September 9, 2021

By: _____
EDWARD M. CHEN
United States District Judge