**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC,<br><br>　　　　Defendants. | Case No. 3:19-cv-07651-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' REPLY IN SUPPORT OF THEIR JOINT MOTION TO DISMISS AND TO STRIKE THE SECOND AMENDED COMPLAINT**<br><br>Hon. Edward M. Chen |

Having considered the motion filed by Defendants Fortress Investment Group LLC, Fortress Credit Co. LLC, Uniloc 2017 LLC, Uniloc USA, Inc., Uniloc Luxembourg S.A.R.L., VLSI Technology LLC, INVT SPE LLC, Inventergy Global, Inc., and IXI IP, LLC, as well as the accompanying declaration, the Court **GRANTS** Defendants' Administrative Motion to Seal Defendants' Reply in Support of Their Joint Motion to Dismiss and to Strike the Second Amended Complaint with respect to the following:

| Page | Line Numbers |
|------|--------------|
| 8    | 1            |
| 11   | 18-23        |
| 16   | 19-20        |

**IT IS SO ORDERED.**

Date: September 9, 2021

By: _____
EDWARD M. CHEN
United States District Judge