Christopher A. Seidl (*pro hac vice*)
CSeidl@RobinsKaplan.com
John K. Harting (*pro hac vice*)
JHarting@RobinsKaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-349-4181
*Counsel for Defendants*
INVT SPE LLC
INVENTERGY GLOBAL, INC.

*Additional Counsel Listed on Signature Page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION and APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC, <br><br> Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS INVT SPE LLC AND INVENTERGY GLOBAL, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATED TO ITS SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS AND TO STRIKE PLAINTIFF INTEL'S SECOND AMENDED COMPLAINT** <br><br> Hon. Edward M. Chen |

1  Having considered Defendants INVT SPE LLC ("INVT") and Inventergy Global, Inc.'s ("Inventergy") Administrative Motion to File Under Seal Their Supplemental Reply Brief in Support of Defendants Joint Motion to Dismiss and to Strike Plaintiff Intel's Second Amended Complaint ("Supplemental Brief"), INVT and Inventergy have established 1) that the document and portions considered are privileged, protectable as a trade secret or otherwise entitled to protection under the law under Civil L.R. 79-5(b), and 2) "good cause" and "compelling reasons" that the strong presumption of access to judicial records is rebutted. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3rd 1092, 1101 (9th Cir. 2016).

**IT IS HEREBY ORDERED THAT**: INVT and Inventergy's Administrative Motion to File Under Seal Their Supplemental Reply Brief in Support of Defendants Joint Motion to Dismiss and to Strike Plaintiff Intel's Second Amended Complaint is **GRANTED**. The Clerk of Court shall file under seal the following material:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Supplemental Reply Brief | Page 1, n.1 line 26 |

**IT IS SO ORDERED**

Dated: September 9, 2021

_____
HON. EDWARD M. CHEN
United States District Judge