UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEVEN NETWORKS, LLC,<br><br>Defendant. | Case No. 19-cv-07651-EMC<br><br>**JUDGMENT** |

On September 28, 2021, the Court issued its Order Granting in Part and Denying in Part Defendants' Joint Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: September 28, 2021

_____
EDWARD M. CHEN
United States District Judge