Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Nathaniel H. Lipanovich/Bar No. 292283
nlipanovich@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone:  (650) 327-4200
Facsimile:  (650) 325-5572

**Attorneys for Defendant**
**DSS Technology Management, Inc.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTEL CORPORATION ET AL.,** <br><br> Plaintiffs, <br><br> v. <br><br> **FORTRESS INVESTMENT GROUP LLC, ET AL.,** <br><br> Defendants. | Case No.:  3:19-cv-07651-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT DSS TECHNOLOGY MANAGEMENT, INC. TO SEEK FEES AND COSTS** |

40041.001

STIPULATION AND [PROPOSED] ORDER

Pursuant to Local Rule 6-2 and 54-5(a), Defendant DSS Technology Management, Inc. ("DSS") and Plaintiff Intel Corporation ("Intel"), by and through their respective counsel and subject to the Court's approval, submit this stipulation to extend the deadline for DSS to file a motion or application for attorneys' fees and costs to October 26, 2021.

The parties state as follows:

1. WHEREAS, the Court entered Judgment in this case on September 28, 2021. ECF No. 286;

2. WHEREAS, DSS has indicated it will seek attorneys' fees and costs, including pursuant to a prior settlement agreement between DSS and Intel;

3. WHEREAS, pursuant to Federal Rule of Civil Procedure 54, the deadline for DSS to file a motion or application for attorneys' fees and costs is currently October 12, 2021;

4. WHEREAS, DSS and Intel seek an extension to this deadline to provide the parties additional time to meet and confer pursuant to Local Rule 54-5.

5. WHEREAS, this deadline has not been previously extended and the proposed extension will not impact any other case deadlines, as the case is closed.

THEREFORE, IT IS HEREBY STIPULATED by and between DSS and Intel, and subject to the Court's approval, that DSS shall have until October 26, 2021 to file a motion or application for attorneys' fees and costs.

Dated: October 8, 2021

    WILMER HALE

By: */s/ Timothy Syrett*
Timothy Syrett
Attorneys for Plaintiff
Intel Corporation

Dated: October 8, 2021

    THOITS LAW

By: */s/ Nathaniel Lipanovich*
Nathaniel Lipanovich
Attorneys for Defendant
DSS Technology Management, Inc.

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that DSS Technology Management, Inc. shall have until October 26, 2021 to file any motion or application for fees and costs.

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

40041.001

2
STIPULATION AND [PROPOSED] ORDER

**ECF ATTESTATION**

I, Nathaniel Lipanovich, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Nathaniel Lipanovich*
Nathaniel Lipanovich