1 | **Andrew P. Holland/Bar No. 224737**
aholland@thoits.com
2 | **Nathaniel H. Lipanovich/Bar No. 292283**
nlipanovich@thoits.com
3 | **THOITS LAW**
A Professional Corporation
4 | 400 Main Street, Suite 250
Los Altos, California 94022
5 | Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Defendant
DSS Technology Management, Inc.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| INTEL CORPORATION ET AL., | Case No.: 3:19-cv-07651-EMC |
|---|---|
| Plaintiffs, | **DECLARATION OF NATHANIEL H. LIPANOVICH IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT DSS TECHNOLOGY MANAGEMENT, INC. TO SEEK FEES AND COSTS** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, ET AL., | |
| Defendants. | |

I, Nathaniel H. Lipanovich, declare as follows:

1. I am an attorney licensed to practice law in all courts in the State of California and am admitted to practice before the United States District Court, Northern District of California. I am an associate in the law firm of Thoits Law, PC, and one of the attorneys responsible for the representation of Defendant DSS Technology Management, Inc. ("DSS") in this matter. I make this declaration of my own personal knowledge, unless the context indicates otherwise, and, if called as a witness, I could and would testify competently to the facts stated herein.

2. The Court entered Judgment in this case on September 28, 2021. ECF No. 286.

3. DSS has indicated it will seek attorneys' fees and costs, including pursuant to a prior settlement agreement between DSS and Intel Corporation ("Intel").

4. Pursuant to Federal Rule of Civil Procedure 54, the deadline for DSS to file a motion or application for attorneys' fees and costs is currently October 12, 2021.

5. DSS and Intel seek an extension to this deadline to provide the parties additional time to meet and confer pursuant to Local Rule 54-5.

6. This deadline has not been previously extended and the proposed extension will not impact any other case deadlines, as the case is closed.

7. The Court previously modified other timing requirements in this case related to the motions to dismiss filed by Defendants and the case management conference. These orders are set forth at docket numbers 43, 75, 86, 124, 161, 196, 199, 232, 240, 250, and 262.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 8th day of October, 2021, at Santa Rosa, California.

By: */s/ Nathaniel Lipanovich*
**Nathaniel H. Lipanovich**