WILMER CUTLER PICKERING
   HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Fax: (650) 858-6100

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

WILMER CUTLER PICKERING
   HALE AND DORR LLP
William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiff*
*Intel Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION et al., <br><br>                          Plaintiffs, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.R.L., VLSI TECHNOLOGY LLC, INVT SPE LLC, INVENTERGY GLOBAL, INC., and IXI IP, LLC <br><br>                          Defendants. | Case No. 3:19-cv-07651-EMC <br><br> **PLAINTIFF INTEL CORPORATION'S NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS** |

PLEASE TAKE NOTICE THAT Plaintiff Intel Corporation ("Intel") hereby appeals to the

Ninth Circuit Court of Appeals the Order Granting in Part and Denying in Part Defendants' Joint

Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint (Dkt. No. 285) ("Order

Granting Motion to Dismiss") and the September 28, 2021 Judgment entered by this Court (Dkt No.

286).  By virtue of appealing the Order Granting Motion to Dismiss and Judgment, Intel also appeals

all rulings, proceedings, order, findings, and decisions (whether oral or written) interlocutory thereto,

incorporated within, or underlying the Judgment, including without limitation Dkt. Nos. 187 and

229.


DATED:  October 25, 2021                              Respectfully submitted,

                                                     By:  /s/ *Mark D. Selwyn*

                                                     Mark D. Selwyn (SBN 244180)
                                                     mark.selwyn@wilmerhale.com
                                                     WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
                                                     2600 El Camino Real, Suite 400
                                                     Palo Alto, CA 94306
                                                     Telephone: (650) 858-6000
                                                     Facsimile: (650) 858-6100

                                                     William F. Lee (*pro hac vice*)
                                                     william.lee@wilmerhale.com
                                                     Joseph J. Mueller (*pro hac vice*)
                                                     joseph.mueller@wilmerhale.com
                                                     Timothy Syrett (*pro hac vice*)
                                                     timothy.syrett@wilmerhale.com
                                                     WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
                                                     60 State Street
                                                     Boston, MA 02109
                                                     Telephone: (617) 526-6000
                                                     Facsimile: (617) 526-5000

                                                     Leon B. Greenfield (*pro hac vice*)
                                                     leon.greenfield@wilmerhale.com
                                                     Amanda L. Major (*pro hac vice*)
                                                     amanda.major@wilmerhale.com
                                                     WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
                                                     1875 Pennsylvania Avenue, N.W.
                                                     Washington, DC 20006
                                                     Telephone: (202) 663-6000
                                                     Facsimile: (202) 663-6363

1

*Attorneys for Plaintiff*
INTEL CORPORATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

On this 25th day of October 2021, I hereby certify that I caused the foregoing document entitled Plaintiff Intel Corporation's Notice Of Appeal To The Ninth Circuit Court Of Appeals to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED:  October 25, 2021                Respectfully submitted,

By:  */s/ Liv Herriot*_____


Liv Herriot (SBN 267694)
liv.herriot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Plaintiff*
INTEL CORPORATION

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Intel Corporation

Name(s) of counsel (if any):

WILMER CUTLER PICKERING HALE & DORR LLP: Seth P. Waxman

See attachment for additional attorneys

Address: 1875 Pennsylvania Avenue, N.W., Washington, DC  20006

Telephone number(s): (202) 663-6000

Email(s): Seth.Waxman@wilmerhale.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

See attachment for list of Appellees

Name(s) of counsel (if any):

See attachment for list of counsel representing Appellees

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 6**                    *2*                    *New 12/01/2018*

# ATTACHMENT TO FORM 6.   REPRESENTATION STATEMENT

**Additional Names of counsel for Appellant Intel Corporation:**

David Lehn
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Tel. (202) 663-6000
Email: David.Lehn@wilmerhale.com

**Appellees and list of counsel for each separately represented appellee:**

**FORTRESS INVESTMENT GROUP LLC**
**FORTRESS CREDIT CO LLC**
**VLSI TECHNOLOGY LLC**

Morgan Chu
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4271
Tel. (310) 277-1010
Email: mchu@irell.com

Lucas Scott Oxenford
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Tel. (310) 277-1010
Email: loxenford@irell.com

Alvin Matthew Ashley
Irell & Manella LLP
1800 Avenue of the Stars, Suite 400
Los Angeles, CA  90067-4276
Tel. (310) 277-1010
Email: mashley@irell.com

Michael David Harbour
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Tel. (310) 203-7527
Email: mharbour@irell.com

Benjamin W. Hattenbach
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4271
Tel. (310) 277-1010
Email: bhattenbach@irell.com