**Andrew P. Holland/Bar No. 224737**
aholland@thoits.com
**Nathaniel H. Lipanovich/Bar No. 292283**
nlipanovich@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone:  (650) 327-4200
Facsimile:  (650) 325-5572

**Attorneys for Defendant
DSS Technology Management, Inc.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTEL CORPORATION ET AL.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**FORTRESS INVESTMENT GROUP LLC, ET AL.,**<br><br>    Defendants. | Case No.:  3:19-cv-07651-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT DSS TECHNOLOGY MANAGEMENT, INC. TO SEEK FEES AND COSTS** |

Pursuant to Local Rule 6-2 and 54-5(a), Defendant DSS Technology Management, Inc. ("DSS") and Plaintiff Intel Corporation ("Intel"), by and through their respective counsel and subject to the Court's approval, submit this stipulation to extend the deadline for DSS to file a motion or application for attorneys' fees and costs to November 9, 2021.

The parties state as follows:

1. WHEREAS, the Court previously extended DSS's deadline to file a motion or application for attorneys' fees and costs to October 26, 2021 to allow the DSS and Intel time to meet and confer pursuant to Local Rule 54-5;

2. WHEREAS, DSS and Intel have reached an agreement in principle to resolve DSS's request for fees without the need for a fee motion;

3. WHEREAS, DSS and Intel seek a further extension of DSS's deadline to file a motion or application for attorneys' fees and costs to give the parties time to effectuate their agreement without the need for a fee motion;

4. WHEREAS, the proposed extension will not impact any other case deadlines, as the case is closed.

THEREFORE, IT IS HEREBY STIPULATED by and between DSS and Intel, and subject to the Court's approval, that DSS shall have until November 9, 2021 to file a motion or application for attorneys' fees and costs.

Dated: October 26, 2021

WILMER HALE

By: */s/ Timothy Syrett*
Timothy Syrett
Attorneys for Plaintiff
Intel Corporation

Dated: October 26, 2021

THOITS LAW

By: */s/ Nathaniel Lipanovich*
Nathaniel Lipanovich
Attorneys for Defendant
DSS Technology Management, Inc.

40041.001                                1
STIPULATION AND [PROPOSED] ORDER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that DSS Technology Management, Inc. shall have until November 9, 2021 to file any motion or application for fees and costs.

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

40041.001

2
STIPULATION AND [PROPOSED] ORDER

**ECF ATTESTATION**

I, Nathaniel Lipanovich, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: /s/ Nathaniel Lipanovich
Nathaniel Lipanovich