| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 30 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| INTEL CORPORATION,<br><br>　　　　Plaintiff - Appellant,<br><br> v.<br><br>FORTRESS INVESTMENT GROUP LLC; et al.,<br><br>　　　　Defendants - Appellees,<br><br> and<br><br>UNILOC 2017 LLC; et al.,<br><br>　　　　Defendants. | No. 21-16817<br><br>D.C. No. 3:19-cv-07651-EMC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

　　　　The judgment of this Court, entered November 08, 2022, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　Costs are taxed against the appellant in the amount of $254.40.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7